# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| | : | |
| ESTATE OF ANDREW GOOD, ET AL | : | |
| | : | JURY DEMANDED |
| Plaintiffs, | : | |
| | : | No. 20-1431 |
| v. | : | |
| | : | |
| LANCASTER COUNTY, ET AL | : | |
| | : | |
| Defendants | : | |

## PLAINTIFF'S OPPOSITION TO DEFENDANT, BOROUGH OF EPHRATA'S MOTION TO DISMISS

Incorporating by reference the Memorandum of Law filed herewith, Plaintiffs, Estate of Andrew Good and Kristi Good, hereby oppose the Defendant, Borough of Ephrata's Motion to Dismiss, and for the reasons set forth in Plaintiff's Memorandum of Law, respectfully request this Honorable Court deny the Defendant's Motion.

**LAW OFFICES OF ERIC A. SHORE, P.C.**

BY:__/s/Graham F. Baird_____
 **GRAHAM F. BAIRD, ESQUIRE**
 Two Penn Center
 1500 JFK Boulevard,  Suite 1240
 Philadelphia, PA 19110

 Attorney for Plaintiffs, Estate of Andrew
 Good and Kristi Good

Date: June 2, 2020

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| | : | |
| ESTATE OF ANDREW GOOD, ET AL | : | JURY DEMANDED |
| | : | |
| Plaintiffs, | : | |
| | : | No. 20-1431 |
| v. | : | |
| | : | |
| LANCASTER COUNTY, ET AL | : | |
| | : | |
| | : | |
| Defendants | : | |

**<u>CERTIFICATE OF SERVICE</u>**

On June 2, 2020, the undersigned served the Plaintiff's Opposition to the Defendant,

Borough of Ephrata's Motion to Dismiss with Memorandum of Law in support thereof, via e-

filing upon the following counsel:

**DAVID J. MACMAIN**
The MacMain Law Group, LLC
433 W. Market Street ARKET STREET
Suite 200
West Chester, PA 19382
484-318-7704
Fax: 484-328-3996
Email: dmacmain@macmainlaw.com

**ANDREW W. NORFLEET**
Lavery Law
235 Market Street
Suite 304
Harrisburg, PA 17108-1245

**CHRISTOPHER PAUL BOYLE**
Marshall Dennehy Warner Coleman & Goggin
2000 Market Street
Suite 2300
Philadelphia, PA 19103
215-575-4555
Email: cpboyle@mdwcg.com

**LAW OFFICES OF ERIC A. SHORE, P.C.**

BY:__/s/Graham F. Baird_____
      **GRAHAM F. BAIRD, ESQUIRE**
Attorney for Plaintiffs, Estate of Andrew Good and
Kristi Good

Date:  June 2, 2020