**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ESTATE OF ANDREW DAVIS GOOD, et al.** | **:  CIVIL ACTION**<br>**:**<br>**:** |
| **v.** | **:  NO.  20-1431**<br>**:** |
| **BARBARA RODRIGUEZ-SANTANA, et al.** | **:** |

**O R D E R**

AND NOW, this 28th  day of September, 2020, **IT IS HEREBY ORDERED** that**:**

1.  The Plaintiff's First Motion to Amend/Correct Complaint [Doc. 21] is **GRANTED**.

2.  Plaintiffs shall have seven (7) days to file the First Amended Complaint attached to their Motion to Amend as Exhibit A.

3.  The Defendant Borough of Ephrata's Motion to Dismiss for Failure to State a Claim [Doc. 9] is **DENIED** as moot.

4.  The Defendants Lancaster County Christopher R. Leppler and Barbara Rodriguez-Santanas' Motion to Dismiss for Failure to State a Claim [Doc. 14] is **DENIED** as moot.

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
**JEFFREY L. SCHMEHL, J.**