**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| **ESTATE OF ANDREW GOOD,** et al<br>Plaintiffs | : : : : : | **JURY DEMANDED** |
| v. | : : | **No. 20-1431** |
| **LANCASTER COUNTY,** et al<br>Defendants | : : : : : : | |

**PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR
SUMMARY JUDGMENT**

Plaintiffs, Estate of Andrew Good and Kristi Good, hereby submit the following hereby

oppose the Defendant's Motion for Summary Judgment, and for the reasons set forth in

Plaintiffs' Memorandum of Law, respectfully request this Honorable Court deny the Defendant's

Motion.

Respectfully Submitted,

**LAW OFFICES OF ERIC A. SHORE**

BY:    */s/ Graham F. Baird, Esquire*
**GRAHAM F. BAIRD ESQUIRE**
2 Penn Center, Suite 1240
1500 John F. Kennedy Boulevard
Philadelphia, PA 19102
*Attorney for Plaintiffs*

DATE: January 13, 2021

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **ESTATE OF ANDREW GOOD,** et al<br>Plaintiffs | **JURY DEMANDED** |
| v. | **No. 20-1431** |
| **LANCASTER COUNTY,** et al<br>Defendants | |

**CERTIFICATE OF SERVICE**

On January 13, 2021, the undersigned served the Plaintiffs' Opposition to the

Defendant's Motion for Summary Judgment with Memorandum of Law and Opposition to

Statement of Facts in support thereof, via e-filing upon the following counsel:

**DAVID J. MACMAIN**
The MacMain Law Group, LLC
433 W. Market Street
Suite 200
West Chester, PA 19382
484-318-7704
Fax: 484-328-3996
Email: dmacmain@macmainlaw.com

**LAW OFFICES OF ERIC A. SHORE**

BY:   */s/ Graham F. Baird, Esquire*
      **GRAHAM F. BAIRD ESQUIRE**
      2 Penn Center, Suite 1240
      1500 John F. Kennedy Boulevard
      Philadelphia, PA 19102
      *Attorney for Plaintiffs*

DATE: January 13, 2021