# LANCASTER CO DETECTIVES
## Incident Report Form

**DA-18-0039**
04/14/2018

**ASSIST AGENCY DEATH INVESTIGATION**

**Primary Officer:** SCHMIDT, CHUCK - CSCHMI

| | | | | |
|---|---|---|---|---|
| ☐ Juvenile Involved | ☐ Investigation | ☐ Video Available | ☐ Gang Related | ☐ Paperless |
| ☐ Domestic Related | ☐ Suspects | ☐ Bias Crime | ☐ Accident | ☐ Administrative |
| ☐ Alcohol Related | ☐ Arrests Made | ☐ Drugs Involved | ☐ Ready for DA / Prosecutor | ☐ Alarm Activated |

| Log Number | Incident Number | File Number | Case Number | UCR |
|---|---|---|---|---|
| DA-18-0039 | DA-18-0019 | | | |

| Incident Type | ADEATH | | | | |
|---|---|---|---|---|---|
| ASSIST AGENCY DEATH INVESTIGATION | | Dispatcher | Source | District | Status |

**Incident Date / Times** — Incident Occurred At or Between

| Date Received | Day Rec'd | Rcvd | Disp | Arrv | Clrd | Earliest Date and Time | Latest Date and Time |
|---|---|---|---|---|---|---|---|
| 04/14/2018 | Saturday | 1838 | 1947 | 1949 | | | |

| Disposition | 2CLOSE | Clear By Exception | 0 | |
|---|---|---|---|---|
| CLOSED (DFU) | | INCD EXCEPTION CLOSURE CODES | | ☐ Suspended |

| UCR Clearance | CE | UCR Occur Date | UCR Clear Date | UCR Count | UCR Human Traffic Code | UCR HT Count |
|---|---|---|---|---|---|---|
| EXCEPTION | | | 04/30/2018 | | | |

**Location** — Intersection ☐

| | |
|---|---|
| **169 MARTIN AVE**<br>EPHRATA  PA<br>EPHR | Cross Street |
| | GPS Loc X          GPS Loc X |

| Business Name | Premise Code | Arson Value |
|---|---|---|
| EPHRATA BOROUGH POLICE DEPARTMENT | | |

| Gang | Weather | CLEAR |
|---|---|---|
| | CLEAR | |

**Modus Operandi Coding**

VICTIM:

ENTRY:                    PROPERTY  **PROPERTY TARGET CODES**
0

EXIT:                       AREA:

METHOD:                 TIME OF DAY:

WEAPONS USED:

| Caller / Complainant Type | Normal ☐ | Anonymous ☐ | Hangup ☐ | Refused ☐ |
|---|---|---|---|---|

**INVOLVED PERSONS**

**NAME OF INTEREST**                                                      **CODE:  NOI**

| Name (Last, First, Middle) - Address | Juvenile | Date of Birth | Age | Race | Sex | Ethnic | Social Security Number |
|---|---|---|---|---|---|---|---|
| **RIVERA, BETH  LYNNE  OFF**<br><br>**124 S STATE ST**<br>**EPHRATA PA 17522** | ☐ | | | W | F | | |

| Weight | Height | Hair | Eyes | Phone Number |
|---|---|---|---|---|
| | 502 | | | (717) 738-9265 |

| Driver License Number | State | Class | Expiration Date |
|---|---|---|---|
| | | | |

| ID Provided | Identification Detail |
|---|---|
| | |

Link Comments

| DA-18-0039 | 4/14/2018 | ☒ | Approved By: **ZAHM, JAMES** | PAGE  1 |
|---|---|---|---|---|
| IRF 1.6 | | | Approved On: 5/7/2018 3:33:02 PM | LC DA |

LC0001

# LANCASTER CO DETECTIVES
## Incident Report Form

**DA-18-0039**
04/14/2018

**ASSIST AGENCY DEATH INVESTIGATION**

### INVOLVED PERSONS

**NAME OF INTEREST**                                                CODE:  NOI

| Name (Last, First, Middle) - Address | Juvenile | Date of Birth | Age | Race W | Sex M | Ethnic N | Social Security Number |
|---|---|---|---|---|---|---|---|
| **RODRIGUEZ-MURIEL, MARCOS  OFF** | ☐ | | | | | | |
| **124 S STATE ST** | | Weight | Height **508** | Hair | Eyes | | Phone Number **(717) 738-9265** |
| **EPHRATA PA 17522** | | Driver License Number | | | State | Class | Expiration Date |
| | | ID Provided | | | Identification Detail | | |

Link Comments

**NO INVOLVEMENT SELECTED OR CODE NOT IN LIST**                     CODE:

| Name (Last, First, Middle) - Address | Juvenile | Date of Birth 02/06/1994 | Age 24 | Race | Sex | Ethnic | Social Security Number |
|---|---|---|---|---|---|---|---|
| **GOOD, ANDREW** | ☐ | | | | | | |
| | | Weight | Height | Hair | Eyes | | Phone Number |
| | | Driver License Number | | | State | Class | Expiration Date |
| | | ID Provided | | | Identification Detail | | |

Link Comments

| Name (Last, First, Middle) - Address | Juvenile | Date of Birth 06/03/1991 | Age 26 | Race | Sex | Ethnic | Social Security Number |
|---|---|---|---|---|---|---|---|
| **RODRIGUEZ, BARBARA  DEPSH** | ☐ | | | | | | |
| **50 N DUKE ST** | | Weight | Height | Hair | Eyes | | Phone Number |
| **LANCASTER PA 17602** | | Driver License Number | | | State | Class | Expiration Date |
| | | ID Provided | | | Identification Detail | | |

Link Comments

### FIELD STOPS

### PROPERTY / EVIDENCE

| Tag Number 0000000192 | Item Number (SEQ) |
|---|---|

Property Type

| EVIDENCE ☐ | REPORTED STOLEN ☐ | RECOVERED ☐ | FOUND ☐ | REGISTERED ☐ | PAWNED ☐ |
|---|---|---|---|---|---|

| How Seized | | | | HAZMAT Type | | | |
|---|---|---|---|---|---|---|---|

| Submitted by ID GWAHL | UCR Code | Property Code TASER | Date / Time Logged 04/17/18 14:07 | Brand / Make TASER | Model X2 | Serial / ID Number X29004FWA | Estimated Value |
|---|---|---|---|---|---|---|---|

| Collected by ID (Agency) GWAHL | Collection Date: | Collected By Other |
|---|---|---|

Collected by ID (Agency)

Description
**FIRMWARE: 04.020**
**BATTERY SERIAL NUMBER:      E18397344**
**BATTERY REVISION: A**
**TRANSFERRED TO SERGEANT BELL**

| Total Damage Value:  $0.00 | Total Property Value: $0.00 |
|---|---|

### INVOLVED BUSINESSES / ORGANIZATIONS

04/17/2018

| Business / Organization Name **EPHRATA BOROUGH POLICE DEPARTMENT** | Business Address **124 S STATE ST** |
|---|---|
| Phone 1 | Phone 2 | Phone 3 | **EPHRATA, PA  17522** |

Involvement Comments

| **DA-18-0039** | **4/14/2018** | ☒ | Approved By: Approved On: | **ZAHM, JAMES** **5/7/2018 3:33:02 PM** | PAGE LC DA |
|---|---|---|---|---|---|

IRF 1.6

LC0002

# LANCASTER CO DETECTIVES
## Incident Report Form

**DA-18-0039**
04/14/2018

**ASSIST AGENCY DEATH INVESTIGATION**

## RESPONDING / INVOLVED UNITS, OFFICERS, AND TIMES

| Division | Supervisor | | | |
|---|---|---|---|---|

| Unit Number | Officer / ID (Ofcr 1 / Ofcr 2) | | Officer / ID (Ofcr 3 / Ofcr 4) | |
|---|---|---|---|---|
| | SCHMIDT, CHUCK | CSCHMI | ZAHM, JAMES | JZAHM |
| | SWITZER, KENT | KSWITZ | RESH, JOANNE | RESHJ |
| | DUBY, JOHN | JDUBY | KRAUSE, JEFF | JKRAUS |
| | BELL, JEFFREY | JBELL | | |

Agency Lognum        Unit

# LANCASTER CO DETECTIVES
## Incident Report Form

**DA-18-0039**
04/14/2018

**ASSIST AGENCY DEATH INVESTIGATION**

**COMMENTS / NARRATIVES**

Title
**SUPPLEMENTAL**

| Narrative Created By / Created On | | Narrative Updated By / Update On | |
|---|---|---|---|
| BELL, JEFFREY | 04/18/2018 | BELL, JEFFREY | 04/18/2018 |

Approved By / On
**BELL, JEFFREY**                    **04/18/2018**

Death Investigation

Ephrata Borough Police Department

Deceased: Andrew Good W/M/24

**Evidence:**

T-1:

One envelope that contains a Taser International taser, serial number: X29004FWA.   Collected from Sheriff Barbara Rodriguez-Santana on the 15Apr2018.  I received the taser from Det. Zahm on the 15Apr2018 at approx. 0205 hours. This occurred at the Ephrata Borough Police Department in the conference room.

T-2:

One envelope that contains wires from the above taser.  Collected from Sheriff Barbara Rodriguez-Santana on the 15Apr2018.  I received the wires from Det. Zahm on the 15Apr2018 at approx. 0205 hours.  This occurred at the Ephrata Borough Police Department in the conference room.

That on the 14Apr2018 at approx. 2330 hours. I left my residence for the Ephrata Borough Police Department for an escaped prisoner who drowned a creek behind the Ephrata Hospital. I arrived at the Ephrata Police Department and spoke with Chief Switzer.  He related that Det. Krause was at the scene behind the hospital. I then left the station and proceeded to the scene.  When I arrived, I parked my vehicle to the north of the location and walked on foot to the edge of the woods.

There was a lighted pathway down to the edge of the creek.  When I arrived there, Eric Beiber and Shannon Blosser from the Coroner's Office, Jeff Krause from the Lancaster County District Attorney's Office and Eric Schmidt from the Ephrata Police Department were present.

The Ephrata Police Department had already take photographs of the victim from land and from a boat in the middle of the creek.  The victim had already been placed in a body bag and no part of his body was visible when I arrived.

Before I arrived at the scene, the fire department was asked to respond and assist with the removal of the body.  Once the body was removed, we assisted Ephrata Police in tearing down the lights and collecting any additional items that were still in the scene.

I then responded back to the scene and collected the tasers from Det. Zahm.  At approx. 0245 hours the 15Apr2018, I cleared the scene and returned to Lancaster.

End:

| DA-18-0039 | 4/14/2018 | ☒ | Approved By: | ZAHM, JAMES | LC DA |
|---|---|---|---|---|---|
| IRF 1.6 | | | Approved On: | 5/7/2018 1:55:21 PM | |

# LANCASTER CO DETECTIVES
## Incident Report Form

**DA-18-0039**
04/14/2018

**ASSIST AGENCY DEATH INVESTIGATION**

**COMMENTS / NARRATIVES**

Title
**SUPPLEMENTAL**

| Narrative Created By / Created On | | Narrative Updated By / Update On | |
|---|---|---|---|
| **BELL, JEFFREY** | 04/18/2018 | **BELL, JEFFREY** | 04/18/2018 |

Approved By / On
**BELL, JEFFREY**                                    04/18/2018

Death Investigation

Ephrata Borough Police Department

Autopsy 16Apr2018 0800 hours

2080 Spring Valley Rd. Lancaster, Pa. 17601

Deceased: Andrew Good W/M/24

**Evidence:**

A-1:

One purple top tube of human blood from the victim.  Collected on the 16Apr2018 at 0920 hours.

A-2:

One unknown brand name metal, chain linked transport belt.  Collected on the 16Apr2018 at 0843 hours.

A-3:

One pair of unknown brand name leg shackles, on the right side of the cuffs is the serial number: 26981 and on the left side is the model number: 1705.  There was a piece of wire from the taser that was attached to the left side leg shackle. Collected on the 16Apr2018 at 0843 hours.

A-4:

One pair of Peerless handcuffs, on the right side of the cuff is the model number: 300 and on the left side is the serial number: 700945.  Collected on the 16Apr2018 at 0843 hours.

A-5:

One pair of Fruit of the Loom, blue and red plaid men's boxer underwear, size large 36-38.  Collected on the 16Apr2018 at 0843 hours.

A-6:

One right side Hanes black ankle sock. Collected on the 16Apr2018 at 0843 hours.

A-6A:

One left side Hanes black ankle sock.  Collected on the 16Apr2018 at 0843 hours.

A-7:

One Air Jordan black high-top sneaker, size eight with black shoe laces.  Collected on the 16Apr2018 at 0843 hours.

| DA-18-0039 | 4/14/2018 | ☒ | Approved By: | ZAHM, JAMES | LC DA |
|---|---|---|---|---|---|
| IRF 1.6 | | | Approved On: | 5/7/2018 1:55:21 PM | |

# LANCASTER CO DETECTIVES
## Incident Report Form

**DA-18-0039**
**04/14/2018**

**ASSIST AGENCY DEATH INVESTIGATION**

A-8:

One Air Jordan black high-top sneakers, size eight with black shoe laces. Intertwined in the shoe laces was a piece of wire from the taser. The wire had since fallen out of the laces, however it is still saved with the sneaker. Collected on the 16Apr2018 at 0843 hours.

A-9:

One pair of Sean John Classic Straight, size 34x32 blue jeans. Collected on the 16Apr2018 at 0843 hours.

A-10:

One unknown brand name Ace style bandage, that was wrapped around the deceased left forearm and left wrist. Collected on the 16Apr2018 at 0843 hours.

A-11:

One taser probe removed from the deceased lower back. Collected on the 16Apr2018 at 0917 hours.

A-12:

One taser probe removed from the deceased mid back.    Collected on the 16Apr2018 at 0917 hours.

A-13:

One taser probe removed from the deceased lower right arm above the elbow.    Collected on the 16Apr2018 at 0917 hours.

A-14:

One taser probe removed from the deceased upper right arm. Collected on the 16Apr2018 at 0917 hours.


On the 16Apr2018 at 0800 hours, I Det. Bell attended the autopsy for Andrew Good that occurred at the Lancaster County Forensic Center 2080 Spring Valley Rd. Lancaster, Pa.

I entered the exam room, after I had placed on protective clothing, a mask, gown, gloves and booties. As I entered the room, I observed that the victim's clothing had been removed, along with the belt, the shackles the handcuffs and the Ace style bandage.

I asked Dr. Ross to differentiate the left side from the right side of the shackles and the handcuffs. I then placed a piece of string with a white tag that was labeled left around the two cuffs that the Sheriff had placed on his left leg and left wrist.

Most of the items were collected on the 16Apr2018 at 0843 hours. The victim's blood was collected on the 16Apr2018 at 0920 hours. The taser probes were collected on the 16Apr2018 at 0917 hours.

The deceased clothing was soaked from being in the water, so I was unable to package the above items. I had to place the items in the secured locker and allow them to air dry. That on the 18Apr2018 at approx. 0920 hours the items were secured for evidence storage.

I have entered the evidence from this investigation into the BEAST system and have attached a bar code to each individual piece of evidence. A copy of the BEAST report was turned over to Det. Zahm.

| DA-18-0039 | 4/14/2018 | ☒ | Approved By:<br>Approved On: | ZAHM, JAMES<br>5/7/2018 1:55:21 PM | LC DA |
| --- | --- | --- | --- | --- | --- |
| IRF 1.6 | | | | | |

# LANCASTER CO DETECTIVES
## Incident Report Form

**DA-18-0039**
04/14/2018

**ASSIST AGENCY DEATH INVESTIGATION**

### COMMENTS / NARRATIVES

| Title | | |
|---|---|---|
| SUPPLEMENTAL | | |

| Narrative Created By / Created On | | Narrative Updated By / Update On | |
|---|---|---|---|
| ZAHM, JAMES | 04/23/2018 | ZAHM, JAMES | 04/23/2018 |

| Approved By / On | |
|---|---|
| ZAHM, JAMES | 04/23/2018 |

### Interview of Deputy Sheriff Barbara Rodriguez on 04/14/2018:

04/14/2018

Between 2352-0117 hours, Detective Joanne Resh and Detective Sergeant James Zahm interviewed Deputy Sheriff Barbara Rodriguez, Age 26, at the Ephrata Police Department.

Deputy Rodriguez has been employed with the Lancaster County Sheriff's Department since 08 February 2016 approximately 2 years and 2 months. Prior to that she was a Deputy Sheriff with Dauphin County Sheriff's Department from 2014 to 2016. Deputy Rodriguez was assigned as the On-Call Duty Deputy from 1200 hours to 2400 hours, 14 April 2018 and was assigned radio identifier "12--52". Her duty was to respond to various police agencies who had taken suspect who had been arrested for Bench Warrants and convey them to the Lancaster County Prison.

With Deputy Rodriguez's knowledge and consent the interview was digitally recorded. Deputy Rodriguez's interview will be transcribed and added to CODY RMS as an attachment when completed.

For complete details of the interview, refer to attached transcription.

| DA-18-0039 | 4/14/2018 | ☒ | Approved By: | ZAHM, JAMES | LC DA |
|---|---|---|---|---|---|
| IRF 1.6 | | | Approved On: | 5/7/2018 1:55:21 PM | |

LC0007



**Office of the District Attorney of Lancaster County**
**Investigation Division**
50 North Duke Street, Lancaster, Pennsylvania 17608
**Transcribed Statement**

**DA CASE #: 18-0019**

**PD CASE #:**

**STATEMENT OF: Deputy Sheriff Barbara Rodriguez**

**DATE AND TIME: April 14, 2018 at 11:52 PM**

**INTERVIEWED BY: Detective Joanne Resh/Det. Sgt. James Zahm**

**TRANSCRIBED BY: Suzette Lawrence**

***\*\*\* The attached transcribed statement is a complete transcription but may contain minor errors in the content or minor omissions. For the most accurate reflection of the statement, listen to the audio file in its entirety.***

---

**Detective Resh**: It's Detective Resh, County Detective from the Lancaster County DA's Office. I'm with James Zahm, Detective/Sergeant also from the Lancaster County DA's Office and we're here with Deputy Barbara Rodriguez. Her date of birth is June 3, 1991. Barbara, do you agree to be recorded?

**Deputy Rodriguez**: Yes.

**Detective Resh**: Okay. So, we're just going to go over what happened. So, lets start from the very, very beginning when you get the call. Who called you?

**Deputy Rodriguez**: I was at the Prison and I got a call from the County that Officer Rogers wanted to speak with me regarding a transport (inaudible, a lot of scraping noise in background) and go to the Ephrata Hospital with him. I didn't have reception at the prison so I lost the call. I had a prisoner so after I left I called back and I was informed that they were at the hospital with him and that they were going to let Security know when he was ready so they would notify me because they couldn't sit with him. I explained that I couldn't sit with him either because I'm on call.

**Detective Resh**: What was the Defendant's name again?

**Deputy Rodriguez**: Andrew Good.

**Detective Resh**: Andrew Good? Okay. Do you remember what the Bench Warrant was for?

**Deputy Rodriguez**: It was a for a PV. The original charge was Burglary.

**Detective Resh**: Okay. So, what did you do after that then?

**Deputy Rodriguez**: After that I was driving back home and then County called me on the radio to call back and ask for Dispatcher for the Northeast. So, I did and they transferred me back to the Officer. I believe it was Officer Stone from Akron Borough and he informed me that the Defendant had one more test that he was going to be doing in about ten minutes. So, I turned around and headed over to the Ephrata Hospital.



**Office of the District Attorney of Lancaster County**
**Investigation Division**
50 North Duke Street, Lancaster, Pennsylvania 17608
***Continuation of:*** **Transcribed Statement**

---

**Detective Resh**: Do you recall what time you started back or you got the call from Officer Stone to come back?

**Deputy Rodriguez**: That would have been around like 1745, 1630, something around there.

**Detective Resh**: So, you headed back over. You were in a marked unit?

**Deputy Rodriguez**: Correct.

**Detective Resh**: Okay. And you didn't have any other prisoners with you?

**Deputy Rodriguez**: I did not.

**Detective Resh**: Okay. So, you went right to which hospital?

**Deputy Rodriguez**: Ephrata Hospital. Wellspan.

**Detective Resh**: Did they have him in the ER? Where was he located inside the hospital?

**Deputy Rodriguez**: They didn't notify me. I came through the entrance that has the Security Office and they walked me over to the room where the Defendant was detained.

**Detective Resh**: You don't know what room that was or the location in the hospital?

**Deputy Rodriguez**: I don't recall. As you come through that entrance, it was to the right going around a counter.

**Detective Resh**: So, it was just a room?

**Deputy Rodriguez**: Yes.

**Detective Resh**: Who was in the room when you got there?

**Deputy Rodriguez**: It was Sgt. Stone from Akron Borough and the nurse that walked me over to the room.

**Detective Resh**: Do you remember her name?

**Deputy Rodriguez**: I do not.

**Detective Resh**: So, you go in the room. Tell me what he's wearing, you know, what, you know.

**Deputy Rodriguez**: He's laying in bed. He didn't have any shirt on. He was handcuffed. He was wearing blue jeans and some black shoes.

**Detective Resh**: And no shirt, right?

**Deputy Rodriguez**: No shirt.

**Detective Resh**: Was he alert? Was he awake?

**Deputy Rodriguez**: Yes, he was.

LC DA

LC0009



**Office of the District Attorney of Lancaster County**
**Investigation Division**
50 North Duke Street, Lancaster, Pennsylvania 17608
*Continuation of:* **Transcribed Statement**

**Detective Resh**: Okay. And you said he had handcuffs on?

**Deputy Rodriguez**: He did.

**Detective Resh**: Was it in a belt or was he cuffed in the front or the back?

**Deputy Rodriguez**: He was cuffed in the front.

**Detective Resh**: But no belt?

**Deputy Rodriguez**: No belt. And he also had shackles on.

**Detective Resh**: He did?

**Deputy Rodriguez**: Yes.

**Detective Resh**: So, you went in and you met with Sgt. Stone. What took place now?

**Deputy Rodriguez**: They had taken an x-ray of his wrist, of the Defendant's wrist, and they had the handcuffs on so they had to redo them. So, I was talking to Sgt. Stone that I couldn't stay and he was saying the same thing. So, I then proceeded to make a phone call to my Supervisor informing him of the situation.

**Detective Resh**: Okay. So, they wanted to take an x-ray or they had taken an x-ray.

**Deputy Rodriguez**: They did take one but they had to redo it because the x-ray, they did it with the handcuffs on so they had to redo it.

**Detective Resh**: And they were going to do this when?

**Deputy Rodriguez**: After I was there.

**Detective Resh**: So, did you step out of the room or did you make your phone call right there?

**Deputy Rodriguez**: I made my phone call outside the room. When I was walking to the x-ray room.

**Detective Resh**: So, you stayed with him?

**Deputy Rodriguez**: I was behind him and behind Officer, Sgt. Stone.

**Detective Resh**: So, Sgt. Stone was walking him?

**Deputy Rodriguez**: He was in the bed. They were pushing the bed and we were behind them.

**Detective Resh**: Okay. They were pushing the bed. So, do you go in the x-ray room with him?

**Deputy Rodriguez**: Yes.

**Detective Resh**: So, go ahead from there.

LC DA

LC0010



**Office of the District Attorney of Lancaster County**
**Investigation Division**
50 North Duke Street, Lancaster, Pennsylvania 17608
*Continuation of:* Transcribed Statement

**Deputy Rodriguez:**  When we were in the x-ray room, they told us to step out to the one room so we didn't get the x-ray frequency and then that's when Sgt. Stone and I had a little conversation about the Defendant.

**Detective Resh:**  Okay. So, they asked you to step out so you wouldn't be involved in the x-ray?

**Deputy Rodriguez:**  Correct.

**Detective Resh:** And then you had a conversation with Sgt. Stone?

**Deputy Rodriguez:**  Correct.

**Detective Resh:**  Could you see him from where you were at?

**Deputy Rodriguez:**  No.

**Detective Resh:**  So, who was all in the room where he was at?

**Deputy Rodriguez:**  There was an x-ray technician and I believe the nurse.

**Detective Resh:**  So, there was an x-ray technician and you said a nurse also?

**Deputy Rodriguez:**  Yes.  The same nurse that walked me to his room.

**Detective Resh:**  How far were you away from him?

**Deputy Rodriguez:**  It was like right outside the main room.  It was like maybe ten or twelve feet away, something like that.

**Detective Resh:**  So, you step out of the room, you're with Sgt. Stone, you have a conversation.  What was that conversation?

**Deputy Rodriguez:**  Um, the conversation was of the Defendant was that the Defendant was recently at the hospital.  They had walked away because they couldn't stay with him and then the Defendant ended up walking away from the hospital and then

**Detective Resh:**  Was that tonight or was that previously?  A couple of weeks?

**Deputy Rodriguez:**  Previously.  And then after the Defendant walked out of the hospital, that's when he had an altercation with one of the Officers.

**Detective Resh:**  Did he say when that took place?  The date or anything?

**Deputy Rodriguez:**  It wasn't today, it was I guess, recently.

**Detective Resh:**  Do you remember if he said to you, they left the hospital and left him there by himself that time?

**Deputy Rodriguez:** Correct.  Correct.

**Detective Resh:**  But, he didn't tell you when that was?

LC DA

LC0011



**Office of the District Attorney of Lancaster County**
**Investigation Division**
50 North Duke Street, Lancaster, Pennsylvania 17608
*Continuation of:* **Transcribed Statement**

**Deputy Rodriguez:** No.

**Detective Resh:** Okay. So, he's in there getting an x-ray, you're done talking, what happens from there?

**Deputy Rodriguez:** From when we were in that room, I swapped shackles because the Officer was going to leave and then the Defendant wanted to use the restroom while he was there, so he went into the room by himself. The nurse was in the hallway waiting.

**Detective Resh:** So, you did this in the x-ray room where you swapped the shackles?

**Deputy Rodriguez:** Correct.

**Detective Resh:** And where was Sgt. Stone?

**Deputy Rodriguez:** He was right next to me.

**Detective Resh:** Did he go into the bathroom with him?

**Deputy Rodriguez:** No.

**Detective Resh:** So, nobody, it was just a bathroom in that room?

**Deputy Rodriguez:** Yes.

**Detective Resh:** Did you shut the door or did he shut the door?

**Deputy Rodriguez:** The nurse did, yea.

**Detective Resh:** When he went into the bathroom, he had leg shackles on and handcuffs?

**Deputy Rodriguez:** He did not have handcuffs. He had the leg shackles on.

**Detective Resh:** Did he say anything to you?

**Deputy Rodriguez:** The Defendant?

**Detective Resh:** Yes.

**Deputy Rodriguez:** No.

**Detective Resh:** Okay. So, he goes to the bathroom and he comes back out?

**Deputy Rodriguez:** Yes.

**Detective Resh:** Then what did you do?

**Deputy Rodriguez:** Now I put the handcuffs on.

**Detective Resh:** When did you put the belt on?

**Deputy Rodriguez:** I put the belt when he was discharged.

**Detective Resh:** Okay, so you just put the handcuffs on and they put him back in the bed?

LC DA

LC0012



**Office of the District Attorney of Lancaster County**
**Investigation Division**
50 North Duke Street, Lancaster, Pennsylvania 17608
***Continuation of:* Transcribed Statement**

**Deputy Rodriguez:**  Correct.

**Detective Resh:**  Okay.  So, right now, does he have your shackles and your handcuffs on?

**Deputy Rodriguez:**  Correct.

**Detective Resh:**  Okay.  So, they wheel him back to that room where they came out of?  Behind the counter?

**Deputy Rodriguez:**  Correct.

**Detective Resh:**  Alright.  Then what happens from there?

**Deputy Rodriguez:**  From there, Officer Stone leaves.

**Detective Resh:**  And you're there by yourself?

**Deputy Rodriguez:**  Correct.  The Defendant asked if I could just do the one hand instead of both hands?  So, I just cuffed the one hand to the bed rail.

**Detective Resh:**  The Defendant asked you to remove one cuff?

**Deputy Rodriguez:**  Yes.

**Detective Resh:**  And you took that cuff and linked it to the hand rail on the bed that he was in?

**Deputy Rodriguez:**  Correct.  Correct.  Because we were still waiting for the x-ray results.

**Detective Resh:**  Okay.  So, was there any conversation between you and him other than hey, can you take this cuff off?

**Deputy Rodriguez:**  I asked him if I had picked him up before because he looked familiar to me.  And he said maybe at the Courthouse because he's always, I mean at the Prison because he's always in and out.  That was about it.

**Detective Resh:**  How long do you think when Officer Stone left did they come back in?  Did somebody come back in?

**Deputy Rodriguez:**  Yes.  The nurse came back in and then she took the IV out because he was going to be ready to be discharged.  She informed him that there was no fracture or I think the doctor, a male doctor, walked in and told him that there was no fracture.  Just swelling.

**Detective Resh:**  So, the nurse came in and took his IV out?

**Deputy Rodriguez:**  Correct.

**Detective Resh:**  Do we know what that IV was for?

**Deputy Rodriguez:**  I do not.

**Detective Resh:**  Do you remember the doctor's name?

LC DA

LC0013



**Office of the District Attorney of Lancaster County**
**Investigation Division**
50 North Duke Street, Lancaster, Pennsylvania 17608
***Continuation of:* Transcribed Statement**

**Deputy Rodriguez:** I do not.

**Detective Resh:** Did they, did you have any interaction between the nurse and the doctor? Any questions or anything there?

**Deputy Rodriguez:** The doctor asked me if I had any questions and I had said that I did not.

**Detective Resh:** When the doctor was in there, was that when he discharged him?

**Deputy Rodriguez:** Yes.

**Detective Resh:** So, lets go from there. So, he's still handcuffed by one to the bed?

**Deputy Rodriguez:** Yes.

**Detective Resh:** He's being discharged by the doctor?

**Deputy Rodriguez:** Yes.

**Detective Resh:** The doctor leaves the room?

**Deputy Rodriguez:** Yes.

**Detective Resh:** And then it was just you and the nurse?

**Deputy Rodriguez:** Yes.

**Detective Resh:** Okay. Lets go from there. What did you do?

**Deputy Rodriguez:** After the nurse took the IV out, she informed me that he was ready to go. I had him stand up and face the bed and I put the belt chain on and the handcuffs and then proceeded to walk him out of the hospital.

**Detective Resh:** Had him face the bed, then you put the belt on?

**Deputy Rodriguez:** Correct.

**Detective Resh:** Leg irons were still on and they were your leg irons?

**Deputy Rodriguez:** Yes.

**Detective Resh:** When you put the cuffs on, did he face you?

**Deputy Rodriguez:** Yes. I told him to turn around because I just asked him to extend his arm out.

**Detective Resh:** Okay. Did at any time, did he say anything to you there? Did he turn around when you told him to turn around?

**Deputy Rodriguez:** Yes.

**Detective Resh:** And then you hooked him up?

**Deputy Rodriguez:** I did.

LC DA

LC0014



**Office of the District Attorney of Lancaster County**
**Investigation Division**
50 North Duke Street, Lancaster, Pennsylvania 17608
***Continuation of:* Transcribed Statement**

**Detective Resh**: Okay. When you hooked him up, did you double-lock the cuff?

**Deputy Rodriguez**: I did.

**Detective Resh**: How about the leg irons?

**Deputy Rodriguez**: I did.

**Detective Resh**: So, the handcuffs and the leg irons were double-locked?

**Deputy Rodriguez**: Correct.

**Detective Resh**: When you put the leg irons on, were the jeans in between them or did you go right for the skin?

**Deputy Rodriguez**: I usually always lift the pants. I never do over the leg, the pants.

**Detective Resh**: And then the handcuffs? He wasn't wearing a shirt or anything so they just went right to the belt?

**Deputy Rodriguez**: He asked for a wrap on his left hand so the nurse wrapped his left wrist and it was with a thin wrap.

**Detective Resh**: Was it like gauze or was it like an Ace bandage?

**Deputy Rodriguez**: I think it was like a bandage.

**Detective Resh**: And you said it was the left wrist.

**Deputy Rodriguez**: Yes.

**Detective Resh**: And that's the one he supposedly he injured?

**Deputy Rodriguez**: Yes.

**Detective Resh**: Okay. So, she wrapped the wrist and you put the cuff on?

**Deputy Rodriguez**: Correct.

**Detective Resh**: Alright. And you double-locked it.

**Deputy Rodriguez**: Correct.

**Detective Resh**: What did you do next?

**Deputy Rodriguez**: After that he asked me if I could move the belt chain down lower, so I did scoop it down a little bit and then that's when we started walking towards the car.

**Detective Resh**: How loose do you think that belt was?

**Deputy Rodriguez**: How loose? Maybe enough room for me to have two fingers.

**Detective Resh**: So, when you originally put them on, it was above his waist?

LC DA

LC0015



**Office of the District Attorney of Lancaster County**
**Investigation Division**
50 North Duke Street, Lancaster, Pennsylvania 17608
*Continuation of:* **Transcribed Statement**

**Deputy Rodriguez:** Correct.

**Detective Resh:** And he wanted it a little lower to his waist?

**Deputy Rodriguez:** Correct.

**Detective Resh:** Alright. And then you were escorting him out to your vehicle?

**Deputy Rodriguez:** Correct.

**Detective Resh:** Okay. So, as you're going out towards the vehicle, do you have both, do you have a hand on him?

**Deputy Rodriguez:** I'm holding the belt in the back with my left hand.

**Detective Resh:** How far did you get when he started acting up?

**Deputy Rodriguez:** To the car.

**Detective Resh:** So, you're already, you leave that room, come around the counter and you're walking towards your car?

**Deputy Rodriguez:** The nurse walked me out the other door.

**Detective Resh:** Okay. So, you went out a different door. Okay, the nurse took you out a different door?

**Deputy Rodriguez:** Correct.

**Detective Resh:** Where did that door take you then?

**Deputy Rodriguez:** To where they have the security parking spots.

**Detective Resh:** Is that where your vehicle was parked?

**Deputy Rodriguez:** My vehicle was in the 15-minute parking spot. The very first one from left to right.

**Detective Resh:** Okay. So, you were parked in? I'm sorry, say that again.

**Deputy Rodriguez:** The 15-minute parking spots.

**Detective Resh:** The 15-minute parking spot. And you said it was the left?

**Deputy Rodriguez:** The first one from left to right. Correct.

**Detective Resh:** So, you have him by the belt in the back, you go out this door by Security?

**Deputy Rodriguez:** The other door. I came in through Security and when they walked me out, they walked me out the other door.

**Detective Resh:** Was that off the ER or did you go through the ER to get to the outside?

**Deputy Rodriguez:** No, I walked like kind of like around the counter. I came through the one side and then they took me out the other side.

LC DA

LC0016



**Office of the District Attorney of Lancaster County**
**Investigation Division**
50 North Duke Street, Lancaster, Pennsylvania 17608
*Continuation of:* **Transcribed Statement**

**Detective Resh**: Did he ever say anything at that time?

**Deputy Rodriguez**: He did not.

**Detective Resh**: So, you have him by the belt, you get to the door, you're walking out the door.

**Deputy Rodriguez**: Correct.

**Detective Resh**: Okay. From that point on, how far from that door to the car?

**Deputy Rodriguez**: It was kind of like a little walk. I was expecting to go out the other way because it was closer to where I parked.

**Detective Resh**: So, you get out that door, you're walking to the other car. Then what happens?

**Deputy Rodriguez**: When I'm going to unlock the door, I unlock the doors and I went to open the back door where he was going to sit, he was standing in the middle, in the way. So, I touched him and said, I opened the door and he said why are you touching me? I'm like, you're in the way and I'm trying to get the door open. And then he just leaned on the car right next to the door and I said, get in and he said, can I just lean here and get some fresh air for a minute? And I told him no, I'll roll the window for you, just get in the car.

**Detective Resh**: Lets go back to the car now. You're walking up to the car. Do you put him in on the rear passenger or the rear driver?

**Deputy Rodriguez**: Rear passenger.

**Detective Resh**: Okay. Now, when you unlocked the car, do you have to put a key in it or do you have a

**Deputy Rodriguez**: Yes.

**Detective Resh**: So, you have to put the key in the?

**Deputy Rodriguez**: In the handle and then open the door and then unlock the locks from the door.

**Detective Resh**: So, you put the key in the passenger side door and unlocked with the automatic release on that door?

**Deputy Rodriguez**: Correct. Correct.

**Detective Resh**: Okay. So, then he didn't like you touching him?

**Deputy Rodriguez**: Correct.

**Detective Resh**: Okay. So, you unlocked the door, you opened the rear passenger door for him to get in?

**Deputy Rodriguez**: Correct.

**Detective Resh**: And this is where he wants to stay there?

**Deputy Rodriguez**: Correct.

LC DA

LC0017



**Office of the District Attorney of Lancaster County**
**Investigation Division**
50 North Duke Street, Lancaster, Pennsylvania 17608
***Continuation of:* Transcribed Statement**

---

**Detective Resh**: Okay. Is he towards the back of the car or right at the passenger, the rear passenger door of your vehicle?

**Deputy Rodriguez**: He's like leaning right above the tire on the rear passenger side.

**Detective Resh**: Okay, so he's sort of to the rear of the passenger door?

**Deputy Rodriguez**: Correct.

**Detective Resh**: Is he, when you say leaning, is he front like this or?

**Deputy Rodriguez**: He's leaning on his back.

**Detective Resh**: Okay.

**Deputy Rodriguez**: Facing me.

**Detective Resh**: Okay, so he can see out. Okay. So, you open the door, does he get in?

**Deputy Rodriguez**: He did not. He refused to get in.

**Detective Resh**: So, what happens then? Okay.

**Deputy Rodriguez**: I told him multiple times to get in the car and he kept insisting that he wanted to get some fresh air because he was going to go away for a while and that he just wanted to get some fresh air.

**Detective Resh**: Okay. How many times do you think you told him?

**Deputy Rodriguez**: I told him multiple times.

**Detective Resh**: Multiple times.

**Deputy Rodriguez**: I kept repeating it.

**Detective Resh**: Okay. Go ahead from there. So, did you put him in the car?

**Deputy Rodriguez**: I did not. He started like walking farther away from the door and he kept staring at my taser and getting closer to me. And then at one point he tried to grab for my taser.

**Detective Resh**: Your taser's located where on your?

**Deputy Rodriguez**: On my left side.

**Detective Resh**: Left side.

**Deputy Rodriguez**: Cross draw.

**Detective Resh**: Okay. Go ahead from there.

**Deputy Rodriguez**: From there I told him that if he didn't get in the car, I was going to charge him with Resisting Arrest and he said how are you going to do that? Stop touching me. I'm not even moving, stop touching me. And then he just kind of like started going away.

LC DA

LC0018



**Office of the District Attorney of Lancaster County**
**Investigation Division**
50 North Duke Street, Lancaster, Pennsylvania 17608
*Continuation of:* **Transcribed Statement**

**Detective Resh**: Okay. Did you grab him forcibly then and

**Deputy Rodriguez**: I started like, yea, I kind of like started pushing him a little bit.

**Detective Resh**: From his front or from his back?

**Deputy Rodriguez**: From the front, I think he was turning and I kind of like start turning him and he was just like resisting and was like pushing away from me.

**Detective Resh**: Were you grabbing him by his arms or the belt?

**Deputy Rodriguez**: By his arms and at some point, by his shoulder area.

**Detective Resh**: Then what happens?

**Deputy Rodriguez**: And then after that that's when he turned and I tased him.

**Detective Resh**: Okay, so you tased him right away then?

**Deputy Rodriguez**: Yes, because I could tell he was starting to run away from me.

**Detective Resh**: Did you have your hands on him when you tased him or?

**Deputy Rodriguez**: I did not.

**Detective Resh**: Okay. So, you tased him.

**Deputy Rodriguez**: And then he started running away.

**Detective Resh**: Did you hit him with the taser?

**Deputy Rodriguez**: I did.

**Detective Resh**: Do you know where you hit him on his body?

**Deputy Rodriguez**: I believe that it was in the upper back.

**Detective Resh**: Did he fall down or?

**Deputy Rodriguez**: He did at some point in the parking lot right before the grassy area. And he just said, why did you do this to me? And I just said, stay on the ground and he just started taking the wires off of him and got up.

**Detective Resh**: So, he ripped them out?

**Deputy Rodriguez**: Yes. And that's when I noticed when he started running that one of the shackles had came off.

**Detective Resh**: Did he take both leads out or one or you don't know?

**Deputy Rodriguez**: The what?

LC DA

LC0019



**Office of the District Attorney of Lancaster County**
**Investigation Division**
50 North Duke Street, Lancaster, Pennsylvania 17608
*Continuation of:* Transcribed Statement

---

**Detective Resh**: The leads. Like when you hit him, does it have leads on it that shoot out? Is there one lead or two?

**Deputy Rodriguez**: Yes. There's two.

**Detective Resh**: Okay. Do you think he had both leads on him?

**Deputy Rodriguez**: I believe I did. Because I was aiming at the back. It's a big area.

**Detective Resh**: How many times did you zap him? Just the one time?

**Deputy Rodriguez**: That one time before I did the second time.

**Detective Resh**: Okay. So, one time first?

**Deputy Rodriguez**: Yes.

**Detective Resh**: And then you hit him again?

**Deputy Rodriguez**: And then he got up and started running away from me again and that's when I told him to stop or I'm going to tase you again and he kept running and that's when I tased him the second time.

**Detective Resh**: Did you hit him?

**Deputy Rodriguez**: I believe I did. But he just kept on running and he just pulled the wires away. At some point, he even stated I tried to grab by your taser, are you going to shoot me?

**Detective Resh**: I'm sorry. Can you say that again?

**Deputy Rodriguez**: He said I tried to grab your taser, are you going to shoot me? At some point, I think it was before I tased him the first time.

**Detective Resh**: So, he said I tried to grab your taser?

**Deputy Rodriguez**: Correct.

**Detective Resh**: So, he pulls the leads out the second time also?

**Deputy Rodriguez**: Yes.

**Detective Resh**: And now he's going because one shackles out?

**Deputy Rodriguez**: Correct.

**Detective Resh**: So, when you first noticed the shackles out, that's when you tased him the first time or the second time?

**Deputy Rodriguez**: The second time. Because when he started running the first time, that's when the shackle came off.

**Detective Resh**: Okay. Remember which leg it was?

LC DA

LC0020



**Office of the District Attorney of Lancaster County**
**Investigation Division**
50 North Duke Street, Lancaster, Pennsylvania 17608
*Continuation of:* Transcribed Statement

---

**Deputy Rodriguez**: I don't.

**Detective Resh**: Did you chase after him?

**Deputy Rodriguez**: I did.

**Detective Resh**: Okay. And you, what did you do then?

**Deputy Rodriguez**: I was calling for backup and calling County. I originally called for a backup when he first started resisting.

**Detective Resh**: And that's before you even tased him?

**Deputy Rodriguez**: Before I even tased him, and then that's when he said, why are you calling for backup?

**Detective Resh**: Okay. So, you called for backup, you tase him and you tase him again and now he's in flight?

**Deputy Rodriguez**: Correct.

**Detective Resh**: You chased after him?

**Deputy Rodriguez**: Correct.

**Detective Resh**: And then what did you do?

**Deputy Rodriguez**: He starts going to the really bushy area, so I started calling, because County, I believe they called me asking my location so I told them where I was.

**Detective Resh**: The bushy area still there at the hospital?

**Deputy Rodriguez**: No, it's like outside, kind of like after the parking lot.

**Detective Resh**: But you're still on hospital grounds?

**Deputy Rodriguez**: Yes.

**Detective Resh**: Anybody come out right away when you started calling for help?

**Deputy Rodriguez**: Yes. The one Security guy.

**Detective Resh**: Do you remember who that was?

**Deputy Rodriguez**: I do not recall his name.

**Detective Resh**: So, that would be the Hospital Security guy?

**Deputy Rodriguez**: Correct.

**Detective Resh**: Okay, so he gets in the grassy area, are you still chasing him?

LC DA

LC0021



**Office of the District Attorney of Lancaster County**
**Investigation Division**
50 North Duke Street, Lancaster, Pennsylvania 17608
*Continuation of:* Transcribed Statement

**Deputy Rodriguez:** Until I looked to see if I could see him, because at that point I couldn't see where he went.

**Detective Resh:** The Security guy. Was he chasing after him?

**Deputy Rodriguez:** He was helping me look to see if we could see him. And that's when we noticed that there was a creek there.

**Detective Resh:** So, the creek is actually on hospital ground?

**Deputy Rodriguez:** I believe so.

**Detective Resh:** Okay. So, he gets himself in what you call bushes and then you lose sight of him?

**Deputy Rodriguez:** Yes. Correct.

**Detective Resh:** Okay. When do you see him again?

**Deputy Rodriguez:** When I was looking for him with an Ephrata Officer. Officer Rivera.

**Detective Resh:** How long after when you, when he got away did you?

**Deputy Rodriguez:** Maybe like five minutes.

**Detective Resh:** Ephrata was there pretty fast? The Police Department?

**Deputy Rodriguez:** Yes.

**Detective Resh:** So, he gets through the bushes, he gets in the water at this point?

**Deputy Rodriguez:** I did not see him at that point in the water.

**Detective Resh:** Okay. You just saw him near the creek?

**Deputy Rodriguez:** Correct.

**Detective Resh:** When you say you see him near the creek, was he on the edge?

**Deputy Rodriguez:** He was sitting on the edge outside of the water.

**Detective Resh:** Okay. Was he facing the creek or was he?

**Deputy Rodriguez:** Correct. He was facing the creek.

**Detective Resh:** And not in the water?

**Deputy Rodriguez:** Not in the water.

**Detective Resh:** What do we do then?

**Deputy Rodriguez:** I told Officer Rivera that I saw him, that I spotted him and he was by the creek and then we proceeded to walk towards him.

LC DA

LC0022



**Office of the District Attorney of Lancaster County**
**Investigation Division**
50 North Duke Street, Lancaster, Pennsylvania 17608
*Continuation of:* Transcribed Statement

---

**Detective Resh**: And you did this on your radio?

**Deputy Rodriguez**: I believe she called out on the radio that we had seen him and he was by the creek.

**Detective Resh**: So, he's sitting there along the edge of the creek, facing towards the water?

**Deputy Rodriguez**: Correct.

**Detective Resh**: Then what do you do?

**Deputy Rodriguez**: We started approaching him and that's when he jumped in the water.

**Detective Resh**: When you say we, was it you and the Ephrata?

**Deputy Rodriguez**: Officer Rivera and I.

**Detective Resh**: How did he jump in the water? Did he just swoosh?

**Deputy Rodriguez**: I did not see that. I was just like running through the bushes and trying to get to him.

**Detective Resh**: Okay. Did Officer Rivera see him actually, physically go in the water? Did anybody see him go in the water?

**Deputy Rodriguez**: I don't know.

**Detective Resh**: As far as you, you did not see him go in the water?

**Deputy Rodriguez**: No.

**Detective Resh**: Okay.

**Deputy Rodriguez**: The first time I saw him in the water was when I had gotten closer to where he was.

**Detective Resh**: Okay. What was he doing in the water?

**Deputy Rodriguez**: When I first saw him or as we got closer to him?

**Detective Resh**: Well, you saw him sitting on the edge.

**Deputy Rodriguez**: Yes.

**Detective Resh**: And you started to approach with Officer Rivera.

**Deputy Rodriguez**: Correct.

**Detective Resh**: And then at some point he gets in the water, but you don't see him get in the water?

**Deputy Rodriguez**: Yes.

**Detective Resh**: Okay. What's he doing when you see him?

**Deputy Rodriguez**: When I see him, he's standing close, near to the edge of the water.

**Detective Resh**: So, he's standing?

LC DA

LC0023



**Office of the District Attorney of Lancaster County**
**Investigation Division**
50 North Duke Street, Lancaster, Pennsylvania 17608
*Continuation of:* **Transcribed Statement**

**Deputy Rodriguez**: He's under the water, it's not really deep in that area.

**Detective Resh**: Right.

**Deputy Rodriguez**: Yea, his head is still above water.

**Detective Resh**: But he's standing as far as you can tell?

**Deputy Rodriguez**: Yes.

**Detective Resh**: Were you giving him commands?

**Deputy Rodriguez**: Officer Rivera and I, I believe we were telling him to get out and even the other Security guy that showed up was telling him to come out of the water.

**Detective Resh**: So, you could physically just standing there?

**Deputy Rodriguez**: Yes.

**Detective Resh**: And you think the water was how high?

**Deputy Rodriguez**: It wasn't covering him, it was like maybe like to shoulder level?

**Detective Resh**: And you're showing me it's your shoulders?

**Deputy Rodriguez**: Correct.

**Detective Resh**: Shoulder height. Then what does he do?

**Deputy Rodriguez**: Then when Officer Rivera got closer to the water and she started taking her gear off, he started going farther away.

**Detective Resh**: When you say farther away, was he swimming?

**Deputy Rodriguez**: I don't know. I could only see like his head above the water at that point.

**Detective Resh**: As she's taking her gear off, he's in the water, sees it and starts moving towards the middle of the creek?

**Deputy Rodriguez**: Correct.

**Detective Resh**: Okay. Then what happens?

**Deputy Rodriguez**: Then he starts screaming help and now Officer Rivera's in the water at that point and I have my flashlight out pointing at him and I'm like keeping him in sight.

**Detective Resh**: Did you see him?

**Deputy Rodriguez**: Yes.

**Detective Resh**: So, when he's yelling for help, where's the water level at?

**Deputy Rodriguez**: The water was like getting, yes.

LC DA

LC0024



**Office of the District Attorney of Lancaster County**
**Investigation Division**
50 North Duke Street, Lancaster, Pennsylvania 17608
*Continuation of:* Transcribed Statement

---

**Detective Resh**: Under his chin?

**Deputy Rodriguez**: Yes, and then his head would go under the water and then come back up.

**Detective Resh**: Did Officer Rivera go in the water?

**Deputy Rodriguez**: She did.

**Detective Resh**: Okay.  Could she reach him?

**Deputy Rodriguez**: Could she reach?

**Detective Resh**: The Defendant.

**Deputy Rodriguez**: No.

**Detective Resh**: So, you see him and he's yelling for help?

**Deputy Rodriguez**: Correct.

**Detective Resh**: You're shining your light and Rivera goes into the water to help him?

**Deputy Rodriguez**: Correct.

**Detective Resh**: Was the water rough?  Was it knocking him down or was it just a very?

**Deputy Rodriguez**: It was pretty calm.

**Detective Resh**: So, she gets in the water, he's yelling for help, you got the light on, what happens after that?

**Deputy Rodriguez**: After that, that's when the other Officers are showing up.  The other Ephrata Officers.

**Detective Resh**: Can you still see him?

**Deputy Rodriguez**: At that point?  No, it was like he was out of sight.

**Detective Resh**: When you say out of sight, like did he go under?

**Deputy Rodriguez**: Yea, I believe he was out of sight after that, yea.

**Detective Resh**: Any of the other Officers go in the water?

**Deputy Rodriguez**: Yes.  Another male officer did.

**Detective Resh**: From Ephrata?

**Deputy Rodriguez**: Correct.

**Detective Resh**: Okay.  So, when do you see him again?

**Deputy Rodriguez**: I did not see him again after that.

LC DA

LC0025



**Office of the District Attorney of Lancaster County**
**Investigation Division**
50 North Duke Street, Lancaster, Pennsylvania 17608
*Continuation of:* **Transcribed Statement**

---

**Detective Resh**: Okay, so you radio to County. They're sending, I take it, like fire and EMS?

**Deputy Rodriguez**: Correct.

**Detective Resh**: So, what are you doing during this time?

**Deputy Rodriguez**: At that point, Ephrata Officers were taking the lead. I was just waiting there for my Sergeants to show up.

**Detective Resh**: When you say other officers, most of the Ephrata guys were there and they were searching for him?

**Deputy Rodriguez**: Correct. I was helping searching too, like with my flashlight. I kept checking on the water, but I did not see him.

**Detective Resh**: Do you remember if anybody saw him?

**Deputy Rodriguez**: What do you

**Detective Resh**: Like she said, you said, Officer Rivera got in the water and you shined your light. And then these other guys are coming up. Did anybody say hey, he's over there?

**Deputy Rodriguez**: I don't recall. Somebody might have said I see him, but then after that they didn't see him again.

**Detective Resh**: How long until the fire department got there?

**Deputy Rodriguez**: It was a while when the fire department showed up.

**Detective Resh**: So, nobody ever sees him again after we hear him yelling for help?

**Deputy Rodriguez**: No. Correct.

**Detective Resh**: How far in do you think Officer Rivera went? You said she got in the water.

**Deputy Rodriguez**: She did. I'm not sure, but she did go in the water and she was trying to reach him.

**Detective Resh**: You said there was another male officer from Ephrata that went in?

**Deputy Rodriguez**: Correct.

**Detective Resh**: But I guess you guys were there and you're waiting for fire and EMS to come?

**Deputy Rodriguez**: Correct.

**Detective Resh**: What are you guys doing?

**Deputy Rodriguez**: We're still looking for him to see if he might have gotten out of the water and might be hiding in the bushes.

**Detective Resh**: Okay. So, you're using your flashlight.

LC DA

LC0026



**Office of the District Attorney of Lancaster County**
**Investigation Division**
50 North Duke Street, Lancaster, Pennsylvania 17608
*Continuation of:* **Transcribed Statement**

---

**Deputy Rodriguez:** I have my flashlight, I'm looking in the water, looking outside, looking around to see if I see anything.

**Detective Resh:** So, the other officers, what are they doing?

**Deputy Rodriguez:** Some of them walked down further the creek to see if they could see because the current was flowing down that way so they walked.

**Detective Resh:** The current? Okay. Did the current seem heavy or?

**Deputy Rodriguez:** I can't tell. I don't believe so. At that point it was like getting really dark.

**Detective Resh:** So, lets back up. So, when you get there is it daylight out?

**Deputy Rodriguez:** It was starting to come down, yes.

**Detective Resh:** So, when you leave the hospital with him to put him in the car, is it still light out?

**Deputy Rodriguez:** It was still light, but it was starting to get dark.

**Detective Resh:** Starting to get dark.

**Deputy Rodriguez:** So, at that point it might have been closer to 7:30.

**Detective Resh:** Okay, so when he gets in that water, is it still daylight out or is it starting to really get dark?

**Deputy Rodriguez:** It's starting to really get dark. Because it was starting to get dark outside and then in the bushes it was darker inside that area. Not bushes, like the trees or the woods. Sorry, I keep saying bushes.

**Detective Resh:** Is it like the woods?

**Deputy Rodriguez:** Yea, it's like a wooded area.

**Detective Resh:** Okay, so he gets, gotta back up a little bit because I'm picturing bushes.

**Deputy Rodriguez:** I'm sorry, that's why I'm saying like, it's kind of like a language barrier here. When I say that, I mean like a wooded area. Sorry.

**Detective Resh:** That's okay. So, he gets free and gets into this wooded area?

**Deputy Rodriguez:** It's not bushes, it's a wooded area. Sorry.

**Detective Resh:** No, it's fine. Is it thick? Is it wide?

**Deputy Rodriguez:** Yes. The first part was like really like, I don't know how to explain it, like really

**Detective Resh:** Overgrown?

**Deputy Rodriguez:** Yes. The kind of dry, rough like branches and stuff like that.

LC DA

LC0027



**Office of the District Attorney of Lancaster County**
**Investigation Division**
50 North Duke Street, Lancaster, Pennsylvania 17608
*Continuation of:* **Transcribed Statement**

**Detective Resh**: So, you got to go through that?

**Deputy Rodriguez**: Correct.

**Detective Resh**: And then you see him sitting on the side of the creek?

**Deputy Rodriguez**: Well, when I walked with Officer Rivera, we started walking around and then down in the wooded area and then that's when I started looking down the creek and then that's when I saw him.

**Detective Resh**: Sitting there? So, you didn't go right through where you were at? You and Officer Rivera went around to an area that was easier to get into or?

**Deputy Rodriguez**: Correct. I guess we were just looking. I just followed Officer Rivera, we went just down the other way and started going in the wooded area.

**Detective Resh**: Alright. So, when you're shining your light in there, it's probably, what do you think? It's almost pretty dark?

**Deputy Rodriguez**: Yes.

**Detective Resh**: Could you see him in the water when he was yelling for help?

**Deputy Rodriguez**: Slightly, yes.

**Detective Resh**: Or just hear him?

**Deputy Rodriguez**: I heard him and I could see him. It was still a little bit of light out, enough to see. Not very clear though.

**Detective Resh**: So, then, so then what do we do? We wait for the fire department?

**Deputy Rodriguez**: Correct.

**Detective Resh**: You said it seems like it took a while for them to get there.

**Deputy Rodriguez**: Yes.

**Detective Resh**: So, then what did you do? Just waited and then?

**Deputy Rodriguez**: Then I started looking on the other side of the creek with the K-9 from my Department.

**Detective Resh**: How long do you think it was until your K-9 guys got there? When he got away?

**Deputy Rodriguez**: Maybe like forty minutes or something like that. Half hour, something roughly.

**Detective Resh**: So, you could, everybody continues to look but nobody sees him in the water?

**Deputy Rodriguez**: Correct.

**Detective Resh**: Okay. Were you there when they found him?

LC DA

LC0028



**Office of the District Attorney of Lancaster County**
**Investigation Division**
50 North Duke Street, Lancaster, Pennsylvania 17608
*Continuation of:* **Transcribed Statement**

---

**Deputy Rodriguez**: I was not.

**Detective Resh**: What else do you remember? So, you're walking up on the other side of the creek and you're looking for him. Do you know who found him or how he was found?

**Deputy Rodriguez**: I do not. I just got a call from my Sergeant and he said we're going to head over to the other side because they had found him.

**Detective Resh**: Jimmy?

**Detective Zahm**: Do you know about what time you lost sight of him? What time it was?

**Deputy Rodriguez**: I can't, I don't recall.

**Detective Zahm**: Best guess.

**Deputy Rodriguez**: Like maybe like close to 8:00? 8:15, around that time?

**Detective Zahm**: And getting back to this issue with his shackle.

**Deputy Rodriguez**: Yes.

**Detective Zahm**: When he started to run, you said the shackle came off or was off?

**Deputy Rodriguez**: Correct. I kind of heard the chain and I kind of like saw the chain like flopping around.

**Detective Zahm**: Could you see if the shackle was still closed or was it open?

**Deputy Rodriguez**: I do not know. I wasn't looking at it at the time.

**Detective Zahm**: You have an idea of how it might have come off?

**Deputy Rodriguez**: I do not know. I don't know.

**Detective Zahm**: When you put them on, it was tight though?

**Deputy Rodriguez**: Yes. I always like hear the clicks, at least two or three clicks and then I double-lock them.

**Detective Zahm**: Did he at any time when he was at the car giving you a hard time, did you see him reach down and touch the shackles or anything?

**Deputy Rodriguez**: No. No.

**Detective Resh**: You said he had black shoes on.

**Deputy Rodriguez**: Correct.

**Detective Resh**: Sneakers?

**Deputy Rodriguez**: Sneakers.

LC DA

LC0029



**Office of the District Attorney of Lancaster County**
**Investigation Division**
50 North Duke Street, Lancaster, Pennsylvania 17608
*Continuation of:* **Transcribed Statement**

---

**Detective Resh**: Okay. So, they call out and they say they found him. What did you do then?

**Deputy Rodriguez**: I got into Sgt. Bolton's vehicle and then he drove me to the other area.

**Detective Resh**: Was it the area where he was at when they had found him?

**Deputy Rodriguez**: It was the area where we started looking for him. I was in the vehicle at that point.

**Detective Resh**: So, you and Sgt. Bolton go back to the area where this, where this first took place. Was that to get your car?

**Deputy Rodriguez**: He told me that they want me to identify the Defendant. So, he was trying to find out where he was, but he just told me to stay in the car and then that's all I did. They never called me to identify him.

**Detective Resh**: Did Bolton get out of the car and walk over and identify him?

**Deputy Rodriguez**: I don't know if he did. He wasn't in the car with me.

**Detective Resh**: Bolton comes back and gets in the car with you then?

**Deputy Rodriguez**: Yes.

**Detective Resh**: Did he drive you here?

**Deputy Rodriguez**: Correct.

**Detective Resh**: Do your vehicles have number?

**Deputy Rodriguez**: They do.

**Detective Resh**: So, let me just back up here. What's your call number tonight?

**Deputy Rodriguez**: My call number tonight is 1252, but my vehicle number is 1224.

**Detective Resh**: You're 1252.

**Deputy Rodriguez**: Correct. My car's marked as 1224. But when we call out, we call out 1252 because that's the Duty Deputy car.

**Detective Resh**: So, anybody working Duty is 1252?

**Deputy Rodriguez**: Correct. The second shift is 1252.

**Detective Resh**: Is it a four-door or is it an SUV?

**Deputy Rodriguez**: It's a four-door SUV.

**Detective Resh**: SUV?

**Deputy Rodriguez**: Mm-hhmm.

**Detective Resh**: What time did you start being the Duty person?



**Office of the District Attorney of Lancaster County**
**Investigation Division**
50 North Duke Street, Lancaster, Pennsylvania 17608
*Continuation of:* Transcribed Statement

---

**Deputy Rodriguez:** Noon today.

**Detective Resh:** Noon today. And how long that would be til?

**Deputy Rodriguez:** Until midnight.

**Detective Resh:** Today?

**Deputy Rodriguez:** Yes. You mean for today or the period?

**Detective Resh:** Do you guys take turns for the whole weekend?

**Deputy Rodriguez:** We do it for the whole week. So, I start, I do Monday through Friday from 1600 hours until midnight. And then on the weekends we work twelve hours. So, noon til midnight Saturday and Sunday.

**Detective Zahm:** So, you've been working since Monday?

**Deputy Rodriguez:** Monday. Correct.

**Detective Zahm:** Straight through?

**Deputy Rodriguez:** Correct.

**Detective Resh:** So, Monday through Friday, your time is what time?

**Deputy Rodriguez:** From 4:00 until midnight. I'm just on call, I don't have to work at the Courthouse.

**Detective Resh:** So today, you worked noon til midnight?

**Deputy Rodriguez:** Correct.

**Detective Resh:** Is there another Deputy that worked before then or is on call?

**Deputy Rodriguez:** Yes. yes. He works from midnight til noon.

**Detective Resh:** Works what time?

**Deputy Rodriguez:** Midnight til noon. On the weekends. On week days he's from midnight til eight.

**Detective Resh:** Did you have a lot of calls this weekend?

**Deputy Rodriguez:** I was on a previous call before I got the call for Andrew Good.

**Detective Resh:** So, you came on at noon today, Saturday?

**Deputy Rodriguez:** Yes.

**Detective Resh:** And you go off tonight at midnight? So, you've only had one other call?

**Deputy Rodriguez:** I had one call before this one, yes.

**Detective Resh:** So, basically, you would have had two for today?

LC DA

LC0031



**Office of the District Attorney of Lancaster County**
**Investigation Division**
50 North Duke Street, Lancaster, Pennsylvania 17608
*Continuation of:* **Transcribed Statement**

**Deputy Rodriguez:** I can't tell, it varies.

**Detective Resh:** I mean so far today?

**Deputy Rodriguez:** Yes.

**Detective Resh:** Okay.

**Deputy Rodriguez:** The one I had was at 4:00.

**Detective Resh:** Jimmy?

**Detective Zahm:** Who has your taser?

**Deputy Rodriguez:** It's on the envelopes on the table.

**Detective Zahm:** Okay.

**Detective Resh:** Okay, it's going to be, I forgot to put the time on there. It's 12:26 AM on Sunday, April 15, 2018. We're going to stop the recording at this time.

(Second Interview)

**Detective Resh:** It's Detective Resh again and I'm here with Detective Zahm, Sgt. Zahm. We're going to have some follow-up questions with Barbara Rodriguez. It is now 1:57 AM on Sunday, April 15, 2018. Barbara, do you still agree to be recorded?

**Deputy Rodriguez:** Yes.

**Detective Resh:** A couple of questions that came up and maybe you told me and I just don't remember so we'll just clarify it a little better. Lets talk about the tasing.

**Deputy Rodriguez:** Okay.

**Detective Resh:** So, we're going to back to the point where you're taking him to the car. When you first get to the car, you have your keys out to unlock the door?

**Deputy Rodriguez:** Correct.

**Detective Resh:** Where, do you have a hold of him or?

**Deputy Rodriguez:** I pointed at the side door and told him to stand there.

**Detective Resh:** Did you have your hand on him or no?

**Deputy Rodriguez:** I did not because I had to go and unlock the car.

**Detective Resh:** So, how far do you think he was away from you when you were unlocking the car?

**Deputy Rodriguez:** Like two or three feet away.

**Detective Resh:** So, you have your front door because it's an SUV?

LC DA

LC0032



**Office of the District Attorney of Lancaster County**
**Investigation Division**
50 North Duke Street, Lancaster, Pennsylvania 17608
*Continuation of:* Transcribed Statement

---

**Deputy Rodriguez**: I'm sorry, it's like five feet away. I'm sorry, yea. Like two feet away, I'm sorry.

**Detective Resh**: That's okay. So, you have him faced to the car or is he around where he's looking out?

**Deputy Rodriguez**: He, I don't know the point where he was facing but I pointed and I said stand here and I went to unlock the door and I was trying to do it real quick like.

**Detective Resh**: Was he right at the passenger door?

**Deputy Rodriguez**: Well, he was almost there because when I went to open the door I couldn't do it because he was standing right there and that's when I told him to move back because he was in the way of the door.

**Detective Resh**: Okay. At some point, when you went to unlock the passenger front door to unlock all the doors, your hands were not on him, correct?

**Deputy Rodriguez**: They were not. Correct. Because I was not going to be able to unlock the doors holding him and unlocking.

**Detective Resh**: Okay. And you don't know if he was facing you or facing out or facing the car door?

**Deputy Rodriguez**: He was facing the, I believe, the door at that point but after I turned around that's when he was already like leaning on the door. Or just facing that way.

**Detective Resh**: Okay. So, you unlocked the door?

**Deputy Rodriguez**: Yes.

**Detective Resh**: You hit the unlock button?

**Deputy Rodriguez**: Yes.

**Detective Resh**: Then you go back and you have to have him move because he's blocking and you can't get the door open?

**Deputy Rodriguez**: Correct. Yes.

**Detective Resh**: That's when he goes to the wheel well and he's facing out towards

**Deputy Rodriguez**: That's when he said why are you touching me?

**Detective Resh**: But the reason was that you moved him to get him into the car?

**Deputy Rodriguez**: I was trying to move him because he wasn't letting me open the door because he was in the way.

**Detective Resh**: Did he go down towards the wheel well or did you like shove him or how did he get away from the door so you could get it open?

**Deputy Rodriguez**: I'm sorry. I believe I put my hand on him and try to push him away a little bit so I could get the door open.

LC DA

LC0033



**Office of the District Attorney of Lancaster County**
**Investigation Division**
50 North Duke Street, Lancaster, Pennsylvania 17608
***Continuation of:* Transcribed Statement**

**Detective Zahm:** When you opened the car door, when you were first opening the car door with a key and you had him stand there, did you lose sight of him at all?

**Deputy Rodriguez:** Yes, because I had to open the handle and then hit the button.

**Detective Zahm:** How long do you think you lost sight of him?

**Deputy Rodriguez:** Three seconds maybe. Three to five seconds.

**Detective Zahm:** Three to five seconds?

**Deputy Rodriguez:** Maybe like ten seconds. There was a time when I had to unlock the door, I had to open the door and then hit the unlock button. So, maybe no more than ten seconds, I would say. I tried to do it pretty fast because I didn't want to leave him standing there giving him my back towards him.

**Detective Zahm:** Okay.

**Detective Resh:** Okay. So, he doesn't want to get in the car, that's when you're getting into it with him?

**Deputy Rodriguez:** Correct.

**Detective Resh:** And what point do you tase him then?

**Deputy Rodriguez:** I think when he turns and starts like running away from me.

**Detective Resh:** So, here's your back door and he's at the wheel well?

**Deputy Rodriguez:** Yes.

**Detective Resh:** Does he move, how far away from here does he move or is he moving when you tase him?

**Deputy Rodriguez:** I think he started moving away and I remember pushing him and saying get in the car and that's when he started like getting away from me and turned.

**Detective Zahm:** Which way did he move? To the rear of the SUV?

**Deputy Rodriguez:** Yes, towards like the back of the car.

**Detective Zahm:** When he starts to run, he turns and starts to go to the rear of the SUV?

**Deputy Rodriguez:** Yes. That's when he started to actually walk towards the end of the SUV and I started like pushing him and telling him to get in the car.

**Detective Resh:** Okay. So, when you tase him, you already had told him that you're going to tase him?

**Deputy Rodriguez:** Yes.

**Detective Resh:** From the back of your car, what distance do you think he is when you actually tase him? Feet wise?

**Deputy Rodriguez:** Five or six or something like that?

LC DA

LC0034



**Office of the District Attorney of Lancaster County**
**Investigation Division**
50 North Duke Street, Lancaster, Pennsylvania 17608
*Continuation of:* **Transcribed Statement**

**Detective Resh**: So, you could see him pretty good?

**Deputy Rodriguez**: Yes.

**Detective Resh**: You take your taser and you hit him?  Was he facing you when you hit him?

**Deputy Rodriguez**: No.  I believe he was not.

**Detective Resh**: Because you said originally that you tased him in the back.

**Deputy Rodriguez**: I think he was facing me when I threatened to tase him.

**Detective Resh**: Okay.

**Deputy Rodriguez**: And when he started running, I believe that's when I tased him.

**Detective Resh**: And you think it was somewhere around the shoulder?

**Deputy Rodriguez**: Yea, because I aimed to the back and that's when he fell on the ground.

**Detective Zahm**: Was the laser on?

**Deputy Rodriguez**: Yes.

**Detective Resh**: So, it hits him.  How many times do you hit the button to shock him?

**Deputy Rodriguez**: One time.  And then he on the ground screaming like I said, why did you do this?  I said okay, okay and then I really, I believe I turned it off and then I was trying to tell him to get on the ground, stay on the ground and that's when he got up again and then I turned it on again then I shot one again.

**Detective Resh**: Okay so here's where we're a little, because they make a couple different tasers.

**Deputy Rodriguez**: Yes.

**Detective Resh**: So, the taser that you guys use, one cartridge comes off and it shoots out.  Did you have to reload the cartridge?

**Deputy Rodriguez**: I did not.  I have two.

**Detective Resh**: So, you don't have to reload?

**Deputy Rodriguez**: I do not.

**Detective Zahm**: You have two cartridges on the taser?

**Deputy Rodriguez**: Correct.

**Detective Zahm**: So, if I pull the trigger once, one goes off?

**Deputy Rodriguez**: Correct.

**Detective Zahm**: I pull the trigger again and the second set goes out?

LC DA

LC0035



**Office of the District Attorney of Lancaster County**
**Investigation Division**
50 North Duke Street, Lancaster, Pennsylvania 17608
*Continuation of:* **Transcribed Statement**

**Deputy Rodriguez:** Second one goes out. Correct.

**Detective Zahm:** Okay.

**Detective Resh:** Did the second set hit him?

**Deputy Rodriguez:** I don't think so because he kept running that second time.

**Detective Resh:** But you're sure the first time because he went down and he was yelling why did you do that?

**Deputy Rodriguez:** Yes. And then he said okay, I'll stop and then when I stood beside him I said then just stop resisting and stay there, that's when he kind of rolled over and then got up again.

**Detective Resh:** Okay. So, you deployed the first taser and it goes out and it hits him in the back, it shocks him one time?

**Deputy Rodriguez:** Yes.

**Detective Resh:** Do you shock him again on that one? Because then you say you turn it off.

**Deputy Rodriguez:** I did not because then when he started running away the second time, that's when I fired the second cartridge.

**Detective Resh:** You had to turn it back on again? And you fired a second one?

**Deputy Rodriguez:** Yes.

**Detective Resh:** Okay. But you don't believe that one hit him?

**Deputy Rodriguez:** I don't think so because he was running and the wire just pulled away from me.

**Detective Resh:** Okay. Did you seem him when he's on the ground and he's yelling why'd you do that? You said you could physically see him trying to pull the tasers out?

**Deputy Rodriguez:** He was trying to roll.

**Detective Resh:** And get them out?

**Deputy Rodriguez:** Yes.

**Detective Resh:** Did you ever see him physically pull them out?

**Deputy Rodriguez:** When he was running the second time, he was probably swinging his shoulders around, I believe, I don't know. I was running after him.

**Detective Zahm:** He never was able to lift his hands? That's what we're getting at.

**Deputy Rodriguez:** Yes. Yes.

**Detective Resh:** Because he couldn't pull them out.

LC DA

LC0036



**Office of the District Attorney of Lancaster County**
**Investigation Division**
50 North Duke Street, Lancaster, Pennsylvania 17608
***Continuation of:* Transcribed Statement**

**Detective Zahm:** Because if he was cuffed down here.

**Deputy Rodriguez:** Correct. But he was running and if you tase somebody and they run, it's gonna pull the prong out.

**Detective Zahm:** Yea, eventually it will only stay in there so long, but you're saying it looked like he was pulling them out because he was rolling on the ground.

**Deputy Rodriguez:** Rolling and just, yea.

**Detective Resh:** Oh, he was using the ground.

**Deputy Rodriguez:** Rolling down the little hill.

**Detective Resh:** Right, but he was actually trying to use the ground to get the tasers out, too?

**Deputy Rodriguez:** Yes. Because he was laying, I believe he was laying, I believe he was on his right side and then he was on his back at some point and then he got up. Because I think he had rolled on his stomach and then got up. Because he was like right on the edge of the parking like between the grass and the concrete, near the asphalt.

**Detective Resh:** Okay. We answered the questions. There's two leads, or two cartridges.

**Detective Zahm:** Two cartridges. And we now got it how he was pulling them out and everything and it sounds like the second ones did miss him because he didn't go down or anything.

**Detective Resh:** Okay. So, he gets away and he gets in the water and you can hear him yelling help, help, help. And then the other Officer gets there from Ephrata. You're still hearing him yelling help?

**Deputy Rodriguez:** When the Officer was in the water?

**Detective Resh:** Yes.

**Deputy Rodriguez:** Yes.

**Detective Resh:** So, when don't you hear him yelling help anymore?

**Deputy Rodriguez:** She was already in the water like seconds after.

**Detective Resh:** And at some point you don't hear him anymore?

**Deputy Rodriguez:** Correct.

**Detective Resh:** So, he gets in the water, first he's sitting on the edge?

**Deputy Rodriguez:** Correct.

**Detective Resh:** When you see him? Then when she starts to go down to get in taking her gear off, he's facing you now with the water about here

**Deputy Rodriguez:** Correct.

LC DA

LC0037



**Office of the District Attorney of Lancaster County**
**Investigation Division**
50 North Duke Street, Lancaster, Pennsylvania 17608
*Continuation of:* **Transcribed Statement**

**Detective Resh**: And as she goes to go in after him, he moves, he like pushes himself off or does he, or don't you know?

**Deputy Rodriguez**: I don't know.  I just like notice that he was farther away then when he was when we first arrived there.

**Detective Resh**: And that's when the water seems to be under his chin?

**Deputy Rodriguez**: Correct.

**Detective Resh**: And he's yelling help at that point?

**Deputy Rodriguez**: Correct.

**Detective Resh**: So, she's in the water, he's yelling help and there's another officer that comes to get in the water with them?

**Deputy Rodriguez**: No, it was a Security Officer.

**Detective Resh**: In the water?

**Deputy Rodriguez**: No, he was standing right next to me.

**Detective Resh**: Right, but there's another Officer that comes and gets in the water with her or no?

**Deputy Rodriguez**: Yes, at some point, yes.

**Detective Resh**: Okay, you still, you're hearing him yelling help at that point?

**Deputy Rodriguez**: No.  At that point, I think we had lost sight of him and we were still trying to find where he was last spotted at, last seen at.

**Detective Resh**: But she's in the water and you can still hear him yelling help?  You just can't figure out where he's at.

**Deputy Rodriguez**: No, I only heard him yell help like maybe three, four times that I can recall.

**Detective Zahm**: How close did Rivera get to him before he disappeared?

**Detective Resh**: She never saw him.

Deputy Resh:  I don't.

**Detective Zahm**: You don't remember?

**Deputy Rodriguez**: I mean, I can't really like tell, I'm not sure.

**Detective Zahm**: That's okay.

**Deputy Rodriguez**: Because she got in the water and the water was like, I believe, by her waist at that point and she kept slowly like going in, but I think that's when it started getting deeper and then after that.

LC DA

LC0038



**Office of the District Attorney of Lancaster County**
**Investigation Division**
50 North Duke Street, Lancaster, Pennsylvania 17608
*Continuation of:* **Transcribed Statement**

**Detective Resh:** She's not like swimming out to him, she's trying to wade out to him?

**Deputy Rodriguez:** Yes. Correct.

**Detective Resh:** She can kind of hear him, but it's dark at this point?

**Deputy Rodriguez:** It's not super dark, but it started to get dark because I still have my flashlight out to be able to try and see him.

**Detective Zahm:** But while she's moving towards him, his head is basically going under water?

**Detective Resh:** The last time you saw him?

**Deputy Rodriguez:** Mm-hmm.

**Detective Resh:** So, you only hear him three or four times yell for help?

**Deputy Rodriguez:** That I can recall.

**Detective Resh:** Okay.

**Detective Zahm:** That's all I think we have about that part. Going back to the shackles, are those shackles assigned to you or do you just take them out every day?

**Deputy Rodriguez:** They're in the vehicle all the time.

**Detective Zahm:** They're in that vehicle. So, they're not your shackles, per say?

**Deputy Rodriguez:** They are not. Correct.

**Detective Zahm:** And when you take your equipment out, do you check it ahead of time to make sure it's functioning properly?

**Deputy Rodriguez:** Yes.

**Detective Zahm:** And as far as you knew, those shackles were working properly?

**Deputy Rodriguez:** Yes. I had used them before for another prisoner that I had that day and they worked fine.

**Detective Resh:** Is that the one when they called you at the Prison? That person?

**Deputy Rodriguez:** Correct.

Deputy Zahm: Okay. Lets go over this again. When you put the shackle on his leg, you heard the ratchet click shut?

**Deputy Rodriguez:** Yes. I always wait for like two or three clicks.

Deputy Zahm: And you're positive you didn't catch any pant leg, any of his pant leg in that rachet?

LC DA

LC0039



**Office of the District Attorney of Lancaster County**
**Investigation Division**
50 North Duke Street, Lancaster, Pennsylvania 17608
*Continuation of:* Transcribed Statement

**Deputy Rodriguez:** No, because I had to pull his pant off because the other officer was taking his shackles off. So, he took his off and then I put mine after he removed his.

**Detective Resh:** There's a question. He goes and he gets x-rayed?

**Deputy Rodriguez:** Yes.

**Detective Resh:** At that point, the shackles that are on him is the Akron's guy's?

**Deputy Rodriguez:** Correct.

**Detective Resh:** And he has one handcuff on or two?

**Deputy Rodriguez:** I don't remember how they did that. I believe they had to remove it because the first time they kept them on and they had to redo it. So, I believe at that point they had to uncuff him.

**Detective Resh:** So, when you come out of that x-ray room, because he went to the bathroom in there right?

**Deputy Rodriguez:** Yes.

**Detective Resh:** Whose cuffs and shackles are on him?

**Deputy Rodriguez:** When he went to the bathroom, he had my shackles but he did not have any handcuffs on.

**Detective Resh:** Okay. When did you switch the leg shackles?

**Deputy Rodriguez:** In the x-ray room.

**Detective Resh:** In the x-ray room. After the x-ray?

**Deputy Rodriguez:** Yes. Just before he went to the bathroom.

**Detective Resh:** So, that Officer removes his shackles, then you put yours on?

**Deputy Rodriguez:** Correct.

**Detective Resh:** But he doesn't have any handcuffs on?

**Deputy Rodriguez:** He does not.

**Detective Resh:** You let him go to the bathroom, you all decide that he can go to the bathroom, you're in the room, the Officer from Akron's there and so's the nurse?

**Deputy Rodriguez:** Correct.

**Detective Resh:** He goes in and shuts the door?

**Deputy Rodriguez:** Correct.

**Detective Resh:** Then he comes out and he gets back in the bed?

LC DA

LC0040



**Office of the District Attorney of Lancaster County**
**Investigation Division**
50 North Duke Street, Lancaster, Pennsylvania 17608
***Continuation of:* Transcribed Statement**

**Deputy Rodriguez:** Yes.

**Detective Resh:** Is that when you put your handcuffs on him?

**Deputy Rodriguez:** Yes.

**Detective Resh:** Okay. So, in the x-ray room, you go to cuff both hands, right? And that's when he complains or did you have both cuffs on and take one off?

**Deputy Rodriguez:** No. Let me

**Detective Resh:** Because you put the one on the rail, remember that?

**Deputy Rodriguez:** Yes. I'm trying to remember. I'm very positive that I did put my handcuffs in the front in the x-ray room, and then when he was transferred to the other room, or maybe he had. I don't know. He might have had the Akron Officer's handcuffs on. And then maybe after that, that's when I put mine on him in the room.

**Detective Zahm:** After you left x-ray?

**Deputy Rodriguez:** Yes.

**Detective Resh:** When you went back to the other room and the nurse and the doctor came in?

**Deputy Rodriguez:** Yes. Because I know after I put my handcuffs on, then he asked if I could just do the one hand.

**Detective Resh:** And that's when you put the other one on the rail?

**Deputy Rodriguez:** And that's when I put the one on the rail and he the one on his hand?

**Detective Resh:** Do you remember if that was in the x-ray room or back in the room where you had started? At the counter there?

**Deputy Rodriguez:** Now, I'm thinking. I can't remember now.

**Detective Resh:** That's fine. So,

**Deputy Rodriguez:** But I believe that it was in the x-ray room.

**Detective Resh:** Okay.

**Deputy Rodriguez:** I believe it was in the x-ray room because when we got in the other room, that's when I put the one handcuff to the rail and then he asked if I could just do the one to his hand to the rail.

**Detective Resh:** When he's in that bed rolling back, he's got two, both hands are cuffed and no belt?

**Deputy Rodriguez:** No belt.

**Detective Resh:** And he's in the bed?

**Deputy Rodriguez:** Yes.

LC DA

LC0041



**Office of the District Attorney of Lancaster County**
**Investigation Division**
50 North Duke Street, Lancaster, Pennsylvania 17608
*Continuation of:* Transcribed Statement

---

**Detective Resh**: Then when you come back, you're in there alone with him, he complains about his wrist, you uncuff that one and cuff it to the rail?

**Deputy Rodriguez**: Yes. But he was not cuffed when he went to the bathroom.

**Detective Resh**: Right. But when he came out of the bathroom?

**Deputy Rodriguez**: I believe that's when I put the handcuffs on.

**Detective Zahm**: How long, how long was he in the bathroom with the door shut with nobody watching him?

**Deputy Rodriguez**: Two or three minutes.

**Detective Zahm**: Two or three minutes?  Okay.

**Detective Resh**: Okay.  So, you're back in the room and you take the one off and you lock it to the bed rail?  The doctor and the nurse come in, they said it's not broke and he can go?

**Deputy Rodriguez**: Yes.

**Detective Resh**: You said there was something you want to add that the nurse said.

**Deputy Rodriguez**: Oh, that was Officer, when we were looking for him.  Like she gave me this paperwork and then she said that they contacted his mother and then she said that he was suicidal.

**Detective Resh**: So, this is after you were actually, physically looking for him?

**Deputy Rodriguez**: Yes.

**Detective Resh**: Do you go back in the hospital or does she come out to where you were?

**Deputy Rodriguez**: No.  She came out to where I was.

**Detective Resh**: Do you remember her name?

**Deputy Rodriguez**: No.  She (inaudible.) (Being talked over.)

**Detective Resh**: So, she came out to you?

**Deputy Rodriguez**: Yes.

**Detective Resh**: With these papers?

**Deputy Rodriguez**: Yes.

**Detective Resh**: And she says that she called the parents?

**Deputy Rodriguez**: She was in contact with the mother.  I don't know if she called her or the mom called, but she said she spoke to the mom and then she said that he was suicidal.

**Detective Zahm**: Is that the first time that you heard anything about suicidal?

LC DA

LC0042



**Office of the District Attorney of Lancaster County**
**Investigation Division**
50 North Duke Street, Lancaster, Pennsylvania 17608
*Continuation of:* Transcribed Statement

---

**Deputy Rodriguez:** Yes. Yes, that was the first time.

**Detective Zahm:** We're gonna have to follow up on that. Because I'm just wondering, that just sounds strange that a mother would say that now after all this is happening.

**Deputy Rodriguez:** That's what the nurse said to me.

**Detective Zahm:** Because this doesn't sound like he's suicidal when you're in the creek calling for help.

**Detective Resh:** Right. But at that point, the mother wouldn't have known that there was an issue, correct?

**Deputy Rodriguez:** I don't know. I don't know if the hospital notified her.

**Detective Resh:** Anything else, Jimmy?

**Detective Zahm:** No. But, you said originally when I asked you before, you never saw him reach down and adjust or move or play with the shackles?

**Deputy Rodriguez:** No.

**Detective Resh:** And when he came out of that bathroom, both of them shackles were on his legs?

**Deputy Rodriguez:** Yea.

**Detective Resh:** Because he had to come out of the bathroom and get back up on the bed and then when you go to leave

**Deputy Rodriguez:** When we're walking to the car, I did see the shackles on him.

**Detective Zahm:** We're not questioning anything about what you did, as far as that's concerned, we're trying to figure out how the shackle got off his foot.

**Detective Resh:** And there could be many a reason.

**Deputy Rodriguez:** I was going to say they always find a way to like get them. There's like a way you can take them off with shoe laces and stuff like that, so.

**Detective Resh:** Do you know what these papers are that she handed you?

**Deputy Rodriguez:** I believe they were discharge papers.

**Detective Resh:** So, you said you got these?

**Deputy Rodriguez:** Correct.

**Detective Resh:** After you had already left, she knew you were out there and she approached you when you were just standing there trying to find him?

**Deputy Rodriguez:** Correct.

**Detective Resh:** And handed you these?

LC DA

LC0043



**Office of the District Attorney of Lancaster County**
**Investigation Division**
50 North Duke Street, Lancaster, Pennsylvania 17608
***Continuation of:* Transcribed Statement**

**Deputy Rodriguez:** Correct.

**Detective Resh:** And that's when she, either she contacted the mother or the mother contacted her, you're not sure? But the mother told her he's suicidal?

**Deputy Rodriguez:** Correct.

**Detective Resh:** Okay.

**Detective Zahm:** Were you with Sgt. Bolton when she handed you them?

**Deputy Rodriguez:** No, I was by myself.

**Detective Zahm:** You were by yourself. Did the K-9

**Deputy Rodriguez:** I was waiting for Sgt. Bolton because I was down by the creek.

**Detective Zahm:** So, they hadn't arrived yet.

**Deputy Rodriguez:** Correct. I was coming up to get to him so we could be together because he didn't know where I was and I didn't know where he was.

**Detective Resh:** Okay. It is, hold up for a minute. Did you know that Ephrata was coming to assist you prior to the escape?

**Deputy Rodriguez:** No. I was not notified that anybody was going to help me with him.

**Detective Resh:** With just like getting him from there into the car?

**Deputy Rodriguez:** Correct. I was even worried because security usually escorts us to the car. At least LGH does and this time there was no security person along escorting me to the car.

Deputy **Zahm:** Security didn't come out with you to go to the car?

**Deputy Rodriguez:** Correct.

Deputy **Zahm:** Security guard came out after they heard you calling for help?

**Deputy Rodriguez:** Correct. Correct.

**Detective Resh:** Okay. The question that he asked was, ask her if she knew when Ephrata PD was coming to assist her prior to the escape. Officer Rivera said she was responding to an assist. Not sure when the request came in. So, the only time you requested assistance is when, at the back door when he started acting like a little bit of an idiot

**Deputy Rodriguez:** Correct.

**Detective Resh:** or did you wait you had already tased him to yell for help?

**Deputy Rodriguez:** No. I asked for backup before I tased him.

LC DA

LC0044



**Office of the District Attorney of Lancaster County**
**Investigation Division**
50 North Duke Street, Lancaster, Pennsylvania 17608
***Continuation of:* Transcribed Statement**

**Detective Resh**: Okay. So, when he started acting up at the car door and not wanting to get in the car, that's when you got on the radio and asked for backup?

**Deputy Rodriguez**: Correct. Because I kept looking around and I didn't see any Security person all around and I figure I'm by myself like I need to call for backup because they're not going to show up unless I call.

**Detective Zahm**: Okay. Did you make any other radio transmissions after he got away?

**Deputy Rodriguez**: I did. I was calling for County saying that he was running away from me.

**Detective Zahm**: Okay. I had to make sure because that was on their cad report.

**Deputy Rodriguez**: I believe I did say the bushes too instead of the woods. Sorry.

**Detective Zahm**: That's alright. They knew what you were talking about.

**Detective Resh**: Okay. It's 1:17 AM on Sunday, April 15, 2018. We're gonna stop this recording.

LC DA

LC0045

# LANCASTER CO DETECTIVES
## Incident Report Form

**DA-18-0039**
04/14/2018
**ASSIST AGENCY DEATH INVESTIGATION**

**COMMENTS / NARRATIVES**

Title
**TRANSCRIBED INTERVIEWES**

| Narrative Created By / Created On | | Narrative Updated By / Update On | |
|---|---|---|---|
| DUBY, JOHN | 04/18/2018 | DUBY, JOHN | 04/18/2018 |

Approved By / On
**DUBY, JOHN**                                    04/18/2018

### Officer Beth Rivera's interview transcription:

On 04/17/2018, **Officer Beth Rivera's** interview conducted by Det. Sgt. John Duby on 04/14/2018 was transcribed by Clerical Specialist 3 Suzette Lawrence.

The interview transcription was then uploaded to CODY RMS as an attachment to this investigation.

### Officer Marcos Rodriguez-Muriel's interview transcription:

On 04/17/2018, **Officer Marcos Rodriguez-Muriel's** interview conducted by Det. Sgt. John Duby on 04/15/2018 was also transcribed by Clerical Specialist 3 Suzette Lawrence.

The interview transcription was also uploaded to CODY RMS as an attachment to this investigation.

### Additional Information:

On 04/17/2018 Det. Sgt. Duby archived the audio recordings of the interviews onto CD-ROM discs, which were provided to Det. Sgt. James Zahm for attachment to his report.  Two sets of each interview were archived onto CD-ROM disc.  One set will be provided to the Ephrata Police Department for their case file, and the remaining set will be retained with this investigation.

| DA-18-0039 | 4/14/2018 | ☒ | Approved By: | ZAHM, JAMES | LC DA |
|---|---|---|---|---|---|
| IRF 1.6 | | | Approved On: | 5/7/2018 1:55:21 PM | |

LC0046

# LANCASTER CO DETECTIVES
## Incident Report Form

DA-18-0039
04/14/2018

**ASSIST AGENCY DEATH INVESTIGATION**

### COMMENTS / NARRATIVES

Title
**INTERVIEW-OFF. BETH RIVERA**

| Narrative Created By / Created On | | Narrative Updated By / Update On | |
|---|---|---|---|
| **DUBY, JOHN** | **04/17/2018** | **DUBY, JOHN** | **04/17/2018** |

| Approved By / On | |
|---|---|
| **DUBY, JOHN** | **04/17/2018** |

**Interview of Officer Beth Lynne Rivera on 04/14/2018:**

04/14/2018

Between 2353-0029 hours, I interviewed Police Officer Beth Lynne Rivera, Age 28, at the Ephrata Police Department.

Officer Rivera has been employed with the Ephrata Police Department for approximately 2 years and 2 months, and is assigned to the Patrol Unit as a uniformed Patrol Officer. Officer Rivera was working an 1800-0600 hour shift and was assigned radio identifier "82-7".

With Officer Rivera's knowledge and consent the interview was digitally recorded. Officer Rivera's interview will be transcribed and added to CODY RMS as an attachment when completed.

For complete details of the interview, refer to attached transcription.

| DA-18-0039 | 4/14/2018 | ☒ | Approved By:<br>Approved On: | ZAHM, JAMES<br>5/7/2018 1:55:21 PM | LC DA |
|---|---|---|---|---|---|

IRF 1.6



**Office of the District Attorney of Lancaster County**
**Investigation Division**
50 North Duke Street, Lancaster, Pennsylvania 17608
**Transcribed Statement**

**DA CASE #:** 18-0019

**PD CASE #:**

**STATEMENT OF:   Officer Beth Lynne Rivera**

**DATE AND TIME:   April 14, 2018 at 2353 hours**

**INTERVIEWED BY:   Sgt. John Duby**

**TRANSCRIBED BY:   Suzette Lawrence**

*** *The attached transcribed statement is a complete transcription but may contain minor errors in the content or minor omissions.  For the most accurate reflection of the statement, listen to the audio file in its entirety.*

---

**Sgt. Duby:**  This is Sgt. John Duby of the Lancaster County Detectives.  Today is April 14, 2018 and the time is 2353 hours.  I'm at the Ephrata Police Department.  I'm interviewing Officer Beth, middle name Lynne, L-y-n-n-e, last name Rivera, R-i-v-e-r-a and Officer Rivera, are you aware that this interview is being tape recorded?

**Officer Rivera:**  Yes.

**Sgt. Duby:**  And do you consent to the recording of the interview?

**Officer Rivera:**  Yes.

**Sgt. Duby:**  Okay.  Officer Rivera and I had discussed the incident prior to this interview and in summary, Officer Rivera has been a Police Officer with the Ephrata Police Department for approximately two years and two months.  She is assigned to the Patrol Division.  She wears a uniform as part of her patrol duties and she was working a 6:00 PM to 6:00 AM shift.  Her shift would have started on April 14, 2018 and she was operating in a marked patrol vehicle.  Her radio designation was 82-7, seven meaning the zone assignment and she would have been working alone in her patrol vehicle for her shift.  And Officer Rivera, I'd like to recall your attention back to an incident involving a Deputy Sheriff and an individual named Andrew Good.  It's my understanding that Andrew Good was in custody at the Ephrata Hospital and was being taken care of by a Lancaster County Deputy Sheriff, a female officer, and did you have an occasion to respond to the vicinity of the hospital? And if so, can you tell me a little bit about what happened.

**Officer Rivera:**  Yea.  I was aware of Andrew being arrested before I started my shift and he was at the hospital.  I got a call around 1945 hours to go assist the Sheriff's Department with him and as I was leaving the Police Department, County then dispatched that he had escaped and was possibly near some bushes by the KFC, which is near the hospital.  So, I went over to the KFC and parked in the parking lot and started to walk along the bushes and the wood line there and I saw Hospital Security staff walking, they were more towards the hospital.  I walked toward them, they told me that the Sheriff was up a little bit further so, I walked up and met with her and she said that about ten minutes prior to me getting there,



**Office of the District Attorney of Lancaster County**
**Investigation Division**
50 North Duke Street, Lancaster, Pennsylvania 17608
*Continuation of:* Transcribed Statement

there was some sort of scuffle at her vehicle in the parking at the hospital and that he tried to grab her taser and she tased him twice and he removed the probes and ran from her. She said when he ran, one of his leg shackles, like, came undone, so she said he should only be shackled on one of his legs and she said he did have belly chains on with handcuffs. And she said he had run into the woods and kind of pointed to what direction. So, I dispatched to the rest of my department what she had told me because we had other officers in the area looking for him and then we decided to just start walking into the woods to see if we could see where he was. There's a creek, there's woods and then there's a creek right there.

**Sgt. Duby:** Any idea what the name of the creek is?

**Officer Rivera:** I don't know.

**Sgt. Duby:** Okay, then go ahead.

**Officer Rivera:** So, we kind of walked through the woods. It's pretty dense there and you have to go down an embankment to the creek and then she said there he is and saw, like, pointed, and I saw his head in the water.

**Sgt. Duby:** So, at this point, it's just the two of you then?

**Officer Rivera:** Together right there. There were other people kind of near like, nearby looking as well, but not in the woods right where we were.

**Sgt. Duby:** Okay. So, I'm sorry, but just to back you up. So, you saw him or the Deputy saw him?

**Officer Rivera:** She saw him first.

**Sgt. Duby:** Okay. The Deputy saw him.

**Officer Rivera:** And said there he is.

**Sgt. Duby:** And where was he?

**Officer Rivera:** He was in the water. I could only see his head, but he was just on the edge of the water like, right by the bank. So, we started to make our way down there. It's hard to get down there quickly because of all the brush and everything.

**Sgt. Duby:** How far away do you think you were?

**Officer Rivera:** I'd say, I'd say, I'd say forty feet.

**Sgt. Duby:** Okay. Forty feet away from him when you first saw him?

**Officer Rivera:** Yea. Yea, maybe fifty feet. But, so yea, it was kind of hard to kind of get down there quickly. We were kind of maneuvering through and I called out his name, I think, and he didn't respond, he was just kind of like floating there. And as we got closer, he moved from where he was and floated toward the center of the creek. I still could only see his head. And I was calling out for him to come back to shore. The Sheriff was with me as well, I don't know if she was also calling for him or not, I don't recall. She did say like she thought he was faking. Well, I guess that didn't happen yet.



**Office of the District Attorney of Lancaster County**
**Investigation Division**
50 North Duke Street, Lancaster, Pennsylvania 17608
*Continuation of:* **Transcribed Statement**

---

**Sgt. Duby:** What's he saying?

**Officer Rivera:** What's she saying?

**Sgt. Duby:** No, what's he saying as he's from the side and then (inaudible)

**Officer Rivera:** At first he wasn't saying anything, he was just kind of floating out toward the center. Then he started saying help and he just kind of kept repeating help, help. And he was not going under water at that time when he was saying help. But then he did. He started bobbing up and down and the Sheriff was saying I think he's faking, but we weren't sure. So, then he started bobbing up and down, continuing to say help. I was calling for him to come back to shore and then he, as he was bobbing, he was staying under longer than he had before and then he was coming up and staying under longer than he had before. So, I thought well, maybe he is really in distress so I took off my gear and at that point he was under, I could see his body because he wasn't wearing a shirt, so I could see the white from his upper body under the water, but not far under. So, I took off my gear and went out there and as I was making my way out there, I couldn't really see him because I was then at that level in the water. It was hard for me to see him and Hospital Security was standing along the shore as well as the Sheriff and I was asking them like, where was he, could they see him? I couldn't see him and they were just kind of just saying, well, he was right there, he was right there. They were shining flashlights on the water to help see if that could light up his skin or whatever. I felt around where he was and I couldn't see him and I didn't feel anything. I had, I had called to the other Officers that we had located him and that I was going in the water. I forgot to mention that. So, they knew I was going in so they were making their way there. As I was in the water trying to locate him, another Officer then was taking off his gear to get in.

**Sgt. Duby:** Do you know who that was?

**Officer Rivera:** Yea, it was Officer Marcos Rodriguez-

**Sgt. Duby:** Okay, the Officer took his gear off. Okay, and what was his name?

**Officer Rivera:** Marcos. M-a-r-c-o-s.

**Sgt. Duby:** M-a-r-c-o-s?

**Officer Rivera:** Yea.

**Sgt. Duby:** And what's his first name?

**Officer Rivera:** That is his first name. His last name then is Rodriguez-Muriel. M-u-r-i-e-l.

**Sgt. Duby:** Okay. And he's a Patrol Officer too?

**Officer Rivera:** Yea.

**Sgt. Duby:** So, he's taking off his gear?

**Officer Rivera:** Yea.

**Sgt. Duby:** Okay. Then what happens?

LC DA

LC0050



**Office of the District Attorney of Lancaster County**
**Investigation Division**
50 North Duke Street, Lancaster, Pennsylvania 17608
*Continuation of:* Transcribed Statement

**Officer Rivera**: I don't know if he, I think before he got in, I got out. So then, I just kept, kind of, trying to stay up and feel around and I couldn't feel him so I swam back to sure. Another Officer was there to help pull me out. That was Officer Hirneisen.

**Sgt. Duby**: Okay, wait a second.

**Officer Rivera**: Okay.

**Sgt. Duby**: And what's Officer Hirneisen's first name?

**Officer Rivera**: John.

**Sgt. Duby**: H-e-r?

**Officer Rivera**: H-i-r-n-e-i-s-e-n, I believe.

**Sgt. Duby**: H-i-r-n-e-i-s-e-n. He what, pulled you out?

**Officer Rivera**: Yea, he pulled me out. And Officer Bright also kind of showed up when Officer Rodriguez showed up so we had another Officer there too.

**Sgt. Duby**: What's Officer Bright's first name?

**Officer Rivera**: Paula.

**Sgt. Duby**: Paula? And how do you spell it? The last name?

**Officer Rivera**: B-r-i-g-h-t.

**Sgt. Duby**: And that's a female Officer? So, she showed up too?

**Officer Rivera**: Yea. I think they all kind of showed up at the same time.

Sgt, Duby: Then what happens?

**Officer Rivera**: I was then on shore. I saw Marcos in the water feeling around in the area that I was. He then, I guess, he came back and got out. I don't remember if I saw him getting out or not. And then we were just then standing on the shore, shining our flashlights trying to see if maybe he had swam under water, because we've dealt with him before when he's escaped and he was in that creek before when he escaped. Then we started checking the shorelines.

**Sgt. Duby**: So, he was previously in that, in the creek in the past?

**Officer Rivera**: Yea. He had escaped in, I don't know what part of the creek, like it may have been in a different area in Ephrata, but I know, I think he had crossed the creek or at least was in it when he, when he, I don't know that, he didn't escape from custody, I think he, an Officer was trying to arrest him on an warrant and he got away during that time and took off.

**Sgt. Duby**: That would make sense. He has an idea where the creek's at?

**Officer Rivera**: Yea, so the point is, he's been there before. Yea. But I wasn't a part of that incident.



**Office of the District Attorney of Lancaster County**
**Investigation Division**
50 North Duke Street, Lancaster, Pennsylvania 17608
*Continuation of:* **Transcribed Statement**

**Sgt. Duby**: Do you remember how long ago that was?

**Officer Rivera**: Um, maybe six months?

**Sgt. Duby**: Okay. Then what happens?

**Officer Rivera**: So, then we are just checking the shoreline, we notice that the current is going, I guess, east, so we start kind of walking that way. And then at some point we realize that we can't get a hold of one of our Officers over the radio and we couldn't locate her or account for her so, then we started looking for her.

**Sgt. Duby**: Okay. Wait a second. Who was that?

**Officer Rivera**: That was Officer Bright.

**Sgt. Duby**: Okay.

**Officer Rivera**: She had said that she was going to walk down further down the creek to see if she could find him and at some point, we tried to call her on the radio with no response. And then it turned into searching for her.

**Sgt. Duby**: Okay.

**Officer Rivera**: At that point, fire had been called and fire had arrived, some of the rescue had arrived.

**Sgt. Duby**: Would you eventually find her then?

**Officer Rivera**: Yea, they arrived and they started looking for her as well. And then we finally, we had located her. She had just walked so far, she didn't have her radio with her or her phone because she had taken that stuff off too, but I don't think she got in the water but, I don't know, she didn't have that stuff on her and she had walked way far down the creek and we had no idea until she started making her way back. And at that point then, the search went back on looking for him.

**Sgt. Duby**: Then what happens?

**Officer Rivera**: Then we were just, I wasn't really doing much. I think the Chief had gotten there and they were kind of coordinating everything. The rescue teams had gotten some boats in the water. I was kind of standing there with the Chief for a little while and then they put, they were gonna put a boat in the water, I think the second boat. I knew one of our Officers had gone in the first boat and I asked if they wanted an Officer in the second boat and they said they did so, I got in the boat.

**Sgt. Duby**: You got in the second boat?

**Officer Rivera**: Yea. What I think is the second boat. I think there was only one out at the time.

**Sgt. Duby**: And who were you in the boat with?

**Officer Rivera**: That I don't know. Two, two fire department guys.

**Sgt. Duby**: Then what happens?

LC DA
LC0052



**Office of the District Attorney of Lancaster County**
**Investigation Division**
50 North Duke Street, Lancaster, Pennsylvania 17608
*Continuation of:* Transcribed Statement

**Officer Rivera:** We go down East on the creek, the way the current's going. Then we had to come back because our boat was filling with water. I got in a different boat and I know the names of those, but I just have to look them up. It was two other firemen.

**Sgt. Duby:** Okay. And who were they?

**Officer Rivera:** I took the notes in here and my notepad was wet and my phone is about destroyed. So, 1379. The water destroyed my phone and I can't get into it. Okay, so like I said.

**Sgt. Duby:** So, unknown at this time then? Okay.

**Officer Rivera:** They were with Garden Spot Fire, I think.

**Sgt. Duby:** Okay.

**Officer Rivera:** So, then I got in the boat with them, we went the opposite direction to where was the last point I actually, or toward the direction of where I last saw him go under water. And the other boat was also out there with the other Officer in it. That was Officer Lucky.

**Sgt. Duby:** And the other boat had Officer Lucky? What's Officer Lucky's first name?

**Officer Rivera:** Matthew.

**Sgt. Duby:** Then what happens?

**Officer Rivera:** The firemen in his boat were shining flashlights near where the last place I saw Good was and they saw, they said, we think we see him. And I looked and I thought I saw him underwater too. We kind of then floated and lost sight of him underwater. We turned around, found him again, and I think it was his boat, they pulled him up with a pole with a hook on the end. And they took him over to the bank where Officer Bright and Officer Rodriguez were standing and I don't know if anyone else was there.

**Sgt. Duby:** Officer Bright and Rodriguez? Deputy Rodriguez?

**Officer Rivera:** No, Officer Rodriguez, our Officer.

**Sgt. Duby:** Okay.

**Officer Rivera:** There could have been other people standing there too, but those are the two that I saw actually, like pulling him out of the water.

**Sgt. Duby:** Officer Bright and Rodriguez pulled him out of the water then?

**Officer Rivera:** Yea. he firemen kind of drug him over, holding onto him with the boat and when they got to the bank, they grabbed a hold of him and pulled him up so he was out of the water.

**Sgt. Duby:** And did you see him at the time that he was pulled out?

**Officer Rivera:** Yea.

**Sgt. Duby:** And can you describe him to me? What you saw.

LC DA

LC0053



**Office of the District Attorney of Lancaster County**
**Investigation Division**
50 North Duke Street, Lancaster, Pennsylvania 17608
*Continuation of:* Transcribed Statement

---

**Officer Rivera**: He didn't have a shirt on. He had a belt on around his stomach with his hands cuffed.

**Sgt. Duby**: Both hands cuffed?

**Officer Rivera**: Yea. And he had blue jeans on. And shoes, black shoes.

**Sgt. Duby**: Black shoes?

**Officer Rivera**: Yup.

**Sgt. Duby**: Was he wearing any leg shackles?

**Officer Rivera**: I don't, I didn't see at that time. All I know, from what I was told, that he would have been wearing one. But, I didn't take notice as to, they weren't shackled together, but.

**Sgt. Duby**: Okay.

**Officer Rivera**: They weren't like, it's not like I saw them tied together or anything.

**Sgt. Duby**: Then what happens?

**Officer Rivera**: My boat returned.

**Sgt. Duby**: So, you're still in the boat at this point?

**Officer Rivera**: Yea, and my boat didn't have anything to do with actually recovering his body. We were just kind of there watching.

**Sgt. Duby**: About how far away do you think you were in the creek to the shoreline to where he was?

**Officer Rivera**: Twenty. Twenty feet.

**Sgt. Duby**: Then what happens?

**Officer Rivera**: So then, our boat returns. I got out and then I, then I, I think I saw the, one of the Sheriffs. He asked me if we needed the Sheriff Rodriguez to identify the body.

**Sgt. Duby**: One of the Sheriff's Deputies asked you that? Do you remember which one?

**Officer Rivera**: No. I would recognize because there's two here.

**Sgt. Duby**: There's two. They were wearing green? The older guy?

**Officer Rivera**: The older guy. The K-9 actually, it was the K-9 guy.

**Sgt. Duby**: They're both K-9 guys. So, there's the older one. Older Deputy asked you if you could identify the body?

**Officer Rivera**: No, asked me if we needed the female Sheriff to identify that that was her prisoner. To identify the body that that was her prisoner.

**Sgt. Duby**: And what did you tell him?

LC DA

LC0054



**Office of the District Attorney of Lancaster County**
**Investigation Division**
50 North Duke Street, Lancaster, Pennsylvania 17608
*Continuation of:* **Transcribed Statement**

**Officer Rivera:** I asked on the radio to see if they needed that, if my guys wanted that. And no one responded so I said well, you're going to stay here I'm assuming anyway, so you can hang out here and someone will let you know what they need you guys to do.

**Sgt. Duby:** Then what happens?

**Officer Rivera:** Then I said that I was going to go over to where the body was to see if the other Officers needed anything from me and that same older Sheriff said well, I'm going to come over there with you then. So, we walked over and when I got to about the area where I would have to go down into the woods to that spot, I met with another Officer from our Department who kind of intercepted me.

**Sgt. Duby:** So, this is as you were walking over?

**Officer Rivera:** Well, we walked over and we were right then at the point to actually go into the woods and down to the bank because we didn't walk through the woods, we walked through the parking garage. So, then at that point, I saw another Officer that was in command.

**Sgt. Duby:** And who was that?

**Officer Rivera:** Sgt. Snavely.

**Sgt. Duby:** What's Sgt. Snavely's first name?

**Officer Rivera:** Philip, with one "l."

**Sgt. Duby:** And he's from your Department?

**Officer Rivera:** Yea.

**Sgt. Duby:** And he assumed like a command?

**Officer Rivera:** Yea, I mean, he's a Supervisor and he was part of the command. I don't know what, he was coordinating.

**Sgt. Duby:** Okay, then what happened?

**Officer Rivera:** So, then I never went down to the body because we were talking and Officer Hirneisen was putting up crime scene tape and I assisted him with that.

**Sgt. Duby:** So, did you ever view the body laying on the ground after they pulled him up?

**Officer Rivera:** Um, well, then I just did before I was called here. So, I was just kind of hanging out.

**Sgt. Duby:** So, it was just kind of after the fact then?

**Officer Rivera:** Yea.

**Sgt. Duby:** I'm sorry, I didn't mean to interrupt you. Go ahead.

**Officer Rivera:** Yea, I was kind of hanging out where they were putting up the crime scene tape and then eventually I was relieved to, I was told to just stay there and then I was relieved to go get changed. And

LC DA

LC0055



**Office of the District Attorney of Lancaster County**
**Investigation Division**
50 North Duke Street, Lancaster, Pennsylvania 17608
*Continuation of:* Transcribed Statement

when I came back, I went down. I was told to go down to the body and relieve another Officer that was down there.

**Sgt. Duby**: And did you view the body then?

**Officer Rivera**: Yea.

**Sgt. Duby**: And did you take notice to any leg shackles on him at the time?

**Officer Rivera**: I think I saw one on his left ankle.

**Sgt. Duby**: Okay. Any other changes from the time that you saw him being pulled to the shore and the second time you saw him?

**Officer Rivera**: No, that I, I mean, no.

**Sgt. Duby**: Then what happened?

**Officer Rivera**: Then I was called to come here for an interview so I left and left the body and Officer Lucky was there and that was it.

**Sgt. Duby**: Okay. Let me just back you up on a couple short things here. Okay. First encounter in the water?

**Officer Rivera**: Yea.

**Sgt. Duby**: Still relatively close to daylight, but flashlights?

**Officer Rivera**: Yea. I didn't need a flashlight. We just needed flashlights for when he went under as I recall because we were trying to see under the water. It's not like I couldn't see just out in the open and I needed a flashlight. It was more just for the water.

**Sgt. Duby**: Okay. And at the shoreline, he's not really saying anything, is that correct?

**Officer Rivera**: Correct.

**Sgt. Duby**: And when he moves out to the, you know, away from the shoreline, now he's starting to call for help?

**Officer Rivera**: Yea, not initially. But then eventually, like he moved, and as he's moving he's not saying anything, but then he was and he did start saying help.

**Sgt. Duby**: I know this is tough to remember, but do you remember about how many times he would have said that?

**Officer Rivera**: I don't remember.

**Sgt. Duby**: And how long after that then did you figure out that maybe you should go into the water?

**Officer Rivera**: After he started saying help the first time?

LC DA

LC0056



**Office of the District Attorney of Lancaster County**
**Investigation Division**
50 North Duke Street, Lancaster, Pennsylvania 17608
*Continuation of:* **Transcribed Statement**

**Sgt. Duby**: Yea. Initially, I think you said, that maybe he was not really being truthful with that?

**Officer Rivera**: Yea, I was aware of the fact that he could be just trying to get me into the water.

**Sgt. Duby**: Right, for some other reason.

**Officer Rivera**: Yea. So, how much time had time had passed? Is that what you're asking?

**Sgt. Duby**: I guess, how about this. From the time he said help, to the time he started now bobbing and now he's in a kind of trouble, are we talking minutes or are we talking seconds?

**Officer Rivera**: No, it was seconds.

**Sgt. Duby**: Seconds?

**Officer Rivera**: I would say maybe ten or fifteen seconds?

**Sgt. Duby**: And how long do you think you were in the water searching for him?

**Officer Rivera**: I'd say probably three minutes.

**Sgt. Duby**: Three minutes before you got back out?

**Officer Rivera**: That's what it felt like.

**Sgt. Duby**: And when you went into the water, was it at a point where he was at this point disappearing or was he still bobbing when you went in?

**Officer Rivera**: No. When I went in, he, he was, his head was under water, but as I was taking my things off to get into the water, I could still see him. He was just below the surface, his head was below the surface and then I could see his body. And I was thinking, well, he's going to bob back up. As I'm taking my things off, I'm thinking okay, well he kept bobbing and he's going go bob back up and he didn't. And as I'm going in, I guess he's going further down because then I couldn't even feel for him.

**Sgt. Duby**: Sure. So, as you're taking your, your duty gear off, he's kind of like hovering right below the water level?

**Officer Rivera**: Yea.

**Sgt. Duby**: Okay, and then you go out there to where he's at and that, you said somewhere about forty feet maybe?

**Officer Rivera**: No, I don't go out forty feet. To the other side of the bank, I guess to the other side of the bank it was forty feet?

**Sgt. Duby**: Oh, okay.

**Officer Rivera**: How far he was out? He was maybe out, maybe fifteen feet.

**Sgt. Duby**: Fifteen feet. Fifteen feet from the shoreline?

LC DA

LC0057



**Office of the District Attorney of Lancaster County**
**Investigation Division**
50 North Duke Street, Lancaster, Pennsylvania 17608
*Continuation of:* Transcribed Statement

---

**Officer Rivera:** Yea. I was kind of feeling around as I was stepping out to see if it was going to drop off and it did. But, like I said, I was kind of holding onto a log, trying to, because I had my gear on and didn't want to go under.

**Sgt. Duby:** Do you have any idea how deep that water was?

**Officer Rivera:** I had no idea. I just know I couldn't, when I got out to where he was, I couldn't touch.

**Sgt. Duby:** And how tall are you?

**Officer Rivera:** 5'2".

**Sgt. Duby:** 5'2". Okay. Can you think of anything else that happened or took place that I should have asked you or anything that you feel is important that I didn't talk about with you or anything like that?

**Officer Rivera:** Other than, I know that he was involved in. Did I talk about this already? That he, yea, that he was involved in that other incident where he had gone to the creek.

**Sgt. Duby:** You did tell me that  That was about six months ago?

**Officer Rivera:** Yea, so I kind of was aware of that in my mind at the time.

**Sgt. Duby:** Did you actually know him?

**Officer Rivera:** No.

**Sgt. Duby:** Did you ever deal with him the past that you?

**Officer Rivera:** Not that I remember. No. I know other Officers have, but I didn't remember ever actually having to arrest him or deal with him. That's all I can think of.

**Sgt. Duby:** You were pretty specific on it at the beginning, but I'll just clarify it. Did you witness any part of the altercation involving the Deputy Sheriff and him?

**Officer Rivera:** No.

**Sgt. Duby:** I can't think of anything else. Any other details that you feel I didn't talk about?

**Officer Rivera:** No.

**Sgt. Duby:** Okay. Then I'm going to end the interview then. It's April 15, 2018 at 12:29 AM.

LC DA

LC0058

# LANCASTER CO DETECTIVES
## Incident Report Form

**DA-18-0039**
04/14/2018

**ASSIST AGENCY DEATH INVESTIGATION**

**COMMENTS / NARRATIVES**

Title
**INTERVIEW-OFF MARCOS RODRIGUEZ-MURIEL**

| Narrative Created By / Created On | | Narrative Updated By / Update On | |
|---|---|---|---|
| DUBY, JOHN | 04/17/2018 | DUBY, JOHN | 04/17/2018 |

Approved By / On
**DUBY, JOHN**                    04/17/2018

<u>Interview of Officer Marcos Rodriguez-Muriel on 04/15/2018:</u>

04/14/2018

Between 0138-0158 hours, I interviewed Police Officer Marcos Rodriguez-Muriel at the Ephrata Police Department.

Officer Rodriguez-Muriel has been employed with the Ephrata Police Department for approximately 1 year and 3 months, and is assigned to the Patrol Unit as a uniformed Patrol Officer. Officer Rodriguez-Muriel was working an 1800-0600 hour shift and was assigned radio identified 82-8.

With Officer Rodriguez-Muriel's knowledge and consent the interview was digitally recorded. Officer Rodriguez-Muriel's interview will be transcribed and added to CODY RMS as an attachment when completed.

For complete details of the interview, refer to attached transcription.

| DA-18-0039 | 4/14/2018 | ☒ | Approved By: **ZAHM, JAMES** | LC DA |
|---|---|---|---|---|
| IRF 1.6 | | | Approved On: **5/7/2018 1:55:21 PM** | |



**Office of the District Attorney of Lancaster County**
**Investigation Division**
50 North Duke Street, Lancaster, Pennsylvania 17608
**Transcribed Statement**

**DA CASE #:  18-0019**

**PD CASE #:**

**STATEMENT OF:   Officer Rodriguez-Muriel Rodriguez-Muriel**

**DATE AND TIME:  April 15, 2018 at 0138 hours**

**INTERVIEWED BY: Sgt. John Duby**

**TRANSCRIBED BY:  Suzette Lawrence**

***\*\*\* The attached transcribed statement is a complete transcription but may contain minor errors in the content or minor omissions.  For the most accurate reflection of the statement, listen to the audio file in its entirety.***

---

**Sgt. Duby:**  This is Sgt. John Duby with the Lancaster County Detectives.  Today it is Sunday, May 15, 2018 and the time is 0138 hours. (The correct month is April.)  I am conducting an interview with Officer Marcos, M-a-r-c-o-s, last name Rodriguez-Muriel, R-o-d-r-i-g-u-e-z, hyphenated, M-u-r-i-e-l.  I'll just refer to him as Marcos during the interview?

**Officer Rodriguez-Muriel:**  Sure, sure.

**Sgt. Duby:**  Marcos is a Patrol Officer with the Ephrata Police Department.  He's been a Police Officer with the Department since January of 2017.  His shift for the evening started on April 14, 2018 at 1800 hours and would last until 0600 hours on this date.  He was operating in a marked patrol vehicle by himself and he is assigned to Patrol Division, his radio identifier tonight was 82-8.  And Marcos, are you aware that this interview is being tape recorded?

**Officer Rodriguez-Muriel:**  Yes.

**Sgt. Duby:**  And do you consent to the interview?

**Officer Rodriguez-Muriel:**  Yes.

**Sgt. Duby:**  Great.  I just want to call your attention back to April 14, 2018.  There was an incident that occurred involving a Deputy Sheriff near or at the Ephrata Hospital.  And can you start from the beginning and tell me what happened?

**Officer Rodriguez-Muriel:**  Sure, sure.  Well, like I said earlier, I was assigned to 82-8 which is the East side of town so I was over in that area when I heard a dispatch call-out that a Sheriff had called out that a prisoner had escaped from Ephrata Community Hospital.  I was aware that a prisoner was brought in by Akron Police Department and Ephrata Police Department assisted with taking him into custody.  There was a Bench Warrant out for his arrest.

**Sgt. Duby:** Do you remember his name?

**Officer Rodriguez-Muriel:**  Um, Andrew Good, I think it was?



**Office of the District Attorney of Lancaster County**
**Investigation Division**
50 North Duke Street, Lancaster, Pennsylvania 17608
*Continuation of:* Transcribed Statement

---

**Sgt. Duby:** Okay.

**Officer Rodriguez-Muriel:** When we, when I began my shift, I was told that he was at Ephrata Community Hospital being treated for, I guess, removal of taser probes along with maybe some injuries that he sustained during the time that he was taken into custody. So, Dispatch calls out that the prisoner escaped from Ephrata Community Hospital. A couple of Ephrata Officers called out over Dispatch saying that they were enroute. Because I was on the East side of town, which is the farthest patrol zone away from the, from Ephrata Community Hospital, I made my way over there, but I didn't call out over Dispatch that I was enroute. As I was driving down Main Street toward the hospital, I ended up pulling behind Officer Paula Bright who was in her marked patrol vehicle as well. We ended up parking on Penn Avenue at Third Street, we both exited our vehicles and ran towards the creek. Officer Rivera had called out over the radio that the suspect was last seen running towards the KFC and that he was potentially headed towards the creek as well. So, myself and Officer Paula Bright, headed towards the creek. We ended up running behind the parking garage for the hospital. We heard over the radio that Officer Rivera called out that he was last seen in the water, so we kind of, we ran over towards to where she was trying to bridge the gap between her and us because we ended up, we knew that he was in between where we were standing and where Officer Rivera was. As I was running along, I saw that she was with the Sheriff that the prisoner had originally escaped from, along with two Security Guards who work over at the hospital. She radioed out that she saw him in the water. At that time, we sprinted over towards where they were. As I was running along the creek, the trees were really dense, the bush was really dense, so I kind of ran towards her, ran towards to where they were standing with my arms up in front of my face and my eyes kind of closed so that I didn't get, you know, whacked in the face or eyes with tree branches or anything like that. And as I heard, as I was running towards their position, I heard him yelling. Initially, I just heard something muffled and then I heard him say I'm drowning. I ended up meeting Officer Rivera, the Security Guards as well as the Sheriff. I didn't ever make visual contact with the guy, I just heard him, heard his voice and I was where he was last seen, maybe within fifteen, twenty seconds of last hearing him say anything.

**Sgt. Duby:** Okay. One second here. You didn't see him?

**Officer Rodriguez-Muriel:** Correct.

**Sgt. Duby:** And how many times do you think he said he was drowning?

**Officer Rodriguez-Muriel:** I heard, I heard him say that once. But, right before that, I heard some sort of muffled yell. I'm not sure if he was saying I'm drowning, I hadn't really understood what he was saying, but I heard him, I heard him say something, make some sort of noise.

**Sgt. Duby:** You just couldn't just figure out what it was?

**Officer Rodriguez-Muriel:** And immediately after that I heard him say, I'm drowning.

**Sgt. Duby:** Okay. So, by the time you got there, you never saw him in the water.

**Officer Rodriguez-Muriel:** Correct, correct.

LC DA

LC0061



**Office of the District Attorney of Lancaster County**
**Investigation Division**
50 North Duke Street, Lancaster, Pennsylvania 17608
*Continuation of:* Transcribed Statement

---

**Sgt. Duby**: Okay.

**Officer Rodriguez-Muriel**: I got to where they were. One of the Security Guards pointed into the water saying he was right here, he was right here, we last saw him here and he took his flashlight and started shining it in the middle of the creek. But, the creek water was so dirty and so murky you couldn't see really anything at all. So, I took my, my radio off, my duty belt off, I took my uniform top off, as well as my belt, my under belt or whatever. I jumped in to see if I could maybe feel him, you know, I swam out maybe five, ten feet. My boots ended up filling with water and I could feel that weighing me down, so I swam back to the creek bed.

**Sgt. Duby**: I'm sorry, I'm sorry. You swam out how far?

**Officer Rodriguez-Muriel**: About five or ten feet.

**Sgt. Duby**: Five to ten feet?

**Officer Rodriguez-Muriel**: From the creek bed.

**Sgt. Duby**: From the creek bed and boots were filling up?

**Officer Rodriguez-Muriel**: Correct. Yea, the boots were filling up with water. I could feel them kind of weighing me down so, I swam back, quick took them off and then ended up swimming back into the water. I was in the water for maybe a couple of minutes, kind of following the direction of the Security Guard who last saw him. At that time, Officer Rivera was in the water with me as well. She was floating along on a log, you know, we were kind of swimming towards each other, but I didn't feel him and I couldn't see him either. So, after being in the water for a couple of minutes, I ended up swimming back towards the creek bed to get out to see if I couldn't maybe see him, you know, from where we were standing up along, on land, I guess. But I never made contact, visual contact with him.

**Sgt. Duby**: Okay. Let's slow down here. Never made visual contact?

**Officer Rodriguez-Muriel**: Yea.

**Sgt. Duby**: And Rivera was in the water possibly before you were?

**Officer Rodriguez-Muriel**: Probably. Yea, I didn't see her get into the water, I didn't see her taking anything off, I just know while I was swimming along in there, I saw her swimming along too.

**Sgt. Duby**: Okay, then what happened?

**Officer Rodriguez-Muriel**: So, I ended up getting out, I don't remember when Beth got out but, Paula Bright ended up taking her stuff off. She never ended up getting in and Officer Hirneisen had gotten there and he actually jumped in as well.

**Sgt. Duby**: Okay. So, Officer Bright took her stuff off but didn't get in?

**Officer Rodriguez-Muriel**: Correct.

**Sgt. Duby**: And what's Officer Hirneisen's first name?

LC DA

LC0062



**Office of the District Attorney of Lancaster County**
**Investigation Division**
50 North Duke Street, Lancaster, Pennsylvania 17608
*Continuation of:* Transcribed Statement

---

**Officer Rodriguez-Muriel**: John.

**Sgt. Duby**: Officer John Hirneisen.

**Officer Rodriguez-Muriel**: So, he ended up jumping in and I told him hey, it's really deep. You could kind of, you could walk along the bottom of the bed for maybe two feet before it just kind of dropped off. And while I was swimming in there, I couldn't touch, I couldn't feel anything with my feet and I'm 5'8" so, and I was up to, submerged to my shoulders. You know, there was my head sticking up and I couldn't feel anything.

**Sgt. Duby**: You couldn't feel the bottom?

**Officer Rodriguez-Muriel**: Correct. Couldn't feel the bottom. So, when I got out, John Hirneisen got in and I warned him, hey, it's deep in there, you're not going to be able to feel anything with your feet or anything like that. He was in there briefly, maybe a minute or two, if that. He ended up getting out then too. So, we thought that maybe this guy floated with the current down the creek and we may have missed him, so we sent Paula Bright to kind of walk down the creek to see if maybe he popped up somewhere else. Paula didn't take her radio with her and we ended up losing contact with her for a good twenty minutes, maybe half an hour. Lucky, Officer Lucky, our OIC for the shift, he was calling accountability checks on the radio and nobody knew where Paula was, so we ended up you know, we were calling her cell phone, we were calling her work phone but her stuff was standing right next to me so she didn't have any of her phones with her. She didn't have her radio with her either, so we're calling, you know, screaming for her, screaming for her, but we didn't hear anything so we assumed that maybe as she was walking down the creek, that she may have seen him, jumped in after him and he maybe gripped her up and pulled her down. That's what we initially thought. Rivera ended up radioing that, that she had, that Paula had spoken to some firefighters and said that she was without radio contact but she was in the area, but she was just walking just further down the creek.

**Sgt. Duby**: Okay. On the shoreline?

**Officer Rodriguez-Muriel**: Right. Correct, correct. But we didn't know where she was. I stayed in the area where the body was last seen, that's where I was kind of tasked to be and I stayed there just in case this guy ended up popping back up, you know, above water. That way we could grab him. But once Paula kind of disappeared, our priorities shifted to finding her and not so much the guy under water.

**Sgt. Duby**: Who assigned you to stay there at the scene?

**Officer Rodriguez-Muriel**: Officer Lucky did.

**Sgt. Duby**: Officer Lucky did?

**Officer Rodriguez-Muriel**: Yes.

**Sgt. Duby**: And what's Lucky's first name?

**Officer Rodriguez-Muriel**: Matthew.

**Sgt. Duby**: So, he asked you to stay there where he went down?

LC DA

LC0063



**Office of the District Attorney of Lancaster County**
**Investigation Division**
50 North Duke Street, Lancaster, Pennsylvania 17608
*Continuation of:* Transcribed Statement

---

**Officer Rodriguez-Muriel**: Right. Right. So, everybody's screaming for Paula, screaming, screaming. Eventually, I think it was Beth who made contact with her. Lucky verified that we found her and she ended up coming back to where I was and after Paula came back, then her and I essentially secured the crime scene or whatever, and stayed in the area where the body was last seen.

**Sgt. Duby**: You secured the scene?

**Officer Rodriguez-Muriel**: Yea.

**Sgt. Duby**: Then what happens?

**Officer Rodriguez-Muriel**: Fire ends up getting a couple of boats in the water and they're looking for his body maybe for a half an hour, maybe to an hour. The chain of command was still under the assumption that he had swam down the creek and he had gotten out, so they were kind of shifting the search down the creek, but we knew that he didn't pop up or anything. We knew that he was there but eventually fire ended up taking their long pole. After using their flashlights, they found him and took the long pole that they had and fished him up, pulled him up out of the water. There were two boats there, there were three boats, I'm sorry. But the two boats ended up pulling him up out of the water and then kind of guided him to the shore where we were at and then myself and Paula Bright, along with the guys in the boats pulled him out of the water and laid him on the shore, or on the creek bed there.

**Sgt. Duby**: Okay. Let me just back you up here. Yourself, Paula and guys in the boats?

**Officer Rodriguez-Muriel**: Right, right. I'm not sure what their names were, but they were just.

**Sgt. Duby**: Okay, got them to the embankment or shore side, shoreline?

**Officer Rodriguez-Muriel**: Yes. Mm-hmm.

**Sgt. Duby**: And at this point, can you describe the body?

**Officer Rodriguez-Muriel**: Sure. After we pulled him out, he was, he was deceased. His hands were handcuffed and shackled in front of him, so his hands were along his waist. There was a shackle around his waist and his handcuffs were handcuffed out front and there were shackles on his ankles, as well. There was one shackle secured to his, I want to say his right ankle, but there was the, the other shackle wasn't, it was, it was free. It was dangling, it wasn't secured to his ankle or anything like that. When I initially got

**Sgt. Duby**: Do you remember if he was wearing shoes?

**Officer Rodriguez-Muriel**: Yes. He was wearing black, like Vans, skate shoes. He was wearing blue jeans and he was shirtless. And there was also a taser probe sticking out of his right tricep.

**Sgt. Duby**: So, blue jeans, and I'm sorry, black sneakers?

**Officer Rodriguez-Muriel**: Black sneakers, yea.

**Sgt. Duby**: Sneakers. Okay. And blue jeans and

LC DA

LC0064



**Office of the District Attorney of Lancaster County**
**Investigation Division**
50 North Duke Street, Lancaster, Pennsylvania 17608
*Continuation of:* **Transcribed Statement**

**Officer Rodriguez-Muriel:** He was shirtless.

**Sgt. Duby:** No shirt. And he had a taser probe sticking out of where?

**Officer Rodriguez-Muriel:** His right tricep.

**Sgt. Duby:** How about the leads to it? Was that dangling too?

**Officer Rodriguez-Muriel:** Yea, that was still attached to the

**Sgt. Duby:** To the lines?

**Officer Rodriguez-Muriel:** Yea, when we pulled him out the line was tucked kind of underneath his arm then. Still attached to the taser probe.

**Sgt. Duby:** Were there any other taser probes?

**Officer Rodriguez-Muriel:** That's the only one that I saw, just the one on his right arm.

**Sgt. Duby:** Okay. Then what happened?

**Officer Rodriguez-Muriel:** So, after they pulled him out, then Lt. McKim set up a command post right above right where we were at and myself and Paula Bright stayed until they contacted the coroner. We were there standing maybe for an hour, maybe an hour and a half.

**Sgt. Duby:** Still wet?

**Officer Rodriguez-Muriel:** Yes, still wet. Officer Albaugh, Daniel Albaugh, came and took photos of the body and then Officer Lucky came back and told me to go get dressed and get changed, I'm sorry, get changed and get out of the wet clothes. So, at that point, Bright was left at the scene. I live here in Ephrata so I drove home and got some, a fresh tee shirt and underwear and came back here to station and showered and got changed.

**Sgt. Duby:** Okay. How long do you think he was in the water? From the time that you heard him say I'm drowning until the time he was recovered?

**Officer Rodriguez-Muriel:** I want to say probably a good hour.

**Sgt. Duby:** Okay. Can you think of anything else that happened or took place that I should have asked you or you felt was important to the overall thing?

**Officer Rodriguez-Muriel:** No, I think that pretty much covers it. I mean,

**Sgt. Duby:** So, you never saw him in the water?

**Officer Rodriguez-Muriel:** Never saw him in the water, only heard him. Once I got to where he was, again, didn't see him at all. I went in trying to find him after I took off all my stuff, did not feel a thing, could not touch the bottom. I have no idea how deep the creek is there.

**Sgt. Duby:** How far do you think you went out on the water?

LC DA

LC0065



**Office of the District Attorney of Lancaster County**
**Investigation Division**
50 North Duke Street, Lancaster, Pennsylvania 17608
*Continuation of:* **Transcribed Statement**

---

**Officer Rodriguez-Muriel**: How far into the creek?

**Sgt. Duby**: Yea.

**Officer Rodriguez-Muriel**: I want to say maybe a good ten or fifteen feet, I think.

**Sgt. Duby**: Ten or fifteen feet?

**Officer Rodriguez-Muriel**: Yea, I was in there pretty far. And where I ended up swimming to, there was no chance I was going to touch anything with my feet. I ended up swimming back to the shore, the embankment there and got out. Did not see him at all, did not see any sort of bubbles or anything kind of giving us an idea of where he was.

**Sgt. Duby**: Did you talk to the Deputy Sheriff about what happened?

**Officer Rodriguez-Muriel**: Yes. She, kind of, sort of. She said that the only thing that she said was as he was running, one of the shackles came off. I wasn't sure if it was the shackles on his hands or if it was the shackles around his legs. I had assumed that it was one of the shackles on his arms, you know, one of the handcuffs on his hands and that he was kind of swimming. But when we ended up pulling him out, his hands, like I said his hands were handcuffed in front of his waist and one of his legs was free. But I didn't really speak with the Deputy Sheriff any more than that.

**Sgt. Duby**: It was just kind of

**Officer Rodriguez-Muriel**: Just an initial what happened and then she said he ran away and this is where he's at. And then that was that. She, Officer Hirneisen was there and advised her to tell her chain of command what happened if she hadn't already. She made a comment that she had told her Sergeant and Lieutenant and that they were going to bring K-9 out and then she ended up going back up the embankment towards where the parking garage was and never came back. So, I don't know where she went after that, but we ended up staying with the, in that area then.

**Sgt. Duby**: Do you know if you've met him before in the past?

**Officer Rodriguez-Muriel**: Met the deceased?

**Sgt. Duby**: Yes.

**Officer Rodriguez-Muriel**: I never have, no.

**Sgt. Duby**: Okay. Anything else that happened or took place that you feel I should know about?

**Officer Rodriguez-Muriel**: No, I think that pretty much covers everything.

**Sgt. Duby**: Okay, then I'm going end the interview at 1:58 AM.

# LANCASTER CO DETECTIVES
## Incident Report Form

**DA-18-0039**
04/14/2018

**ASSIST AGENCY DEATH INVESTIGATION**

**COMMENTS / NARRATIVES**

Title
**TASER EXAMINATION**

| Narrative Created By / Created On | | Narrative Updated By / Update On | |
|---|---|---|---|
| **WAHL, GREG** | 04/17/2018 | **WAHL, GREG** | 04/18/2018 |

Approved By / On

### (DFU Evidence Item # 001)

### (Lancaster County District Attorney's Office Evidence Item 001)

### <u>GENERAL INFORMATION OF ITEM(S)</u>

**Sync Software Version:**   Offline 3.15.89

**Taser Model:**    X2

**Taser Serial Number:**   X29004FWA

**Taser Color:**    Black

**Firmware:**    04.020

**Battery Serial Number:**   E18397344

**Battery Revision:**    A

**Narrative:**

On Tuesday, April 17, 2018 around 0836 hours, Detective Sergeant Duby obtained Item 001 from Detective Sergeant Bell. Detective Sergeant Duby then gave me Item 001 around 1000 hours.

I was requested to download the taser logs on the above taser. The incident occurred on Saturday, April 14, 2018. The log numbers for the incident were 1309 through 1317. The first cartridge was deployed at 19:49:42. The second cartridge was deployed at 19:50:14. It appears each deployment lasted for 5 seconds. At 19:50:20, one of two things occurred. The "Arc" switch was pressed (located on each side of the Taser) which activates both cartridges and/or the officer conducted a "drive stun" with the Taser. This action lasted 3 seconds.

When the Taser was connected to the Forensic workstation, the time was adjusted on the Taser. The time on the Taser was 10:49:02, the actual time was 10:44:55 and was adjusted.

I contacted Taser International, now "Axon" and requested Evidence.com Lite to be able to view the "pulse" information.

On Wednesday, April 18, 2018 around 0744 hours, I used Evidence.com lite and Sync to obtain another download from the Taser. In addition, I obtained 3 graphs from the device. I exported the three graphs.

I archived the following on a CD:

1. Photos of item 001

| DA-18-0039 | 4/14/2018 | ☒ | Approved By: | **ZAHM, JAMES** | LC DA |
|---|---|---|---|---|---|
| IRF 1.6 | | | Approved On: | **5/7/2018 1:55:21 PM** | |

# LANCASTER CO DETECTIVES
## Incident Report Form

**DA-18-0039**
04/14/2018
**ASSIST AGENCY DEATH INVESTIGATION**

2.  Evidence Sync.PNG (Snapshot of evidence)

3.  TASER_X2_1310_pulse_graphs194942.pdf (graph of event at 19:49:42)

4.  TASER_X2_1313_pulse_graphs195014.pdf (graph of event at 19:50:14)

5.  TASER_X2_1314_pulse_graphs195020.pdf (graph of event at 19:50:20)

6.  TASER_X2_X29004FWA_offline.pdf (Event log created on 04/17/2018)

7.  TASER_X2_X29004FWA_online.pdf (Event log created on 04/18/2018)

I printed the last two pages of the report which had the pertinent information for the case.

**Attachments:**

CD with the above items

**\*\*Examination Completed\*\***

The information in this report contains confidential and/or privileged material that may be subject to protection under the law.

| DA-18-0039 | 4/14/2018 | ☒ | Approved By: | ZAHM, JAMES | LC DA |
| --- | --- | --- | --- | --- | --- |
| IRF 1.6 | | | Approved On: | 5/7/2018 1:55:21 PM | |

LC0068



**EVIDENCE SYNC**™

| TASER Information | | Report Generated by | |
|---|---|---|---|
| Dept. | Lancaster County (PA) District Attorney's Office | Wahl, Greg | |
| Serial | X29004FWA | Badge ID | RZkzvMx |
| Model | TASER X2 | Local Timezone | Eastern Standard Time (UTC -0400) |
| Firmware Version | Rev. 04.020 | Generated On | 18 Apr 2018 08:10:56 |
| Device Name | X29004FWA | | |
| Health | Good | | |

### Device (X2)

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Cartridge Info [Bay: length in feet/status] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|---|
| 1 | 11 Jan 2016 10:03:41 | Power Magazine Change | Manufacturing  S/N: XXXXX6   Battery capacity: 100% | | | |
| 2 | 11 Jan 2016 10:03:41 | Firmware Update | FW Bundle, Rev. 04.020, 8/4/2015 | | | |
| 3 | 11 Jan 2016 10:03:41 | Firmware Update | MC, Rev. 04.019, 8/3/2015 | | | |
| 4 | 11 Jan 2016 10:03:41 | Firmware Update | LDR, Rev. 04.013, 12/16/2014 | | | |
| 5 | 11 Jan 2016 10:03:41 | Firmware Update | HVM, Rev. 01.005, 8/4/2015 | | | |
| 6 | 11 Jan 2016 10:03:41 | Armed | C1: Empty C2: Empty | | 32 | 100 |
| 7 | 11 Jan 2016 10:03:53 | Safe | C1: Empty C2: Empty | 12 | 32 | 99 |
| 8 | 11 Jan 2016 10:04:33 | Power Magazine Change | Standard    S/N: 320154   Battery capacity: 63% | | | |
| 9 | 11 Jan 2016 10:04:33 | Armed | C1: 35' Training C2: Empty | | 31 | 63 |
| 10 | 11 Jan 2016 10:04:34 | Safe | C1: 35' Training C2: Empty | 1 | 32 | 63 |
| 11 | 11 Jan 2016 12:47:07 | Power Magazine Change | Manufacturing  S/N: DPM000   Battery capacity: 100% | | | |
| 12 | 11 Jan 2016 12:47:08 | Armed | C1: 35' Training C2: 35' Training | | 30 | 100 |
| 13 | 11 Jan 2016 12:47:09 | Trigger | C1: Deployed | 5 | | 100 |
| 14 | 11 Jan 2016 12:47:14 | Trigger | C2: Deployed | 5 | | 99 |
| 15 | 11 Jan 2016 12:47:21 | Trigger | C2: Deployed | 5 | | 99 |
| 16 | 11 Jan 2016 12:47:26 | Trigger | C2: Deployed | 5 | | 99 |
| 17 | 11 Jan 2016 12:47:32 | Trigger | C2: Deployed | 5 | | 99 |
| 18 | 11 Jan 2016 12:47:39 | Trigger | C2: Deployed | 5 | | 99 |
| 19 | 11 Jan 2016 12:47:45 | Trigger | C2: Deployed | 5 | | 99 |

LC DA

LC0069

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Cartridge Info [Bay: length in feet/status] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|---|
| 20 | 11 Jan 2016 12:47:51 | Trigger | C2: Deployed | 5 | | 99 |
| 21 | 11 Jan 2016 12:47:57 | Trigger | C2: Deployed | 5 | | 99 |
| 22 | 11 Jan 2016 12:48:03 | Trigger | C2: Deployed | 5 | | 99 |
| 23 | 11 Jan 2016 12:48:09 | Trigger | C2: Deployed | 5 | | 99 |
| 24 | 11 Jan 2016 12:48:15 | Trigger | C2: Deployed | 5 | | 99 |
| 25 | 11 Jan 2016 12:48:20 | Trigger | C2: Deployed | 5 | | 99 |
| 26 | 11 Jan 2016 12:48:26 | Trigger | C2: Deployed | 5 | | 99 |
| 27 | 11 Jan 2016 12:48:32 | Trigger | C2: Deployed | 5 | | 99 |
| 28 | 11 Jan 2016 12:48:41 | Trigger | C1: Deployed | 5 | | 99 |
| 29 | 11 Jan 2016 12:48:46 | Trigger | C1: Deployed | 5 | | 99 |
| 30 | 11 Jan 2016 12:48:52 | Trigger | C1: Deployed | 5 | | 99 |
| 31 | 11 Jan 2016 12:48:57 | Trigger | C1: Deployed | 5 | | 99 |
| 32 | 11 Jan 2016 12:49:03 | Trigger | C1: Deployed | 5 | | 99 |
| 33 | 11 Jan 2016 12:49:08 | Trigger | C1: Deployed | 5 | | 99 |
| 34 | 11 Jan 2016 12:49:14 | Trigger | C1: Deployed | 5 | | 99 |
| 35 | 11 Jan 2016 12:49:21 | Trigger | C1: Deployed | 5 | | 99 |
| 36 | 11 Jan 2016 12:49:26 | Trigger | C1: Deployed | 5 | | 99 |
| 37 | 11 Jan 2016 12:49:32 | Trigger | C1: Deployed | 5 | | 99 |
| 38 | 11 Jan 2016 12:49:37 | Trigger | C1: Deployed | 5 | | 99 |
| 39 | 11 Jan 2016 12:49:43 | Trigger | C1: Deployed | 5 | | 99 |
| 40 | 11 Jan 2016 12:49:48 | Trigger | C1: Deployed | 5 | | 99 |
| 41 | 11 Jan 2016 12:50:09 | Arc | C1: Deployed C2: Deployed | 1 | | 99 |
| 42 | 11 Jan 2016 12:50:12 | Safe | C1: Deployed C2: Deployed | 184 | 42 | 99 |
| 43 | 11 Jan 2016 12:50:13 | Configuration | | | | |
| 44 | 11 Jan 2016 12:58:07 | Power Magazine Change | Standard    S/N: 383265   Battery capacity: 26% | | | |
| 45 | 11 Jan 2016 12:58:07 | Armed | C1: 35' Training C2: 35' Training | | 34 | 26 |
| 46 | 11 Jan 2016 12:58:10 | Trigger | C1: Deployed | 5 | | 26 |
| 47 | 11 Jan 2016 12:58:16 | Trigger | C2: Deployed | 5 | | 26 |
| 48 | 11 Jan 2016 12:58:21 | Arc | C1: Deployed C2: Deployed | 1 | | 26 |
| 49 | 11 Jan 2016 12:58:23 | Arc | C1: Deployed C2: Deployed | 5 | | 26 |

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Cartridge Info [Bay: length in feet/status] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|---|
| 50 | 11 Jan 2016 12:58:30 | Arc | C1: Deployed C2: Deployed | 5 | | 26 |
| 51 | 11 Jan 2016 12:58:36 | Safe | C1: Deployed C2: Deployed | 29 | 37 | 25 |
| 52 | 11 Jan 2016 12:58:38 | Configuration | | | | |
| 53 | 11 Jan 2016 12:58:42 | Configuration Exit | | | | |
| 54 | 11 Jan 2016 12:58:42 | Armed | C1: 35' Training C2: 35' Training | | 37 | 25 |
| 55 | 11 Jan 2016 12:58:45 | Safe | C1: 35' Training C2: 35' Training | 3 | 37 | 25 |
| 56 | 11 Jan 2016 12:59:25 | Power Magazine Change | Standard   S/N: 383273   Battery capacity: 25% | | | |
| 57 | 11 Jan 2016 12:59:25 | Configuration | | | | |
| 58 | 11 Jan 2016 12:59:31 | Configuration Exit | | | | |
| 59 | 11 Jan 2016 12:59:31 | Armed | C1: Empty C2: Empty | | 36 | 25 |
| 60 | 11 Jan 2016 12:59:32 | Safe | C1: Empty C2: Empty | 1 | 36 | 24 |
| 61 | 11 Jan 2016 13:00:36 | USB Connected | | | | |
| 62 | 11 Jan 2016 13:00:47 | Firmware Update | HVM, Rev. 01.005, 8/4/2015 | | | |
| 63 | 11 Jan 2016 13:00:52 | Firmware Update | MC, Rev. 04.019, 8/3/2015 | | | |
| 64 | 11 Jan 2016 13:00:52 | Firmware Update | LDR, Rev. 04.013, 12/16/2014 | | | |
| 65 | 11 Jan 2016 13:00:54 | Time Sync | 11 Jan 2016 13:00:53 to 11 Jan 2016 13:00:54 | | | |
| 66 | 19 Feb 2016 13:56:17 | Power Magazine Change | Standard   S/N: 397344   Battery capacity: 100% | | | |
| 67 | 19 Feb 2016 13:56:17 | Armed | C1: Empty C2: Empty | | 27 | 100 |
| 68 | 19 Feb 2016 13:56:22 | Trigger | C1: Empty | 5 | | 100 |
| 69 | 19 Feb 2016 13:56:31 | Trigger | C1: Empty | 5 | | 99 |
| 70 | 19 Feb 2016 13:56:38 | Safe | C1: Empty C2: Empty | 21 | 29 | 99 |
| 71 | 19 Feb 2016 13:57:19 | Armed | C1: Empty C2: Empty | | 29 | 99 |
| 72 | 19 Feb 2016 13:57:29 | Arc | C1: Empty C2: Empty | 1 | | 99 |
| 73 | 19 Feb 2016 13:57:32 | Arc | C1: Empty C2: Empty | 1 | | 99 |
| 74 | 19 Feb 2016 13:57:48 | Arc | C1: Empty C2: Empty | 1 | | 99 |
| 75 | 19 Feb 2016 13:57:52 | Safe | C1: Empty C2: Empty | 33 | 30 | 99 |
| 76 | 19 Feb 2016 13:57:53 | Armed | C1: Empty C2: Empty | | 31 | 99 |
| 77 | 19 Feb 2016 13:57:54 | Safe | C1: Empty C2: Empty | 1 | 31 | 99 |
| 78 | 19 Feb 2016 13:58:12 | Armed | C1: Empty C2: Empty | | 31 | 99 |
| 79 | 19 Feb 2016 13:58:13 | Arc | C1: Empty C2: Empty | 1 | | 99 |

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Cartridge Info [Bay: length in feet/ status] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|---|
| 80 | 19 Feb 2016 13:58:30 | Arc | C1: Empty C2: Empty | 1 | | 99 |
| 81 | 19 Feb 2016 13:58:32 | Safe | C1: Empty C2: Empty | 20 | 32 | 99 |
| 82 | 19 Feb 2016 13:59:20 | Armed | C1: Empty C2: Empty | | 31 | 99 |
| 83 | 19 Feb 2016 13:59:20 | Arc | C1: Empty C2: Empty | 1 | | 99 |
| 84 | 19 Feb 2016 13:59:24 | Safe | C1: Empty C2: Empty | 4 | 31 | 99 |
| 85 | 19 Feb 2016 13:59:35 | Armed | C1: Empty C2: Empty | | 31 | 99 |
| 86 | 19 Feb 2016 13:59:37 | Trigger | C1: Empty | 5 | | 99 |
| 87 | 19 Feb 2016 13:59:46 | Safe | C1: Empty C2: Empty | 11 | 32 | 99 |
| 88 | 19 Feb 2016 14:01:16 | Armed | C1: Empty C2: Empty | | 31 | 99 |
| 89 | 19 Feb 2016 14:01:17 | Arc | C1: Empty C2: Empty | 1 | | 99 |
| 90 | 19 Feb 2016 14:01:18 | Safe | C1: Empty C2: Empty | 2 | 31 | 99 |
| 91 | 19 Feb 2016 14:01:24 | Armed | C1: Empty C2: Empty | | 31 | 99 |
| 92 | 19 Feb 2016 14:01:25 | Trigger | C1: Empty | 5 | | 99 |
| 93 | 19 Feb 2016 14:01:33 | Safe | C1: Empty C2: Empty | 9 | 32 | 99 |
| 94 | 19 Feb 2016 14:04:12 | Armed | C1: Empty C2: Empty | | 31 | 99 |
| 95 | 19 Feb 2016 14:04:13 | Trigger | C1: Empty | 5 | | 99 |
| 96 | 19 Feb 2016 14:04:19 | Safe | C1: Empty C2: Empty | 7 | 32 | 99 |
| 97 | 19 Feb 2016 14:04:33 | Armed | C1: Empty C2: Deployed | | 32 | 99 |
| 98 | 19 Feb 2016 14:04:34 | Trigger | C1: Deployed | 5 | | 99 |
| 99 | 19 Feb 2016 14:04:41 | Safe | C1: Deployed C2: Deployed | 8 | 32 | 99 |
| 100 | 19 Feb 2016 14:04:50 | Armed | C1: Deployed C2: Deployed | | 33 | 99 |
| 101 | 19 Feb 2016 14:04:51 | Trigger | C1: Deployed | 5 | | 99 |
| 102 | 19 Feb 2016 14:04:58 | Safe | C1: Deployed C2: Deployed | 8 | 33 | 98 |
| 103 | 19 Feb 2016 14:05:07 | Armed | C1: Deployed C2: Deployed | | 32 | 98 |
| 104 | 19 Feb 2016 14:05:09 | Arc | C1: Deployed C2: Deployed | 1 | | 98 |
| 105 | 19 Feb 2016 14:05:23 | Safe | C1: Deployed C2: Deployed | 16 | 33 | 98 |
| 106 | 19 Feb 2016 14:05:41 | Armed | C1: Deployed C2: Deployed | | 34 | 98 |
| 107 | 19 Feb 2016 14:05:42 | Trigger | C1: Deployed | 5 | | 98 |
| 108 | 19 Feb 2016 14:05:48 | Safe | C1: Deployed C2: Deployed | 7 | 34 | 98 |
| 109 | 19 Feb 2016 14:06:05 | Armed | C1: Deployed C2: Deployed | | 34 | 98 |

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Cartridge Info [Bay: length in feet/status] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|---|
| 110 | 19 Feb 2016 14:06:05 | Trigger | C1: Deployed | 5 | | 98 |
| 111 | 19 Feb 2016 14:06:11 | Safe | C1: Deployed C2: Deployed | 6 | 34 | 98 |
| 112 | 19 Feb 2016 14:06:46 | Armed | C1: Deployed C2: Deployed | | 34 | 98 |
| 113 | 19 Feb 2016 14:06:46 | Trigger | C1: Deployed | 5 | | 98 |
| 114 | 19 Feb 2016 14:06:52 | Safe | C1: Deployed C2: Deployed | 6 | 34 | 98 |
| 115 | 19 Feb 2016 14:13:29 | Armed | C1: Deployed C2: Deployed | | 32 | 98 |
| 116 | 19 Feb 2016 14:13:29 | Trigger | C1: Deployed | 5 | | 98 |
| 117 | 19 Feb 2016 14:13:35 | Safe | C1: Deployed C2: Deployed | 6 | 33 | 98 |
| 118 | 19 Feb 2016 14:13:49 | Armed | C1: Deployed C2: Deployed | | 32 | 98 |
| 119 | 19 Feb 2016 14:13:50 | Trigger | C1: Deployed | 5 | | 98 |
| 120 | 19 Feb 2016 14:13:56 | Safe | C1: Deployed C2: Deployed | 7 | 32 | 97 |
| 121 | 19 Feb 2016 14:14:18 | Armed | C1: Deployed C2: Deployed | | 33 | 97 |
| 122 | 19 Feb 2016 14:14:18 | Trigger | C1: Deployed | 5 | | 97 |
| 123 | 19 Feb 2016 14:14:25 | Safe | C1: Deployed C2: Deployed | 7 | 33 | 97 |
| 124 | 19 Feb 2016 14:14:41 | Armed | C1: Deployed C2: Deployed | | 33 | 97 |
| 125 | 19 Feb 2016 14:14:41 | Trigger | C1: Deployed | 5 | | 97 |
| 126 | 19 Feb 2016 14:14:49 | Safe | C1: Deployed C2: Deployed | 8 | 33 | 97 |
| 127 | 19 Feb 2016 14:15:17 | Armed | C1: Deployed C2: Deployed | | 33 | 97 |
| 128 | 19 Feb 2016 14:15:17 | Trigger | C1: Deployed | 5 | | 97 |
| 129 | 19 Feb 2016 14:15:23 | Safe | C1: Deployed C2: Deployed | 6 | 33 | 97 |
| 130 | 19 Feb 2016 14:15:46 | Armed | C1: Deployed C2: Deployed | | 34 | 97 |
| 131 | 19 Feb 2016 14:15:58 | Safe | C1: Deployed C2: Deployed | 12 | 33 | 97 |
| 132 | 19 Feb 2016 14:16:05 | Armed | C1: Deployed C2: Deployed | | 34 | 97 |
| 133 | 19 Feb 2016 14:16:15 | Safe | C1: Deployed C2: Deployed | 10 | 33 | 97 |
| 134 | 19 Feb 2016 14:16:27 | Armed | C1: Deployed C2: Deployed | | 34 | 97 |
| 135 | 19 Feb 2016 14:16:32 | Safe | C1: Deployed C2: Deployed | 5 | 34 | 97 |
| 136 | 19 Feb 2016 14:16:43 | Armed | C1: Deployed C2: Deployed | | 34 | 97 |
| 137 | 19 Feb 2016 14:16:58 | Safe | C1: Deployed C2: Deployed | 15 | 35 | 97 |
| 138 | 19 Feb 2016 14:24:05 | Armed | C1: Deployed C2: Deployed | | 32 | 97 |
| 139 | 19 Feb 2016 14:24:06 | Trigger | C1: Deployed | 5 | | 97 |

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Cartridge Info [Bay: length in feet/status] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|---|
| 140 | 19 Feb 2016 14:24:11 | Safe | C1: Deployed C2: Deployed | 6 | 32 | 97 |
| 141 | 19 Feb 2016 14:43:19 | Armed | C1: Deployed C2: Deployed | | 31 | 97 |
| 142 | 19 Feb 2016 14:43:32 | Safe | C1: Deployed C2: Deployed | 13 | 32 | 97 |
| 143 | 19 Feb 2016 14:43:34 | Armed | C1: Deployed C2: Deployed | | 32 | 97 |
| 144 | 19 Feb 2016 14:44:03 | Safe | C1: Deployed C2: Deployed | 29 | 34 | 97 |
| 145 | 19 Feb 2016 15:10:16 | Armed | C1: 25' Standard C2: 25' Standard | | 28 | 97 |
| 146 | 19 Feb 2016 15:10:18 | Trigger | C1: Deployed | 5 | | 97 |
| 147 | 19 Feb 2016 15:10:20 | Trigger | C2: Deployed | 5 | | 97 |
| 148 | 19 Feb 2016 15:10:26 | Safe | C1: Deployed C2: Deployed | 10 | 30 | 96 |
| 149 | 19 Feb 2016 15:21:04 | Armed | C1: Empty C2: Empty | | 29 | 96 |
| 150 | 19 Feb 2016 15:21:06 | Trigger | C1: Empty | 5 | | 96 |
| 151 | 19 Feb 2016 15:21:30 | Arc | C1: Empty C2: Empty | 1 | | 96 |
| 152 | 19 Feb 2016 15:21:42 | Arc | C1: Empty C2: Empty | 1 | | 96 |
| 153 | 19 Feb 2016 15:21:50 | Arc | C1: Empty C2: Empty | 1 | | 96 |
| 154 | 19 Feb 2016 15:22:05 | Safe | C1: Empty C2: Empty | 61 | 33 | 96 |
| 155 | 03 Mar 2016 08:21:51 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 96 |
| 156 | 03 Mar 2016 08:21:55 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 96 |
| 157 | 03 Mar 2016 08:21:56 | Safe | C1: 25' Standard C2: 25' Standard | 5 | 26 | 96 |
| 158 | 04 Mar 2016 08:25:11 | Armed | C1: 25' Standard C2: 25' Standard | | 26 | 96 |
| 159 | 04 Mar 2016 08:25:15 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 96 |
| 160 | 04 Mar 2016 08:25:17 | Safe | C1: 25' Standard C2: 25' Standard | 6 | 26 | 96 |
| 161 | 08 Mar 2016 08:23:46 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 96 |
| 162 | 08 Mar 2016 08:23:48 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 96 |
| 163 | 08 Mar 2016 08:23:52 | Safe | C1: 25' Standard C2: 25' Standard | 6 | 28 | 96 |
| 164 | 09 Mar 2016 08:22:32 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 96 |
| 165 | 09 Mar 2016 08:22:36 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 96 |
| 166 | 09 Mar 2016 08:22:39 | Safe | C1: 25' Standard C2: 25' Standard | 7 | 27 | 96 |
| 167 | 10 Mar 2016 08:22:43 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 96 |
| 168 | 10 Mar 2016 08:22:47 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 96 |
| 169 | 10 Mar 2016 08:22:49 | Safe | C1: 25' Standard C2: 25' Standard | 6 | 28 | 96 |

| Seq # | Local Time<br>[DD:MM:YYYY hh:mm:ss] | Event<br>[Event Type] | Cartridge Info<br>[Bay: length in feet/status] | Duration<br>[Seconds] | Temp<br>[Degrees Celsius] | Batt Remaining<br>[%] |
|---|---|---|---|---|---|---|
| 170 | 11 Mar 2016 08:25:11 | Armed | C1: 25' Standard<br>C2: 25' Standard | | 27 | 96 |
| 171 | 11 Mar 2016 08:25:16 | Arc | C1: 25' Standard<br>C2: 25' Standard | 1 | | 96 |
| 172 | 11 Mar 2016 08:25:17 | Safe | C1: 25' Standard<br>C2: 25' Standard | 6 | 28 | 96 |
| 173 | 14 Mar 2016 07:50:00 | Armed | C1: 25' Standard<br>C2: 25' Standard | | 26 | 96 |
| 174 | 14 Mar 2016 07:50:03 | Arc | C1: 25' Standard<br>C2: 25' Standard | 1 | | 96 |
| 175 | 14 Mar 2016 07:50:06 | Safe | C1: 25' Standard<br>C2: 25' Standard | 6 | 27 | 96 |
| 176 | 15 Mar 2016 07:51:27 | Armed | C1: 25' Standard<br>C2: 25' Standard | | 26 | 96 |
| 177 | 15 Mar 2016 07:51:33 | Arc | C1: 25' Standard<br>C2: 25' Standard | 1 | | 96 |
| 178 | 15 Mar 2016 07:51:35 | Safe | C1: 25' Standard<br>C2: 25' Standard | 8 | 27 | 96 |
| 179 | 16 Mar 2016 07:51:43 | Armed | C1: 25' Standard<br>C2: 25' Standard | | 27 | 96 |
| 180 | 16 Mar 2016 07:51:46 | Arc | C1: 25' Standard<br>C2: 25' Standard | 1 | | 96 |
| 181 | 16 Mar 2016 07:51:47 | Safe | C1: 25' Standard<br>C2: 25' Standard | 4 | 27 | 96 |
| 182 | 17 Mar 2016 08:28:21 | Armed | C1: 25' Standard<br>C2: 25' Standard | | 27 | 96 |
| 183 | 17 Mar 2016 08:28:26 | Arc | C1: 25' Standard<br>C2: 25' Standard | 1 | | 96 |
| 184 | 17 Mar 2016 08:28:27 | Safe | C1: 25' Standard<br>C2: 25' Standard | 6 | 27 | 96 |
| 185 | 21 Mar 2016 08:26:21 | Armed | C1: 25' Standard<br>C2: 25' Standard | | 27 | 96 |
| 186 | 21 Mar 2016 08:26:25 | Arc | C1: 25' Standard<br>C2: 25' Standard | 1 | | 96 |
| 187 | 21 Mar 2016 08:26:26 | Safe | C1: 25' Standard<br>C2: 25' Standard | 5 | 27 | 96 |
| 188 | 23 Mar 2016 08:25:54 | Armed | C1: 25' Standard<br>C2: 25' Standard | | 27 | 96 |
| 189 | 23 Mar 2016 08:25:56 | Arc | C1: 25' Standard<br>C2: 25' Standard | 1 | | 96 |
| 190 | 23 Mar 2016 08:25:57 | Safe | C1: 25' Standard<br>C2: 25' Standard | 3 | 27 | 96 |
| 191 | 24 Mar 2016 08:28:33 | Armed | C1: 25' Standard<br>C2: 25' Standard | | 27 | 96 |
| 192 | 24 Mar 2016 08:28:37 | Arc | C1: 25' Standard<br>C2: 25' Standard | 1 | | 96 |
| 193 | 24 Mar 2016 08:28:38 | Safe | C1: 25' Standard<br>C2: 25' Standard | 5 | 27 | 96 |
| 194 | 29 Mar 2016 08:27:29 | Armed | C1: 25' Standard<br>C2: 25' Standard | | 26 | 96 |
| 195 | 29 Mar 2016 08:27:32 | Arc | C1: 25' Standard<br>C2: 25' Standard | 1 | | 96 |
| 196 | 29 Mar 2016 08:27:33 | Safe | C1: 25' Standard<br>C2: 25' Standard | 4 | 27 | 96 |
| 197 | 30 Mar 2016 08:27:55 | Armed | C1: 25' Standard<br>C2: 25' Standard | | 26 | 96 |
| 198 | 30 Mar 2016 08:27:58 | Arc | C1: 25' Standard<br>C2: 25' Standard | 1 | | 96 |
| 199 | 30 Mar 2016 08:28:00 | Safe | C1: 25' Standard<br>C2: 25' Standard | 5 | 26 | 96 |

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Cartridge Info [Bay: length in feet/status] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|---|
| 200 | 31 Mar 2016 08:27:00 | Armed | C1: 25' Standard C2: 25' Standard | | 28 | 96 |
| 201 | 31 Mar 2016 08:27:07 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 96 |
| 202 | 31 Mar 2016 08:27:08 | Safe | C1: 25' Standard C2: 25' Standard | 8 | 28 | 96 |
| 203 | 01 Apr 2016 07:27:05 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 96 |
| 204 | 01 Apr 2016 07:27:08 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 96 |
| 205 | 01 Apr 2016 07:27:09 | Safe | C1: 25' Standard C2: 25' Standard | 4 | 27 | 96 |
| 206 | 01 Apr 2016 08:00:47 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 96 |
| 207 | 01 Apr 2016 08:00:48 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 96 |
| 208 | 01 Apr 2016 08:00:50 | Safe | C1: 25' Standard C2: 25' Standard | 3 | 27 | 96 |
| 209 | 04 Apr 2016 07:27:20 | Armed | C1: 25' Standard C2: 25' Standard | | 26 | 96 |
| 210 | 04 Apr 2016 07:27:23 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 96 |
| 211 | 04 Apr 2016 07:27:25 | Safe | C1: 25' Standard C2: 25' Standard | 5 | 27 | 96 |
| 212 | 05 Apr 2016 08:26:37 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 96 |
| 213 | 05 Apr 2016 08:26:40 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 96 |
| 214 | 05 Apr 2016 08:26:40 | Safe | C1: 25' Standard C2: 25' Standard | 3 | 27 | 96 |
| 215 | 06 Apr 2016 08:26:05 | Armed | C1: 25' Standard C2: 25' Standard | | 26 | 96 |
| 216 | 06 Apr 2016 08:26:08 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 96 |
| 217 | 06 Apr 2016 08:26:09 | Safe | C1: 25' Standard C2: 25' Standard | 4 | 26 | 96 |
| 218 | 08 Apr 2016 08:27:03 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 96 |
| 219 | 08 Apr 2016 08:27:05 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 96 |
| 220 | 08 Apr 2016 08:27:06 | Safe | C1: 25' Standard C2: 25' Standard | 3 | 27 | 96 |
| 221 | 11 Apr 2016 07:27:41 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 96 |
| 222 | 11 Apr 2016 07:27:45 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 96 |
| 223 | 11 Apr 2016 07:27:46 | Safe | C1: 25' Standard C2: 25' Standard | 5 | 28 | 96 |
| 224 | 13 Apr 2016 08:57:14 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 96 |
| 225 | 13 Apr 2016 08:57:16 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 96 |
| 226 | 13 Apr 2016 08:57:17 | Safe | C1: 25' Standard C2: 25' Standard | 3 | 27 | 96 |
| 227 | 14 Apr 2016 08:33:53 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 96 |
| 228 | 14 Apr 2016 08:33:56 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 96 |
| 229 | 14 Apr 2016 08:33:57 | Safe | C1: 25' Standard C2: 25' Standard | 4 | 26 | 96 |

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Cartridge Info [Bay: length in feet/status] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|---|
| 230 | 15 Apr 2016 08:25:15 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 96 |
| 231 | 15 Apr 2016 08:25:17 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 96 |
| 232 | 15 Apr 2016 08:25:18 | Safe | C1: 25' Standard C2: 25' Standard | 3 | 27 | 96 |
| 233 | 18 Apr 2016 08:28:34 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 96 |
| 234 | 18 Apr 2016 08:28:36 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 96 |
| 235 | 18 Apr 2016 08:28:37 | Safe | C1: 25' Standard C2: 25' Standard | 3 | 27 | 96 |
| 236 | 19 Apr 2016 08:27:30 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 96 |
| 237 | 19 Apr 2016 08:27:35 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 96 |
| 238 | 19 Apr 2016 08:27:36 | Safe | C1: 25' Standard C2: 25' Standard | 6 | 27 | 96 |
| 239 | 20 Apr 2016 08:28:59 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 96 |
| 240 | 20 Apr 2016 08:29:02 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 96 |
| 241 | 20 Apr 2016 08:29:03 | Safe | C1: 25' Standard C2: 25' Standard | 4 | 27 | 96 |
| 242 | 21 Apr 2016 07:58:52 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 96 |
| 243 | 21 Apr 2016 07:58:55 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 96 |
| 244 | 21 Apr 2016 07:58:56 | Safe | C1: 25' Standard C2: 25' Standard | 4 | 27 | 96 |
| 245 | 22 Apr 2016 07:27:59 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 96 |
| 246 | 22 Apr 2016 07:28:01 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 96 |
| 247 | 22 Apr 2016 07:28:02 | Safe | C1: 25' Standard C2: 25' Standard | 3 | 27 | 96 |
| 248 | 25 Apr 2016 07:59:59 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 96 |
| 249 | 25 Apr 2016 08:00:01 | Safe | C1: 25' Standard C2: 25' Standard | 2 | 27 | 96 |
| 250 | 25 Apr 2016 08:00:05 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 96 |
| 251 | 25 Apr 2016 08:00:06 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 96 |
| 252 | 25 Apr 2016 08:00:07 | Safe | C1: 25' Standard C2: 25' Standard | 2 | 27 | 96 |
| 253 | 29 Apr 2016 08:28:04 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 96 |
| 254 | 29 Apr 2016 08:28:08 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 96 |
| 255 | 29 Apr 2016 08:28:10 | Safe | C1: 25' Standard C2: 25' Standard | 6 | 27 | 96 |
| 256 | 03 May 2016 08:30:09 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 96 |
| 257 | 03 May 2016 08:30:12 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 96 |
| 258 | 03 May 2016 08:30:13 | Safe | C1: 25' Standard C2: 25' Standard | 4 | 27 | 96 |
| 259 | 03 May 2016 08:41:55 | USB Connected | | | | |

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Cartridge Info [Bay; length in feet/status] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|---|
| 260 | 03 May 2016 08:39:55 | Time Sync | 03 May 2016 08:41:56 to 03 May 2016 08:39:55 | | | |
| 261 | 04 May 2016 08:29:27 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 96 |
| 262 | 04 May 2016 08:29:30 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 96 |
| 263 | 04 May 2016 08:29:30 | Safe | C1: 25' Standard C2: 25' Standard | 3 | 26 | 96 |
| 264 | 05 May 2016 07:58:17 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 96 |
| 265 | 05 May 2016 07:58:20 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 96 |
| 266 | 05 May 2016 07:58:21 | Safe | C1: 25' Standard C2: 25' Standard | 4 | 26 | 96 |
| 267 | 09 May 2016 08:23:29 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 96 |
| 268 | 09 May 2016 08:23:33 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 96 |
| 269 | 09 May 2016 08:23:33 | Safe | C1: 25' Standard C2: 25' Standard | 4 | 27 | 96 |
| 270 | 11 May 2016 08:27:45 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 96 |
| 271 | 11 May 2016 08:27:49 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 96 |
| 272 | 11 May 2016 08:27:50 | Safe | C1: 25' Standard C2: 25' Standard | 5 | 28 | 95 |
| 273 | 11 May 2016 11:05:16 | Armed | C1: 25' Standard C2: 25' Standard | | 31 | 95 |
| 274 | 11 May 2016 11:05:30 | Safe | C1: 25' Standard C2: 25' Standard | 14 | 32 | 95 |
| 275 | 12 May 2016 08:27:54 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 95 |
| 276 | 12 May 2016 08:27:56 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 95 |
| 277 | 12 May 2016 08:27:57 | Safe | C1: 25' Standard C2: 25' Standard | 3 | 27 | 95 |
| 278 | 13 May 2016 08:26:30 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 95 |
| 279 | 13 May 2016 08:26:33 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 95 |
| 280 | 13 May 2016 08:26:34 | Safe | C1: 25' Standard C2: 25' Standard | 4 | 27 | 95 |
| 281 | 16 May 2016 07:25:29 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 95 |
| 282 | 16 May 2016 07:25:33 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 95 |
| 283 | 16 May 2016 07:25:34 | Safe | C1: 25' Standard C2: 25' Standard | 5 | 27 | 95 |
| 284 | 18 May 2016 11:08:09 | Armed | C1: 25' Standard C2: 25' Standard | | 30 | 95 |
| 285 | 18 May 2016 11:08:14 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 95 |
| 286 | 18 May 2016 11:08:15 | Safe | C1: 25' Standard C2: 25' Standard | 6 | 30 | 95 |
| 287 | 19 May 2016 08:28:09 | Armed | C1: 25' Standard C2: 25' Standard | | 26 | 95 |
| 288 | 19 May 2016 08:28:12 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 95 |
| 289 | 19 May 2016 08:28:13 | Safe | C1: 25' Standard C2: 25' Standard | 4 | 27 | 95 |

LC DA

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Cartridge Info [Bay: length in feet/ status] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|---|
| 290 | 20 May 2016 08:28:17 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 95 |
| 291 | 20 May 2016 08:28:20 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 95 |
| 292 | 20 May 2016 08:28:21 | Safe | C1: 25' Standard C2: 25' Standard | 4 | 27 | 95 |
| 293 | 24 May 2016 08:22:32 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 95 |
| 294 | 24 May 2016 08:22:36 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 95 |
| 295 | 24 May 2016 08:22:37 | Safe | C1: 25' Standard C2: 25' Standard | 5 | 28 | 95 |
| 296 | 25 May 2016 08:28:34 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 95 |
| 297 | 25 May 2016 08:28:36 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 95 |
| 298 | 25 May 2016 08:28:37 | Safe | C1: 25' Standard C2: 25' Standard | 3 | 27 | 95 |
| 299 | 25 May 2016 16:01:10 | Armed | C1: 25' Standard C2: 25' Standard | | 31 | 95 |
| 300 | 25 May 2016 16:01:12 | Safe | C1: 25' Standard C2: 25' Standard | 2 | 31 | 95 |
| 301 | 26 May 2016 07:12:10 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 95 |
| 302 | 26 May 2016 07:12:15 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 95 |
| 303 | 26 May 2016 07:12:16 | Safe | C1: 25' Standard C2: 25' Standard | 6 | 26 | 95 |
| 304 | 31 May 2016 18:51:18 | Armed | C1: 25' Standard C2: 25' Standard | | 35 | 95 |
| 305 | 31 May 2016 18:51:18 | Safe | C1: 25' Standard C2: 25' Standard | 0 | 36 | 95 |
| 306 | 02 Jun 2016 07:54:01 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 95 |
| 307 | 02 Jun 2016 07:54:03 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 95 |
| 308 | 02 Jun 2016 07:54:04 | Safe | C1: 25' Standard C2: 25' Standard | 3 | 27 | 95 |
| 309 | 06 Jun 2016 07:28:21 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 95 |
| 310 | 06 Jun 2016 07:28:24 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 95 |
| 311 | 06 Jun 2016 07:28:25 | Safe | C1: 25' Standard C2: 25' Standard | 4 | 27 | 95 |
| 312 | 06 Jun 2016 08:14:56 | Armed | C1: 25' Standard C2: 25' Standard | | 30 | 95 |
| 313 | 06 Jun 2016 08:14:58 | Safe | C1: 25' Standard C2: 25' Standard | 2 | 30 | 95 |
| 314 | 07 Jun 2016 08:24:28 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 95 |
| 315 | 07 Jun 2016 08:24:32 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 95 |
| 316 | 07 Jun 2016 08:24:33 | Safe | C1: 25' Standard C2: 25' Standard | 5 | 27 | 95 |
| 317 | 07 Jun 2016 10:18:45 | Armed | C1: 25' Standard C2: 25' Standard | | 31 | 95 |
| 318 | 07 Jun 2016 10:18:46 | Safe | C1: 25' Standard C2: 25' Standard | 1 | 30 | 95 |
| 319 | 07 Jun 2016 11:28:11 | Armed | C1: 25' Standard C2: 25' Standard | | 30 | 95 |

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Cartridge Info [Bay: length in feet/status] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|---|
| 320 | 07 Jun 2016 11:28:12 | Safe | C1: 25' Standard C2: 25' Standard | 1 | 29 | 95 |
| 321 | 08 Jun 2016 08:27:59 | Armed | C1: 25' Standard C2: 25' Standard | | 28 | 95 |
| 322 | 08 Jun 2016 08:28:02 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 95 |
| 323 | 08 Jun 2016 08:28:03 | Safe | C1: 25' Standard C2: 25' Standard | 4 | 27 | 95 |
| 324 | 08 Jun 2016 10:41:52 | Armed | C1: 25' Standard C2: 25' Standard | | 31 | 95 |
| 325 | 08 Jun 2016 10:41:53 | Safe | C1: 25' Standard C2: 25' Standard | 1 | 31 | 95 |
| 326 | 08 Jun 2016 15:07:17 | Armed | C1: 25' Standard C2: 25' Standard | | 30 | 95 |
| 327 | 08 Jun 2016 15:07:19 | Safe | C1: 25' Standard C2: 25' Standard | 2 | 31 | 95 |
| 328 | 09 Jun 2016 09:00:11 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 95 |
| 329 | 09 Jun 2016 09:00:14 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 95 |
| 330 | 09 Jun 2016 09:00:15 | Safe | C1: 25' Standard C2: 25' Standard | 4 | 28 | 95 |
| 331 | 10 Jun 2016 08:27:58 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 95 |
| 332 | 10 Jun 2016 08:28:01 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 95 |
| 333 | 10 Jun 2016 08:28:02 | Safe | C1: 25' Standard C2: 25' Standard | 4 | 27 | 95 |
| 334 | 12 Jun 2016 07:59:56 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 95 |
| 335 | 12 Jun 2016 08:00:02 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 95 |
| 336 | 12 Jun 2016 08:00:03 | Safe | C1: 25' Standard C2: 25' Standard | 7 | 28 | 95 |
| 337 | 13 Jun 2016 08:24:14 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 95 |
| 338 | 13 Jun 2016 08:24:19 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 95 |
| 339 | 13 Jun 2016 08:24:19 | Safe | C1: 25' Standard C2: 25' Standard | 5 | 27 | 95 |
| 340 | 14 Jun 2016 07:17:25 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 95 |
| 341 | 14 Jun 2016 07:17:27 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 95 |
| 342 | 14 Jun 2016 07:17:28 | Safe | C1: 25' Standard C2: 25' Standard | 3 | 28 | 95 |
| 343 | 15 Jun 2016 08:26:23 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 95 |
| 344 | 15 Jun 2016 08:26:26 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 95 |
| 345 | 15 Jun 2016 08:26:27 | Safe | C1: 25' Standard C2: 25' Standard | 4 | 27 | 95 |
| 346 | 16 Jun 2016 08:28:31 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 95 |
| 347 | 16 Jun 2016 08:28:34 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 95 |
| 348 | 16 Jun 2016 08:28:34 | Safe | C1: 25' Standard C2: 25' Standard | 3 | 28 | 95 |
| 349 | 17 Jun 2016 08:26:51 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 95 |

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Cartridge Info [Bay: length in feet/status] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|---|
| 350 | 17 Jun 2016 08:26:54 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 95 |
| 351 | 17 Jun 2016 08:26:55 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 95 |
| 352 | 17 Jun 2016 08:26:56 | Safe | C1: 25' Standard C2: 25' Standard | 5 | 27 | 95 |
| 353 | 20 Jun 2016 07:52:18 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 95 |
| 354 | 20 Jun 2016 07:52:20 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 95 |
| 355 | 20 Jun 2016 07:52:21 | Safe | C1: 25' Standard C2: 25' Standard | 3 | 26 | 95 |
| 356 | 21 Jun 2016 07:55:22 | Armed | C1: 25' Standard C2: 25' Standard | | 28 | 95 |
| 357 | 21 Jun 2016 07:55:27 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 95 |
| 358 | 21 Jun 2016 07:55:30 | Safe | C1: 25' Standard C2: 25' Standard | 8 | 27 | 95 |
| 359 | 23 Jun 2016 07:52:03 | Armed | C1: 25' Standard C2: 25' Standard | | 28 | 95 |
| 360 | 23 Jun 2016 07:52:06 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 95 |
| 361 | 23 Jun 2016 07:52:07 | Safe | C1: 25' Standard C2: 25' Standard | 4 | 28 | 95 |
| 362 | 24 Jun 2016 07:55:13 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 95 |
| 363 | 24 Jun 2016 07:55:16 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 95 |
| 364 | 24 Jun 2016 07:55:17 | Safe | C1: 25' Standard C2: 25' Standard | 4 | 27 | 95 |
| 365 | 27 Jun 2016 08:26:09 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 95 |
| 366 | 27 Jun 2016 08:26:13 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 95 |
| 367 | 27 Jun 2016 08:26:14 | Safe | C1: 25' Standard C2: 25' Standard | 5 | 27 | 95 |
| 368 | 28 Jun 2016 08:57:44 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 95 |
| 369 | 28 Jun 2016 08:57:47 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 95 |
| 370 | 28 Jun 2016 08:57:48 | Safe | C1: 25' Standard C2: 25' Standard | 4 | 28 | 95 |
| 371 | 06 Jul 2016 08:28:17 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 95 |
| 372 | 06 Jul 2016 08:28:20 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 95 |
| 373 | 06 Jul 2016 08:28:20 | Safe | C1: 25' Standard C2: 25' Standard | 3 | 27 | 95 |
| 374 | 08 Jul 2016 08:28:15 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 95 |
| 375 | 08 Jul 2016 08:28:17 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 95 |
| 376 | 08 Jul 2016 08:28:18 | Safe | C1: 25' Standard C2: 25' Standard | 3 | 27 | 95 |
| 377 | 12 Jul 2016 07:24:20 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 95 |
| 378 | 12 Jul 2016 07:24:23 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 95 |
| 379 | 12 Jul 2016 07:24:24 | Safe | C1: 25' Standard C2: 25' Standard | 4 | 28 | 95 |

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Cartridge Info [Bay: length in feet/status] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|---|
| 380 | 13 Jul 2016 08:21:52 | Armed | C1: 25' Standard C2: 25' Standard | | 28 | 95 |
| 381 | 13 Jul 2016 08:21:54 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 95 |
| 382 | 13 Jul 2016 08:21:55 | Safe | C1: 25' Standard C2: 25' Standard | 3 | 28 | 95 |
| 383 | 14 Jul 2016 08:28:26 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 95 |
| 384 | 14 Jul 2016 08:28:28 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 95 |
| 385 | 14 Jul 2016 08:28:29 | Safe | C1: 25' Standard C2: 25' Standard | 3 | 27 | 95 |
| 386 | 18 Jul 2016 08:29:11 | Armed | C1: 25' Standard C2: 25' Standard | | 28 | 95 |
| 387 | 18 Jul 2016 08:29:14 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 95 |
| 388 | 18 Jul 2016 08:29:15 | Safe | C1: 25' Standard C2: 25' Standard | 4 | 27 | 95 |
| 389 | 20 Jul 2016 08:30:02 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 95 |
| 390 | 20 Jul 2016 08:30:04 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 95 |
| 391 | 20 Jul 2016 08:30:05 | Safe | C1: 25' Standard C2: 25' Standard | 3 | 28 | 95 |
| 392 | 21 Jul 2016 08:59:23 | Armed | C1: 25' Standard C2: 25' Standard | | 28 | 95 |
| 393 | 21 Jul 2016 08:59:29 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 95 |
| 394 | 21 Jul 2016 08:59:29 | Safe | C1: 25' Standard C2: 25' Standard | 6 | 28 | 95 |
| 395 | 25 Jul 2016 07:57:40 | Armed | C1: 25' Standard C2: 25' Standard | | 28 | 95 |
| 396 | 25 Jul 2016 07:57:43 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 95 |
| 397 | 25 Jul 2016 07:57:44 | Safe | C1: 25' Standard C2: 25' Standard | 4 | 28 | 95 |
| 398 | 01 Aug 2016 08:27:11 | Armed | C1: 25' Standard C2: 25' Standard | | 28 | 95 |
| 399 | 01 Aug 2016 08:27:16 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 95 |
| 400 | 01 Aug 2016 08:27:17 | Safe | C1: 25' Standard C2: 25' Standard | 6 | 28 | 95 |
| 401 | 04 Aug 2016 08:25:31 | Armed | C1: 25' Standard C2: 25' Standard | | 28 | 95 |
| 402 | 04 Aug 2016 08:25:33 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 95 |
| 403 | 04 Aug 2016 08:25:34 | Safe | C1: 25' Standard C2: 25' Standard | 3 | 28 | 95 |
| 404 | 08 Aug 2016 08:00:59 | Armed | C1: 25' Standard C2: 25' Standard | | 26 | 95 |
| 405 | 08 Aug 2016 08:01:02 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 95 |
| 406 | 08 Aug 2016 08:01:02 | Safe | C1: 25' Standard C2: 25' Standard | 3 | 26 | 95 |
| 407 | 10 Aug 2016 06:53:56 | Armed | C1: 25' Standard C2: 25' Standard | | 26 | 95 |
| 408 | 10 Aug 2016 06:54:00 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 95 |
| 409 | 10 Aug 2016 06:54:02 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 95 |

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Cartridge Info [Bay: length in feet/status] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|---|
| 410 | 10 Aug 2016 06:54:04 | Safe | C1: 25' Standard C2: 25' Standard | 8 | 26 | 95 |
| 411 | 11 Aug 2016 08:25:52 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 95 |
| 412 | 11 Aug 2016 08:25:54 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 95 |
| 413 | 11 Aug 2016 08:25:55 | Safe | C1: 25' Standard C2: 25' Standard | 3 | 27 | 95 |
| 414 | 12 Aug 2016 08:27:13 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 95 |
| 415 | 12 Aug 2016 08:27:16 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 95 |
| 416 | 12 Aug 2016 08:27:17 | Safe | C1: 25' Standard C2: 25' Standard | 4 | 27 | 95 |
| 417 | 16 Aug 2016 12:38:43 | Armed | C1: 25' Standard C2: 25' Standard | | 30 | 95 |
| 418 | 16 Aug 2016 12:38:44 | Safe | C1: 25' Standard C2: 25' Standard | 1 | 31 | 95 |
| 419 | 18 Aug 2016 09:03:24 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 95 |
| 420 | 18 Aug 2016 09:03:28 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 95 |
| 421 | 18 Aug 2016 09:03:30 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 95 |
| 422 | 18 Aug 2016 09:03:31 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 95 |
| 423 | 18 Aug 2016 09:03:34 | Safe | C1: 25' Standard C2: 25' Standard | 10 | 28 | 95 |
| 424 | 19 Aug 2016 15:32:05 | Armed | C1: 25' Standard C2: 25' Standard | | 32 | 95 |
| 425 | 19 Aug 2016 15:32:05 | Safe | C1: 25' Standard C2: 25' Standard | 0 | 33 | 95 |
| 426 | 22 Aug 2016 08:45:38 | Armed | C1: 25' Standard C2: 25' Standard | | 29 | 95 |
| 427 | 22 Aug 2016 08:45:42 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 95 |
| 428 | 22 Aug 2016 08:45:43 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 95 |
| 429 | 22 Aug 2016 08:45:44 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 95 |
| 430 | 22 Aug 2016 08:45:45 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 95 |
| 431 | 22 Aug 2016 08:45:47 | Safe | C1: 25' Standard C2: 25' Standard | 9 | 30 | 95 |
| 432 | 23 Aug 2016 08:27:46 | Armed | C1: 25' Standard C2: 25' Standard | | 28 | 95 |
| 433 | 23 Aug 2016 08:27:49 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 95 |
| 434 | 23 Aug 2016 08:27:50 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 95 |
| 435 | 23 Aug 2016 08:27:51 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 95 |
| 436 | 23 Aug 2016 08:27:52 | Safe | C1: 25' Standard C2: 25' Standard | 6 | 28 | 95 |
| 437 | 24 Aug 2016 07:31:41 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 95 |
| 438 | 24 Aug 2016 07:31:43 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 95 |
| 439 | 24 Aug 2016 07:31:52 | Safe | C1: 25' Standard C2: 25' Standard | 11 | 28 | 95 |

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Cartridge Info [Bay: length in feet/ status] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|---|
| 440 | 24 Aug 2016 07:32:21 | Armed | C1: 25' Standard C2: 25' Standard | | 28 | 95 |
| 441 | 24 Aug 2016 07:32:23 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 95 |
| 442 | 24 Aug 2016 07:32:24 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 95 |
| 443 | 24 Aug 2016 07:32:25 | Safe | C1: 25' Standard C2: 25' Standard | 4 | 27 | 95 |
| 444 | 24 Aug 2016 07:34:34 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 95 |
| 445 | 24 Aug 2016 07:34:39 | Safe | C1: 25' Standard C2: 25' Standard | 5 | 27 | 95 |
| 446 | 24 Aug 2016 07:35:48 | Armed | C1: 25' Standard C2: 25' Standard | | 28 | 95 |
| 447 | 24 Aug 2016 07:35:51 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 95 |
| 448 | 24 Aug 2016 07:35:53 | Safe | C1: 25' Standard C2: 25' Standard | 5 | 28 | 95 |
| 449 | 25 Aug 2016 07:58:51 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 95 |
| 450 | 25 Aug 2016 07:58:56 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 95 |
| 451 | 25 Aug 2016 07:58:57 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 95 |
| 452 | 25 Aug 2016 07:58:58 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 95 |
| 453 | 25 Aug 2016 07:59:01 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 95 |
| 454 | 25 Aug 2016 07:59:02 | Safe | C1: 25' Standard C2: 25' Standard | 11 | 28 | 95 |
| 455 | 25 Aug 2016 19:26:27 | Armed | C1: 25' Standard C2: 25' Standard | | 32 | 95 |
| 456 | 25 Aug 2016 19:26:28 | Safe | C1: 25' Standard C2: 25' Standard | 1 | 32 | 95 |
| 457 | 29 Aug 2016 07:31:02 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 95 |
| 458 | 29 Aug 2016 07:31:03 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 95 |
| 459 | 29 Aug 2016 07:31:04 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 95 |
| 460 | 29 Aug 2016 07:31:04 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 95 |
| 461 | 29 Aug 2016 07:31:06 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 94 |
| 462 | 29 Aug 2016 07:31:08 | Safe | C1: 25' Standard C2: 25' Standard | 6 | 28 | 94 |
| 463 | 30 Aug 2016 10:39:20 | Armed | C1: 25' Standard C2: 25' Standard | | 31 | 94 |
| 464 | 30 Aug 2016 10:39:22 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 94 |
| 465 | 30 Aug 2016 10:39:28 | Safe | C1: 25' Standard C2: 25' Standard | 8 | 32 | 94 |
| 466 | 31 Aug 2016 08:28:52 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 94 |
| 467 | 31 Aug 2016 08:28:54 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 94 |
| 468 | 31 Aug 2016 08:28:55 | Safe | C1: 25' Standard C2: 25' Standard | 3 | 27 | 94 |
| 469 | 01 Sep 2016 07:56:23 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 94 |

| Seq # | Local Time<br>[DD:MM:YYYY hh:mm:ss] | Event<br>[Event Type] | Cartridge Info<br>[Bay: length in feet/ status] | Duration<br>[Seconds] | Temp<br>[Degrees Celsius] | Batt Remaining<br>[%] |
|---|---|---|---|---|---|---|
| 470 | 01 Sep 2016 07:56:26 | Arc | C1: 25' Standard<br>C2: 25' Standard | 1 | | 94 |
| 471 | 01 Sep 2016 07:56:27 | Safe | C1: 25' Standard<br>C2: 25' Standard | 4 | 27 | 94 |
| 472 | 02 Sep 2016 12:52:02 | Armed | C1: 25' Standard<br>C2: 25' Standard | | 31 | 94 |
| 473 | 02 Sep 2016 12:52:05 | Arc | C1: 25' Standard<br>C2: 25' Standard | 1 | | 94 |
| 474 | 02 Sep 2016 12:52:07 | Safe | C1: 25' Standard<br>C2: 25' Standard | 5 | 31 | 94 |
| 475 | 06 Sep 2016 08:34:57 | Armed | C1: 25' Standard<br>C2: 25' Standard | | 27 | 94 |
| 476 | 06 Sep 2016 08:35:00 | Arc | C1: 25' Standard<br>C2: 25' Standard | 1 | | 94 |
| 477 | 06 Sep 2016 08:35:02 | Safe | C1: 25' Standard<br>C2: 25' Standard | 5 | 27 | 94 |
| 478 | 07 Sep 2016 07:21:31 | Armed | C1: 25' Standard<br>C2: 25' Standard | | 27 | 94 |
| 479 | 07 Sep 2016 07:21:34 | Arc | C1: 25' Standard<br>C2: 25' Standard | 1 | | 94 |
| 480 | 07 Sep 2016 07:21:35 | Safe | C1: 25' Standard<br>C2: 25' Standard | 4 | 27 | 94 |
| 481 | 08 Sep 2016 07:56:24 | Armed | C1: 25' Standard<br>C2: 25' Standard | | 27 | 94 |
| 482 | 08 Sep 2016 07:56:26 | Arc | C1: 25' Standard<br>C2: 25' Standard | 1 | | 94 |
| 483 | 08 Sep 2016 07:56:27 | Safe | C1: 25' Standard<br>C2: 25' Standard | 3 | 27 | 94 |
| 484 | 09 Sep 2016 12:32:01 | Armed | C1: 25' Standard<br>C2: 25' Standard | | 32 | 94 |
| 485 | 09 Sep 2016 12:32:04 | Safe | C1: 25' Standard<br>C2: 25' Standard | 3 | 32 | 94 |
| 486 | 12 Sep 2016 07:23:24 | Armed | C1: 25' Standard<br>C2: 25' Standard | | 27 | 94 |
| 487 | 12 Sep 2016 07:23:27 | Arc | C1: 25' Standard<br>C2: 25' Standard | 1 | | 94 |
| 488 | 12 Sep 2016 07:23:29 | Safe | C1: 25' Standard<br>C2: 25' Standard | 5 | 27 | 94 |
| 489 | 13 Sep 2016 08:29:32 | Armed | C1: 25' Standard<br>C2: 25' Standard | | 27 | 94 |
| 490 | 13 Sep 2016 08:29:33 | Arc | C1: 25' Standard<br>C2: 25' Standard | 1 | | 94 |
| 491 | 13 Sep 2016 08:29:34 | Safe | C1: 25' Standard<br>C2: 25' Standard | 2 | 27 | 94 |
| 492 | 15 Sep 2016 12:31:47 | Armed | C1: 25' Standard<br>C2: 25' Standard | | 30 | 94 |
| 493 | 15 Sep 2016 12:31:49 | Safe | C1: 25' Standard<br>C2: 25' Standard | 2 | 30 | 94 |
| 494 | 16 Sep 2016 15:07:47 | Armed | C1: 25' Standard<br>C2: 25' Standard | | 30 | 94 |
| 495 | 16 Sep 2016 15:07:48 | Safe | C1: 25' Standard<br>C2: 25' Standard | 1 | 29 | 94 |
| 496 | 20 Sep 2016 07:54:39 | Armed | C1: 25' Standard<br>C2: 25' Standard | | 28 | 94 |
| 497 | 20 Sep 2016 07:54:41 | Safe | C1: 25' Standard<br>C2: 25' Standard | 2 | 27 | 94 |
| 498 | 20 Sep 2016 07:54:43 | Armed | C1: 25' Standard<br>C2: 25' Standard | | 27 | 94 |
| 499 | 20 Sep 2016 07:54:45 | Arc | C1: 25' Standard<br>C2: 25' Standard | 1 | | 94 |

LC DA

LC0085

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Cartridge Info [Bay: length in feet/status] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|---|
| 500 | 20 Sep 2016 07:54:46 | Safe | C1: 25' Standard C2: 25' Standard | 3 | 28 | 94 |
| 501 | 21 Sep 2016 07:56:07 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 94 |
| 502 | 21 Sep 2016 07:56:09 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 94 |
| 503 | 21 Sep 2016 07:56:10 | Safe | C1: 25' Standard C2: 25' Standard | 3 | 27 | 94 |
| 504 | 22 Sep 2016 07:56:21 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 94 |
| 505 | 22 Sep 2016 07:56:23 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 94 |
| 506 | 22 Sep 2016 07:56:24 | Safe | C1: 25' Standard C2: 25' Standard | 3 | 27 | 94 |
| 507 | 23 Sep 2016 06:59:49 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 94 |
| 508 | 23 Sep 2016 06:59:54 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 94 |
| 509 | 23 Sep 2016 06:59:55 | Safe | C1: 25' Standard C2: 25' Standard | 6 | 26 | 94 |
| 510 | 26 Sep 2016 08:28:55 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 94 |
| 511 | 26 Sep 2016 08:28:57 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 94 |
| 512 | 26 Sep 2016 08:28:58 | Safe | C1: 25' Standard C2: 25' Standard | 3 | 27 | 94 |
| 513 | 29 Sep 2016 07:03:49 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 94 |
| 514 | 29 Sep 2016 07:03:51 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 94 |
| 515 | 29 Sep 2016 07:03:52 | Safe | C1: 25' Standard C2: 25' Standard | 3 | 27 | 94 |
| 516 | 30 Sep 2016 08:37:47 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 94 |
| 517 | 30 Sep 2016 08:37:50 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 94 |
| 518 | 30 Sep 2016 08:37:51 | Safe | C1: 25' Standard C2: 25' Standard | 4 | 27 | 94 |
| 519 | 03 Oct 2016 08:38:48 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 94 |
| 520 | 03 Oct 2016 08:38:51 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 94 |
| 521 | 03 Oct 2016 08:38:52 | Safe | C1: 25' Standard C2: 25' Standard | 4 | 28 | 94 |
| 522 | 04 Oct 2016 07:55:00 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 94 |
| 523 | 04 Oct 2016 07:55:03 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 94 |
| 524 | 04 Oct 2016 07:55:04 | Safe | C1: 25' Standard C2: 25' Standard | 4 | 26 | 94 |
| 525 | 11 Oct 2016 07:01:04 | Armed | C1: 25' Standard C2: 25' Standard | | 26 | 94 |
| 526 | 11 Oct 2016 07:01:07 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 94 |
| 527 | 11 Oct 2016 07:01:07 | Safe | C1: 25' Standard C2: 25' Standard | 3 | 27 | 94 |
| 528 | 13 Oct 2016 08:02:45 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 94 |
| 529 | 13 Oct 2016 08:02:48 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | |

LC DA

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Cartridge Info [Bay: length in feet/status] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|---|
| 530 | 13 Oct 2016 08:02:49 | Safe | C1: 25' Standard C2: 25' Standard | 4 | 27 | 94 |
| 531 | 14 Oct 2016 08:30:29 | Armed | C1: 25' Standard C2: 25' Standard | | 26 | 94 |
| 532 | 14 Oct 2016 08:30:31 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 94 |
| 533 | 14 Oct 2016 08:30:32 | Safe | C1: 25' Standard C2: 25' Standard | 3 | 27 | 94 |
| 534 | 18 Oct 2016 08:31:11 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 94 |
| 535 | 18 Oct 2016 08:31:15 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 94 |
| 536 | 18 Oct 2016 08:31:16 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 94 |
| 537 | 18 Oct 2016 08:31:17 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 94 |
| 538 | 18 Oct 2016 08:31:19 | Safe | C1: 25' Standard C2: 25' Standard | 8 | 27 | 94 |
| 539 | 19 Oct 2016 07:26:49 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 94 |
| 540 | 19 Oct 2016 07:26:53 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 94 |
| 541 | 19 Oct 2016 07:26:56 | Safe | C1: 25' Standard C2: 25' Standard | 7 | 27 | 94 |
| 542 | 24 Oct 2016 08:02:47 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 94 |
| 543 | 24 Oct 2016 08:02:52 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 94 |
| 544 | 24 Oct 2016 08:02:52 | Safe | C1: 25' Standard C2: 25' Standard | 5 | 27 | 94 |
| 545 | 25 Oct 2016 08:32:18 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 94 |
| 546 | 25 Oct 2016 08:32:23 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 94 |
| 547 | 25 Oct 2016 08:32:25 | Safe | C1: 25' Standard C2: 25' Standard | 7 | 28 | 94 |
| 548 | 27 Oct 2016 13:16:09 | Armed | C1: 25' Standard C2: 25' Standard | | 31 | 94 |
| 549 | 27 Oct 2016 13:16:12 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 94 |
| 550 | 27 Oct 2016 13:16:16 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 94 |
| 551 | 27 Oct 2016 13:16:17 | Safe | C1: 25' Standard C2: 25' Standard | 8 | 32 | 94 |
| 552 | 28 Oct 2016 08:02:13 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 94 |
| 553 | 28 Oct 2016 08:02:16 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 94 |
| 554 | 28 Oct 2016 08:02:18 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 94 |
| 555 | 28 Oct 2016 08:02:19 | Safe | C1: 25' Standard C2: 25' Standard | 6 | 28 | 94 |
| 556 | 01 Nov 2016 08:37:36 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 94 |
| 557 | 01 Nov 2016 08:37:39 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 94 |
| 558 | 01 Nov 2016 08:37:40 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 94 |
| 559 | 01 Nov 2016 08:37:41 | Safe | C1: 25' Standard C2: 25' Standard | 5 | 27 | 94 |

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Cartridge Info [Bay: length in feet/status] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|---|
| 560 | 02 Nov 2016 08:04:27 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 94 |
| 561 | 02 Nov 2016 08:04:31 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 94 |
| 562 | 02 Nov 2016 08:04:33 | Safe | C1: 25' Standard C2: 25' Standard | 6 | 27 | 94 |
| 563 | 10 Nov 2016 23:16:03 | Armed | C1: 25' Standard C2: 25' Standard | | 25 | 94 |
| 564 | 10 Nov 2016 23:16:04 | Safe | C1: 25' Standard C2: 25' Standard | 1 | 25 | 94 |
| 565 | 12 Nov 2016 22:57:54 | Armed | C1: 25' Standard C2: 25' Standard | | 24 | 94 |
| 566 | 12 Nov 2016 22:57:55 | Safe | C1: 25' Standard C2: 25' Standard | 1 | 24 | 94 |
| 567 | 16 Nov 2016 08:32:19 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 94 |
| 568 | 16 Nov 2016 08:32:21 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 94 |
| 569 | 16 Nov 2016 08:32:22 | Safe | C1: 25' Standard C2: 25' Standard | 3 | 27 | 94 |
| 570 | 17 Nov 2016 08:26:53 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 94 |
| 571 | 17 Nov 2016 08:26:55 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 94 |
| 572 | 17 Nov 2016 08:26:58 | Safe | C1: 25' Standard C2: 25' Standard | 5 | 27 | 94 |
| 573 | 17 Nov 2016 08:27:00 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 94 |
| 574 | 17 Nov 2016 08:27:06 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 94 |
| 575 | 17 Nov 2016 08:27:09 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 94 |
| 576 | 17 Nov 2016 08:27:11 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 94 |
| 577 | 17 Nov 2016 08:27:13 | Safe | C1: 25' Standard C2: 25' Standard | 13 | 29 | 94 |
| 578 | 17 Nov 2016 08:27:33 | Armed | C1: 25' Standard C2: 25' Standard | | 28 | 94 |
| 579 | 17 Nov 2016 08:27:35 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 94 |
| 580 | 17 Nov 2016 08:27:37 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 94 |
| 581 | 17 Nov 2016 08:27:39 | Safe | C1: 25' Standard C2: 25' Standard | 6 | 29 | 93 |
| 582 | 17 Nov 2016 12:40:41 | Armed | C1: 25' Standard C2: 25' Standard | | 30 | 93 |
| 583 | 17 Nov 2016 12:40:42 | Safe | C1: 25' Standard C2: 25' Standard | 1 | 31 | 93 |
| 584 | 17 Nov 2016 15:06:33 | Armed | C1: 25' Standard C2: 25' Standard | | 31 | 93 |
| 585 | 17 Nov 2016 15:06:36 | Safe | C1: 25' Standard C2: 25' Standard | 3 | 32 | 93 |
| 586 | 17 Nov 2016 15:06:36 | Armed | C1: 25' Standard C2: 25' Standard | | 31 | 93 |
| 587 | 17 Nov 2016 15:06:37 | Safe | C1: 25' Standard C2: 25' Standard | 1 | 31 | 93 |
| 588 | 28 Nov 2016 07:33:06 | Armed | C1: 25' Standard C2: 25' Standard | | 30 | 93 |
| 589 | 28 Nov 2016 07:33:15 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 93 |

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Cartridge Info [Bay: length in feet/status] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|---|
| 590 | 28 Nov 2016 07:33:18 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 93 |
| 591 | 28 Nov 2016 07:33:19 | Safe | C1: 25' Standard C2: 25' Standard | 13 | 30 | 93 |
| 592 | 28 Nov 2016 07:42:51 | Armed | C1: 25' Standard C2: 25' Standard | | 30 | 93 |
| 593 | 28 Nov 2016 07:42:52 | Safe | C1: 25' Standard C2: 25' Standard | 1 | 30 | 93 |
| 594 | 28 Nov 2016 12:51:21 | Armed | C1: 25' Standard C2: 25' Standard | | 29 | 93 |
| 595 | 28 Nov 2016 12:51:22 | Safe | C1: 25' Standard C2: 25' Standard | 1 | 29 | 93 |
| 596 | 30 Nov 2016 07:48:10 | Armed | C1: 25' Standard C2: 25' Standard | | 30 | 93 |
| 597 | 30 Nov 2016 07:48:17 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 93 |
| 598 | 30 Nov 2016 07:48:20 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 93 |
| 599 | 30 Nov 2016 07:48:22 | Safe | C1: 25' Standard C2: 25' Standard | 12 | 30 | 93 |
| 600 | 02 Dec 2016 11:27:41 | Armed | C1: 25' Standard C2: 25' Standard | | 22 | 93 |
| 601 | 02 Dec 2016 11:27:42 | Safe | C1: 25' Standard C2: 25' Standard | 1 | 22 | 93 |
| 602 | 02 Dec 2016 12:34:11 | Armed | C1: 25' Standard C2: 25' Standard | | 28 | 93 |
| 603 | 02 Dec 2016 12:34:13 | Safe | C1: 25' Standard C2: 25' Standard | 2 | 28 | 93 |
| 604 | 02 Dec 2016 15:46:45 | Armed | C1: 25' Standard C2: 25' Standard | | 31 | 93 |
| 605 | 02 Dec 2016 15:46:46 | Safe | C1: 25' Standard C2: 25' Standard | 1 | 31 | 93 |
| 606 | 06 Dec 2016 08:06:08 | Armed | C1: 25' Standard C2: 25' Standard | | 26 | 93 |
| 607 | 06 Dec 2016 08:06:10 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 93 |
| 608 | 06 Dec 2016 08:06:11 | Safe | C1: 25' Standard C2: 25' Standard | 3 | 26 | 93 |
| 609 | 13 Dec 2016 03:49:02 | Armed | C1: 25' Standard C2: 25' Standard | | 29 | 93 |
| 610 | 13 Dec 2016 03:49:04 | Safe | C1: 25' Standard C2: 25' Standard | 2 | 29 | 93 |
| 611 | 14 Dec 2016 01:24:24 | Armed | C1: 25' Standard C2: 25' Standard | | 25 | 93 |
| 612 | 14.Dec 2016 01:24:25 | Safe | C1: 25' Standard C2: 25' Standard | 1 | 25 | 93 |
| 613 | 21 Dec 2016 07:39:23 | Armed | C1: 25' Standard C2: 25' Standard | | 26 | 93 |
| 614 | 21 Dec 2016 07:39:26 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 93 |
| 615 | 21 Dec 2016 07:39:27 | Safe | C1: 25' Standard C2: 25' Standard | 4 | 26 | 93 |
| 616 | 21 Dec 2016 12:42:44 | Armed | C1: 25' Standard C2: 25' Standard | | 31 | 93 |
| 617 | 21 Dec 2016 12:42:45 | Safe | C1: 25' Standard C2: 25' Standard | 1 | 32 | 93 |
| 618 | 22 Dec 2016 08:33:36 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 93 |
| 619 | 22 Dec 2016 08:33:41 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 93 |

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Cartridge Info [Bay: length in feet/status] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|---|
| 620 | 22 Dec 2016 08:33:45 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 93 |
| 621 | 22 Dec 2016 08:33:47 | Safe | C1: 25' Standard C2: 25' Standard | 11 | 27 | 93 |
| 622 | 22 Dec 2016 15:30:58 | Armed | C1: 25' Standard C2: 25' Standard | | 28 | 93 |
| 623 | 22 Dec 2016 15:30:59 | Safe | C1: 25' Standard C2: 25' Standard | 1 | 28 | 93 |
| 624 | 23 Dec 2016 07:30:04 | Armed | C1: 25' Standard C2: 25' Standard | | 26 | 93 |
| 625 | 23 Dec 2016 07:30:05 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 93 |
| 626 | 23 Dec 2016 07:30:07 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 93 |
| 627 | 23 Dec 2016 07:30:09 | Safe | C1: 25' Standard C2: 25' Standard | 5 | 27 | 93 |
| 628 | 23 Dec 2016 08:47:09 | Armed | C1: 25' Standard C2: 25' Standard | | 30 | 93 |
| 629 | 23 Dec 2016 08:47:13 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 93 |
| 630 | 23 Dec 2016 08:47:16 | Safe | C1: 25' Standard C2: 25' Standard | 7 | 30 | 93 |
| 631 | 23 Dec 2016 10:36:30 | Armed | C1: Deployed C2: Deployed | | 31 | 93 |
| 632 | 23 Dec 2016 10:36:31 | Trigger | C1: Deployed | 2 | | 93 |
| 633 | 23 Dec 2016 10:36:32 | Safe | C1: Deployed C2: Deployed | 2 | 31 | 93 |
| 634 | 23 Dec 2016 10:37:13 | Armed | C1: Deployed C2: Deployed | | 31 | 93 |
| 635 | 23 Dec 2016 10:37:13 | Safe | C1: Deployed C2: Deployed | 0 | 31 | 93 |
| 636 | 23 Dec 2016 10:37:26 | Armed | C1: Deployed C2: Deployed | | 31 | 93 |
| 637 | 23 Dec 2016 10:37:27 | Trigger | C1: Deployed | 5 | | 93 |
| 638 | 23 Dec 2016 10:37:36 | Safe | C1: Deployed C2: Deployed | 10 | 32 | 93 |
| 639 | 23 Dec 2016 10:39:24 | Armed | C1: Deployed C2: Deployed | | 32 | 93 |
| 640 | 23 Dec 2016 10:39:26 | Arc | C1: Deployed C2: Deployed | 1 | | 93 |
| 641 | 23 Dec 2016 10:39:28 | Arc | C1: Deployed C2: Deployed | 1 | | 93 |
| 642 | 23 Dec 2016 10:39:38 | Arc | C1: Deployed C2: Deployed | 1 | | 93 |
| 643 | 23 Dec 2016 10:39:41 | Safe | C1: Deployed C2: Deployed | 17 | 33 | 92 |
| 644 | 23 Dec 2016 10:39:49 | Armed | C1: Deployed C2: Deployed | | 33 | 92 |
| 645 | 23 Dec 2016 10:39:50 | Arc | C1: Deployed C2: Deployed | 1 | | 92 |
| 646 | 23 Dec 2016 10:39:52 | Safe | C1: Deployed C2: Deployed | 3 | 33 | 92 |
| 647 | 23 Dec 2016 10:41:16 | Armed | C1: Deployed C2: Deployed | | 33 | 92 |
| 648 | 23 Dec 2016 10:41:18 | Arc | C1: Deployed C2: Deployed | 1 | | 92 |
| 649 | 23 Dec 2016 10:41:19 | Safe | C1: Deployed C2: Deployed | 3 | 32 | 92 |

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Cartridge Info [Bay: length in feet/status] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|---|
| 650 | 23 Dec 2016 10:41:54 | Armed | C1: Deployed C2: Deployed | | 32 | 92 |
| 651 | 23 Dec 2016 10:41:54 | Trigger | C1: Deployed | 5 | | 92 |
| 652 | 23 Dec 2016 10:42:02 | Safe | C1: Deployed C2: Deployed | 8 | 33 | 92 |
| 653 | 23 Dec 2016 10:42:14 | Armed | C1: Deployed C2: Deployed | | 33 | 92 |
| 654 | 23 Dec 2016 10:42:18 | Arc | C1: Deployed C2: Deployed | 1 | | 92 |
| 655 | 23 Dec 2016 10:42:20 | Arc | C1: Deployed C2: Deployed | 1 | | 92 |
| 656 | 23 Dec 2016 10:42:24 | Arc | C1: Deployed C2: Deployed | 1 | | 92 |
| 657 | 23 Dec 2016 10:42:29 | Safe | C1: Deployed C2: Deployed | 15 | 33 | 92 |
| 658 | 23 Dec 2016 10:42:47 | Armed | C1: Deployed C2: Deployed | | 33 | 92 |
| 659 | 23 Dec 2016 10:42:48 | Trigger | C1: Deployed | 5 | | 92 |
| 660 | 23 Dec 2016 10:42:53 | Safe | C1: Deployed C2: Deployed | 6 | 33 | 92 |
| 661 | 23 Dec 2016 10:42:58 | Armed | C1: Deployed C2: Deployed | | 34 | 92 |
| 662 | 23 Dec 2016 10:43:00 | Arc | C1: Deployed C2: Deployed | 1 | | 92 |
| 663 | 23 Dec 2016 10:43:01 | Arc | C1: Deployed C2: Deployed | 1 | | 92 |
| 664 | 23 Dec 2016 10:43:03 | Safe | C1: Deployed C2: Deployed | 5 | 34 | 92 |
| 665 | 23 Dec 2016 10:51:11 | Armed | C1: Deployed C2: Deployed | | 32 | 92 |
| 666 | 23 Dec 2016 10:51:11 | Trigger | C1: Deployed | 5 | | 92 |
| 667 | 23 Dec 2016 10:51:17 | Safe | C1: Deployed C2: Deployed | 6 | 33 | 92 |
| 668 | 23 Dec 2016 10:51:27 | Armed | C1: Deployed C2: Deployed | | 33 | 92 |
| 669 | 23 Dec 2016 10:51:27 | Trigger | C1: Deployed | 5 | | 92 |
| 670 | 23 Dec 2016 10:51:33 | Safe | C1: Deployed C2: Deployed | 6 | 33 | 92 |
| 671 | 23 Dec 2016 10:51:41 | Armed | C1: Deployed C2: Deployed | | 33 | 92 |
| 672 | 23 Dec 2016 10:51:41 | Trigger | C1: Deployed | 5 | | 92 |
| 673 | 23 Dec 2016 10:51:47 | Safe | C1: Deployed C2: Deployed | 6 | 33 | 91 |
| 674 | 23 Dec 2016 10:51:57 | Armed | C1: Deployed C2: Deployed | | 34 | 91 |
| 675 | 23 Dec 2016 10:51:57 | Trigger | C1: Deployed | 5 | | 91 |
| 676 | 23 Dec 2016 10:52:06 | Safe | C1: Deployed C2: Deployed | 9 | 34 | 91 |
| 677 | 23 Dec 2016 10:52:39 | Armed | C1: Deployed C2: Deployed | | 33 | 91 |
| 678 | 23 Dec 2016 10:52:58 | Safe | C1: Deployed C2: Deployed | 19 | 34 | 91 |
| 679 | 23 Dec 2016 10:52:59 | Armed | C1: Deployed C2: Deployed | | 34 | 91 |

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Cartridge Info [Bay: length in feet/status] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|---|
| 680 | 23 Dec 2016 10:53:13 | Safe | C1: Deployed C2: Deployed | 14 | 35 | 91 |
| 681 | 23 Dec 2016 10:53:17 | Armed | C1: Deployed C2: Deployed | | 35 | 91 |
| 682 | 23 Dec 2016 10:53:25 | Safe | C1: Deployed C2: Deployed | 8 | 35 | 91 |
| 683 | 23 Dec 2016 10:53:33 | Armed | C1: Deployed C2: Deployed | | 35 | 91 |
| 684 | 23 Dec 2016 10:53:44 | Safe | C1: Deployed C2: Deployed | 11 | 35 | 91 |
| 685 | 23 Dec 2016 10:55:52 | Armed | C1: 15' Standard C2: 15' Standard | | 32 | 91 |
| 686 | 23 Dec 2016 10:55:55 | Trigger | C1: Deployed | 5 | | 91 |
| 687 | 23 Dec 2016 10:56:03 | Trigger | C2: Deployed | 5 | | 91 |
| 688 | 23 Dec 2016 10:56:10 | Arc | C1: Deployed C2: Deployed | 1 | | 91 |
| 689 | 23 Dec 2016 10:56:12 | Trigger | C2: Deployed | 5 | | 91 |
| 690 | 23 Dec 2016 10:56:18 | Arc | C1: Deployed C2: Deployed | 1 | | 91 |
| 691 | 23 Dec 2016 10:56:19 | Arc | C1: Deployed C2: Deployed | 1 | | 91 |
| 692 | 23 Dec 2016 10:56:20 | Trigger | C2: Deployed | 5 | | 91 |
| 693 | 23 Dec 2016 10:56:27 | Arc | C1: Deployed C2: Deployed | 1 | | 90 |
| 694 | 23 Dec 2016 10:56:29 | Safe | C1: Deployed C2: Deployed | 37 | 36 | 90 |
| 695 | 23 Dec 2016 11:08:41 | Armed | C1: 25' Standard C2: 25' Standard | | 31 | 90 |
| 696 | 23 Dec 2016 11:08:42 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 90 |
| 697 | 23 Dec 2016 11:08:44 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 90 |
| 698 | 23 Dec 2016 11:08:45 | Safe | C1: 25' Standard C2: 25' Standard | 4 | 31 | 90 |
| 699 | 29 Dec 2016 08:34:54 | Armed | C1: 25' Standard C2: 25' Standard | | 26 | 90 |
| 700 | 29 Dec 2016 08:34:55 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 90 |
| 701 | 29 Dec 2016 08:34:56 | Safe | C1: 25' Standard C2: 25' Standard | 2 | 27 | 90 |
| 702 | 29 Dec 2016 11:32:03 | Armed | C1: 25' Standard C2: 25' Standard | | 30 | 90 |
| 703 | 29 Dec 2016 11:32:04 | Safe | C1: 25' Standard C2: 25' Standard | 1 | 31 | 90 |
| 704 | 30 Dec 2016 07:05:55 | Armed | C1: 25' Standard C2: 25' Standard | | 26 | 90 |
| 705 | 30 Dec 2016 07:05:57 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 90 |
| 706 | 30 Dec 2016 07:05:58 | Safe | C1: 25' Standard C2: 25' Standard | 3 | 26 | 90 |
| 707 | 11 Jan 2017 09:11:25 | Armed | C1: 25' Standard C2: 25' Standard | | 29 | 90 |
| 708 | 11 Jan 2017 09:11:27 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 90 |
| 709 | 11 Jan 2017 09:11:29 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 90 |

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Cartridge Info [Bay: length in feet/status] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|---|
| 710 | 11 Jan 2017 09:11:31 | Safe | C1: 25' Standard C2: 25' Standard | 6 | 29 | 90 |
| 711 | 12 Jan 2017 08:38:59 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 90 |
| 712 | 12 Jan 2017 08:39:01 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 90 |
| 713 | 12 Jan 2017 08:39:03 | Safe | C1: 25' Standard C2: 25' Standard | 4 | 28 | 90 |
| 714 | 23 Jan 2017 08:00:34 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 90 |
| 715 | 23 Jan 2017 08:00:38 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 90 |
| 716 | 23 Jan 2017 08:00:39 | Safe | C1: 25' Standard C2: 25' Standard | 5 | 27 | 90 |
| 717 | 26 Jan 2017 08:31:15 | Armed | C1: 25' Standard C2: 25' Standard | | 26 | 90 |
| 718 | 26 Jan 2017 08:31:17 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 90 |
| 719 | 26 Jan 2017 08:31:18 | Safe | C1: 25' Standard C2: 25' Standard | 3 | 27 | 90 |
| 720 | 27 Jan 2017 07:31:28 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 90 |
| 721 | 27 Jan 2017 07:31:32 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 90 |
| 722 | 27 Jan 2017 07:31:34 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 90 |
| 723 | 27 Jan 2017 07:31:36 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 90 |
| 724 | 27 Jan 2017 07:31:37 | Safe | C1: 25' Standard C2: 25' Standard | 9 | 27 | 90 |
| 725 | 06 Feb 2017 13:54:47 | Armed | C1: 25' Standard C2: 25' Standard | | 26 | 90 |
| 726 | 06 Feb 2017 13:54:50 | Safe | C1: 25' Standard C2: 25' Standard | 3 | 27 | 90 |
| 727 | 06 Feb 2017 13:54:52 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 90 |
| 728 | 06 Feb 2017 13:54:53 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 90 |
| 729 | 06 Feb 2017 13:54:54 | Safe | C1: 25' Standard C2: 25' Standard | 2 | 27 | 90 |
| 730 | 07 Feb 2017 05:01:13 | Armed | C1: 25' Standard C2: 25' Standard | | 26 | 90 |
| 731 | 07 Feb 2017 05:01:19 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 90 |
| 732 | 07 Feb 2017 05:01:20 | Safe | C1: 25' Standard C2: 25' Standard | 7 | 27 | 90 |
| 733 | 08 Feb 2017 07:59:16 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 90 |
| 734 | 08 Feb 2017 07:59:18 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 90 |
| 735 | 08 Feb 2017 07:59:19 | Safe | C1: 25' Standard C2: 25' Standard | 3 | 27 | 90 |
| 736 | 10 Feb 2017 08:34:39 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 90 |
| 737 | 10 Feb 2017 08:34:40 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 90 |
| 738 | 10 Feb 2017 08:34:41 | Safe | C1: 25' Standard C2: 25' Standard | 2 | 27 | 90 |
| 739 | 14 Feb 2017 08:34:27 | Armed | C1: 25' Standard C2: 25' Standard | | 28 | 90 |

| Seq # | Local Time<br>[DD:MM:YYYY hh:mm:ss] | Event<br>[Event Type] | Cartridge Info<br>[Bay: length in feet/ status] | Duration<br>[Seconds] | Temp<br>[Degrees Celsius] | Batt Remaining<br>[%] |
|---|---|---|---|---|---|---|
| 740 | 14 Feb 2017 08:34:33 | Arc | C1: 25' Standard<br>C2: 25' Standard | 1 | | 90 |
| 741 | 14 Feb 2017 08:34:34 | Safe | C1: 25' Standard<br>C2: 25' Standard | 7 | 28 | 90 |
| 742 | 15 Feb 2017 07:53:26 | Armed | C1: 25' Standard<br>C2: 25' Standard | | 27 | 90 |
| 743 | 15 Feb 2017 07:53:28 | Arc | C1: 25' Standard<br>C2: 25' Standard | 1 | | 90 |
| 744 | 15 Feb 2017 07:53:29 | Safe | C1: 25' Standard<br>C2: 25' Standard | 3 | 28 | 90 |
| 745 | 16 Feb 2017 07:59:35 | Armed | C1: 25' Standard<br>C2: 25' Standard | | 28 | 90 |
| 746 | 16 Feb 2017 07:59:37 | Safe | C1: 25' Standard<br>C2: 25' Standard | 2 | 28 | 90 |
| 747 | 16 Feb 2017 07:59:38 | Armed | C1: 25' Standard<br>C2: 25' Standard | | 27 | 90 |
| 748 | 16 Feb 2017 07:59:40 | Arc | C1: 25' Standard<br>C2: 25' Standard | 1 | | 90 |
| 749 | 16 Feb 2017 07:59:42 | Safe | C1: 25' Standard<br>C2: 25' Standard | 4 | 28 | 90 |
| 750 | 17 Feb 2017 08:35:54 | Armed | C1: 25' Standard<br>C2: 25' Standard | | 27 | 90 |
| 751 | 17 Feb 2017 08:35:57 | Arc | C1: 25' Standard<br>C2: 25' Standard | 1 | | 90 |
| 752 | 17 Feb 2017 08:35:59 | Safe | C1: 25' Standard<br>C2: 25' Standard | 5 | 28 | 90 |
| 753 | 27 Feb 2017 08:08:03 | Armed | C1: 25' Standard<br>C2: 25' Standard | | 20 | 90 |
| 754 | 27 Feb 2017 08:08:05 | Arc | C1: 25' Standard<br>C2: 25' Standard | 1 | | 90 |
| 755 | 27 Feb 2017 08:08:06 | Safe | C1: 25' Standard<br>C2: 25' Standard | 3 | 20 | 90 |
| 756 | 28 Feb 2017 08:33:01 | Armed | C1: 25' Standard<br>C2: 25' Standard | | 27 | 90 |
| 757 | 28 Feb 2017 08:33:04 | Arc | C1: 25' Standard<br>C2: 25' Standard | 1 | | 90 |
| 758 | 28 Feb 2017 08:33:05 | Safe | C1: 25' Standard<br>C2: 25' Standard | 4 | 26 | 90 |
| 759 | 01 Mar 2017 16:46:02 | Armed | C1: 25' Standard<br>C2: 25' Standard | | 30 | 90 |
| 760 | 01 Mar 2017 16:46:03 | Safe | C1: 25' Standard<br>C2: 25' Standard | 1 | 31 | 90 |
| 761 | 02 Mar 2017 08:33:50 | Armed | C1: 25' Standard<br>C2: 25' Standard | | 27 | 90 |
| 762 | 02 Mar 2017 08:33:54 | Arc | C1: 25' Standard<br>C2: 25' Standard | 1 | | 90 |
| 763 | 02 Mar 2017 08:33:55 | Safe | C1: 25' Standard<br>C2: 25' Standard | 5 | 26 | 90 |
| 764 | 03 Mar 2017 08:44:13 | USB Connected | | | | |
| 765 | 03 Mar 2017 08:37:44 | Time Sync | 03 Mar 2017 08:44:14 to 03 Mar 2017 08:37:44 | | | |
| 766 | 06 Mar 2017 07:56:59 | Armed | C1: 25' Standard<br>C2: 25' Standard | | 27 | 90 |
| 767 | 06 Mar 2017 07:57:03 | Arc | C1: 25' Standard<br>C2: 25' Standard | 1 | | 90 |
| 768 | 06 Mar 2017 07:57:05 | Safe | C1: 25' Standard<br>C2: 25' Standard | 6 | 26 | 89 |
| 769 | 07 Mar 2017 07:57:13 | Armed | C1: 25' Standard<br>C2: 25' Standard | | 26 | 89 |

LC DA

LC0094

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Cartridge Info [Bay: length in feet/ status] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|---|
| 770 | 07 Mar 2017 07:57:15 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 89 |
| 771 | 07 Mar 2017 07:57:16 | Safe | C1: 25' Standard C2: 25' Standard | 3 | 27 | 89 |
| 772 | 08 Mar 2017 07:57:34 | Armed | C1: 25' Standard C2: 25' Standard | | 26 | 89 |
| 773 | 08 Mar 2017 07:57:36 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 89 |
| 774 | 08 Mar 2017 07:57:39 | Safe | C1: 25' Standard C2: 25' Standard | 5 | 27 | 89 |
| 775 | 09 Mar 2017 07:59:11 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 89 |
| 776 | 09 Mar 2017 07:59:15 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 89 |
| 777 | 09 Mar 2017 07:59:15 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 89 |
| 778 | 09 Mar 2017 07:59:16 | Safe | C1: 25' Standard C2: 25' Standard | 5 | 27 | 89 |
| 779 | 10 Mar 2017 08:00:05 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 89 |
| 780 | 10 Mar 2017 08:00:07 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 89 |
| 781 | 10 Mar 2017 08:00:09 | Safe | C1: 25' Standard C2: 25' Standard | 4 | 26 | 89 |
| 782 | 13 Mar 2017 07:58:43 | Armed | C1: 25' Standard C2: 25' Standard | | 26 | 89 |
| 783 | 13 Mar 2017 07:58:45 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 89 |
| 784 | 13 Mar 2017 07:58:47 | Safe | C1: 25' Standard C2: 25' Standard | 4 | 27 | 89 |
| 785 | 15 Mar 2017 10:18:58 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 89 |
| 786 | 15 Mar 2017 10:19:01 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 89 |
| 787 | 15 Mar 2017 10:19:02 | Safe | C1: 25' Standard C2: 25' Standard | 4 | 28 | 89 |
| 788 | 16 Mar 2017 07:52:09 | Armed | C1: 25' Standard C2: 25' Standard | | 28 | 89 |
| 789 | 16 Mar 2017 07:52:10 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 89 |
| 790 | 16 Mar 2017 07:52:14 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 89 |
| 791 | 16 Mar 2017 07:52:15 | Safe | C1: 25' Standard C2: 25' Standard | 6 | 28 | 89 |
| 792 | 20 Mar 2017 07:29:01 | Armed | C1: 25' Standard C2: 25' Standard | | 28 | 89 |
| 793 | 20 Mar 2017 07:29:03 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 89 |
| 794 | 20 Mar 2017 07:29:03 | Safe | C1: 25' Standard C2: 25' Standard | 2 | 29 | 89 |
| 795 | 21 Mar 2017 08:27:58 | Armed | C1: 25' Standard C2: 25' Standard | | 29 | 89 |
| 796 | 21 Mar 2017 08:28:00 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 89 |
| 797 | 21 Mar 2017 08:28:01 | Safe | C1: 25' Standard C2: 25' Standard | 3 | 29 | 89 |
| 798 | 21 Mar 2017 16:18:02 | Armed | C1: 25' Standard C2: 25' Standard | | 29 | 89 |
| 799 | 21 Mar 2017 16:18:07 | Safe | C1: 25' Standard C2: 25' Standard | 5 | 29 | 89 |

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Cartridge Info [Bay: length in feet/status] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|---|
| 800 | 24 Mar 2017 08:36:27 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 89 |
| 801 | 24 Mar 2017 08:36:29 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 89 |
| 802 | 24 Mar 2017 08:36:30 | Safe | C1: 25' Standard C2: 25' Standard | 3 | 27 | 89 |
| 803 | 27 Mar 2017 08:00:49 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 89 |
| 804 | 27 Mar 2017 08:00:51 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 89 |
| 805 | 27 Mar 2017 08:00:52 | Safe | C1: 25' Standard C2: 25' Standard | 3 | 27 | 89 |
| 806 | 28 Mar 2017 10:21:18 | Armed | C1: 25' Standard C2: 25' Standard | | 31 | 89 |
| 807 | 28 Mar 2017 10:21:19 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 89 |
| 808 | 28 Mar 2017 10:21:21 | Safe | C1: 25' Standard C2: 25' Standard | 3 | 30 | 89 |
| 809 | 29 Mar 2017 08:34:07 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 89 |
| 810 | 29 Mar 2017 08:34:09 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 89 |
| 811 | 29 Mar 2017 08:34:10 | Safe | C1: 25' Standard C2: 25' Standard | 3 | 26 | 89 |
| 812 | 30 Mar 2017 08:25:21 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 89 |
| 813 | 30 Mar 2017 08:25:25 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 89 |
| 814 | 30 Mar 2017 08:25:26 | Safe | C1: 25' Standard C2: 25' Standard | 5 | 26 | 89 |
| 815 | 31 Mar 2017 07:23:16 | Armed | C1: 25' Standard C2: 25' Standard | | 26 | 89 |
| 816 | 31 Mar 2017 07:23:17 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 89 |
| 817 | 31 Mar 2017 07:23:19 | Safe | C1: 25' Standard C2: 25' Standard | 3 | 26 | 89 |
| 818 | 03 Apr 2017 08:29:11 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 89 |
| 819 | 03 Apr 2017 08:29:13 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 89 |
| 820 | 03 Apr 2017 08:29:14 | Safe | C1: 25' Standard C2: 25' Standard | 3 | 27 | 89 |
| 821 | 04 Apr 2017 08:25:13 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 89 |
| 822 | 04 Apr 2017 08:25:16 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 89 |
| 823 | 04 Apr 2017 08:25:17 | Safe | C1: 25' Standard C2: 25' Standard | 4 | 28 | 89 |
| 824 | 05 Apr 2017 08:25:08 | Armed | C1: 25' Standard C2: 25' Standard | | 26 | 89 |
| 825 | 05 Apr 2017 08:25:10 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 89 |
| 826 | 05 Apr 2017 08:25:12 | Safe | C1: 25' Standard C2: 25' Standard | 4 | 27 | 89 |
| 827 | 06 Apr 2017 08:28:34 | Armed | C1: 25' Standard C2: 25' Standard | | 26 | 89 |
| 828 | 06 Apr 2017 08:28:36 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 89 |
| 829 | 06 Apr 2017 08:28:37 | Safe | C1: 25' Standard C2: 25' Standard | 3 | 27 | 89 |

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Cartridge Info [Bay: length in feet/status] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|---|
| 830 | 07 Apr 2017 16:21:50 | Armed | C1: 25' Standard C2: 25' Standard | | 26 | 89 |
| 831 | 07 Apr 2017 16:21:53 | Safe | C1: 25' Standard C2: 25' Standard | 3 | 26 | 89 |
| 832 | 10 Apr 2017 08:39:17 | Armed | C1: 25' Standard C2: 25' Standard | | 28 | 89 |
| 833 | 10 Apr 2017 08:39:19 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 89 |
| 834 | 10 Apr 2017 08:39:20 | Safe | C1: 25' Standard C2: 25' Standard | 3 | 28 | 89 |
| 835 | 11 Apr 2017 07:58:26 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 89 |
| 836 | 11 Apr 2017 07:58:28 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 89 |
| 837 | 11 Apr 2017 07:58:29 | Safe | C1: 25' Standard C2: 25' Standard | 3 | 27 | 88 |
| 838 | 12 Apr 2017 16:25:35 | Armed | C1: 25' Standard C2: 25' Standard | | 34 | 88 |
| 839 | 12 Apr 2017 16:25:36 | Safe | C1: 25' Standard C2: 25' Standard | 1 | 33 | 88 |
| 840 | 13 Apr 2017 08:24:52 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 88 |
| 841 | 13 Apr 2017 08:24:55 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 88 |
| 842 | 13 Apr 2017 08:24:57 | Safe | C1: 25' Standard C2: 25' Standard | 5 | 27 | 88 |
| 843 | 20 Apr 2017 08:27:57 | Armed | C1: 25' Standard C2: 25' Standard | | 28 | 88 |
| 844 | 20 Apr 2017 08:28:02 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 88 |
| 845 | 20 Apr 2017 08:28:03 | Safe | C1: 25' Standard C2: 25' Standard | 6 | 28 | 88 |
| 846 | 24 Apr 2017 12:21:28 | Armed | C1: 25' Standard C2: 25' Standard | | 28 | 88 |
| 847 | 24 Apr 2017 12:21:30 | Safe | C1: 25' Standard C2: 25' Standard | 2 | 28 | 88 |
| 848 | 24 Apr 2017 14:40:43 | Armed | C1: 25' Standard C2: 25' Standard | | 31 | 88 |
| 849 | 24 Apr 2017 14:40:44 | Safe | C1: 25' Standard C2: 25' Standard | 1 | 30 | 88 |
| 850 | 26 Apr 2017 07:35:22 | Armed | C1: 25' Standard C2: 25' Standard | | 26 | 88 |
| 851 | 26 Apr 2017 07:35:24 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 88 |
| 852 | 26 Apr 2017 07:35:25 | Safe | C1: 25' Standard C2: 25' Standard | 3 | 27 | 88 |
| 853 | 27 Apr 2017 08:34:08 | Armed | C1: 25' Standard C2: 25' Standard | | 28 | 88 |
| 854 | 27 Apr 2017 08:34:09 | Safe | C1: 25' Standard C2: 25' Standard | 1 | 29 | 88 |
| 855 | 01 May 2017 07:31:44 | Armed | C1: 25' Standard C2: 25' Standard | | 28 | 88 |
| 856 | 01 May 2017 07:31:45 | Safe | C1: 25' Standard C2: 25' Standard | 1 | 28 | 88 |
| 857 | 01 May 2017 07:31:46 | Armed | C1: 25' Standard C2: 25' Standard | | 28 | 88 |
| 858 | 01 May 2017 07:31:48 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 88 |
| 859 | 01 May 2017 07:31:50 | Safe | C1: 25' Standard C2: 25' Standard | 4 | 28 | 88 |

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Cartridge Info [Bay: length in feet/status] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|---|
| 860 | 05 May 2017 08:32:45 | Armed | C1: 25' Standard<br>C2: 25' Standard | | 27 | 88 |
| 861 | 05 May 2017 08:32:48 | Arc | C1: 25' Standard<br>C2: 25' Standard | 1 | | 88 |
| 862 | 05 May 2017 08:32:51 | Safe | C1: 25' Standard<br>C2: 25' Standard | 6 | 28 | 88 |
| 863 | 08 May 2017 16:19:10 | Armed | C1: 25' Standard<br>C2: 25' Standard | | 26 | 88 |
| 864 | 08 May 2017 16:19:11 | Safe | C1: 25' Standard<br>C2: 25' Standard | 1 | 26 | 88 |
| 865 | 09 May 2017 07:53:41 | Armed | C1: 25' Standard<br>C2: 25' Standard | | 27 | 88 |
| 866 | 09 May 2017 07:53:43 | Arc | C1: 25' Standard<br>C2: 25' Standard | 1 | | 88 |
| 867 | 09 May 2017 07:53:44 | Safe | C1: 25' Standard<br>C2: 25' Standard | 3 | 27 | 88 |
| 868 | 11 May 2017 07:58:15 | Armed | C1: 25' Standard<br>C2: 25' Standard | | 27 | 88 |
| 869 | 11 May 2017 07:58:17 | Arc | C1: 25' Standard<br>C2: 25' Standard | 1 | | 88 |
| 870 | 11 May 2017 07:58:18 | Safe | C1: 25' Standard<br>C2: 25' Standard | 3 | 27 | 88 |
| 871 | 12 May 2017 08:29:58 | Armed | C1: 25' Standard<br>C2: 25' Standard | | 27 | 88 |
| 872 | 12 May 2017 08:30:00 | Arc | C1: 25' Standard<br>C2: 25' Standard | 1 | | 88 |
| 873 | 12 May 2017 08:30:02 | Safe | C1: 25' Standard<br>C2: 25' Standard | 4 | 28 | 88 |
| 874 | 16 May 2017 06:59:20 | Armed | C1: 25' Standard<br>C2: 25' Standard | | 27 | 88 |
| 875 | 16 May 2017 06:59:21 | Arc | C1: 25' Standard<br>C2: 25' Standard | 1 | | 88 |
| 876 | 16 May 2017 06:59:24 | Arc | C1: 25' Standard<br>C2: 25' Standard | 1 | | 88 |
| 877 | 16 May 2017 06:59:25 | Safe | C1: 25' Standard<br>C2: 25' Standard | 5 | 28 | 88 |
| 878 | 18 May 2017 08:30:10 | Armed | C1: 25' Standard<br>C2: 25' Standard | | 27 | 88 |
| 879 | 18 May 2017 08:30:12 | Arc | C1: 25' Standard<br>C2: 25' Standard | 1 | | 88 |
| 880 | 18 May 2017 08:30:14 | Safe | C1: 25' Standard<br>C2: 25' Standard | 4 | 27 | 88 |
| 881 | 19 May 2017 07:30:57 | Armed | C1: 25' Standard<br>C2: 25' Standard | | 27 | 88 |
| 882 | 19 May 2017 07:30:59 | Arc | C1: 25' Standard<br>C2: 25' Standard | 1 | | 88 |
| 883 | 19 May 2017 07:31:00 | Safe | C1: 25' Standard<br>C2: 25' Standard | 3 | 27 | 88 |
| 884 | 30 May 2017 08:35:18 | Armed | C1: 25' Standard<br>C2: 25' Standard | | 27 | 88 |
| 885 | 30 May 2017 08:35:19 | Arc | C1: 25' Standard<br>C2: 25' Standard | 1 | | 88 |
| 886 | 30 May 2017 08:35:20 | Safe | C1: 25' Standard<br>C2: 25' Standard | 2 | 27 | 88 |
| 887 | 31 May 2017 08:31:23 | Armed | C1: 25' Standard<br>C2: 25' Standard | | 26 | 88 |
| 888 | 31 May 2017 08:31:24 | Arc | C1: 25' Standard<br>C2: 25' Standard | 1 | | 88 |
| 889 | 31 May 2017 08:31:25 | Safe | C1: 25' Standard<br>C2: 25' Standard | 2 | 27 | 88 |

LC DA

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Cartridge Info [Bay: length in feet/status] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|---|
| 890 | 01 Jun 2017 08:26:47 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 88 |
| 891 | 01 Jun 2017 08:26:50 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 88 |
| 892 | 01 Jun 2017 08:26:53 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 88 |
| 893 | 01 Jun 2017 08:26:55 | Safe | C1: 25' Standard C2: 25' Standard | 8 | 27 | 87 |
| 894 | 11 Jun 2017 10:08:40 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 87 |
| 895 | 11 Jun 2017 10:08:42 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 87 |
| 896 | 11 Jun 2017 10:08:44 | Safe | C1: 25' Standard C2: 25' Standard | 4 | 27 | 87 |
| 897 | 13 Jun 2017 08:26:18 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 87 |
| 898 | 13 Jun 2017 08:26:19 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 87 |
| 899 | 13 Jun 2017 08:26:21 | Safe | C1: 25' Standard C2: 25' Standard | 3 | 28 | 87 |
| 900 | 19 Jun 2017 08:34:35 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 87 |
| 901 | 19 Jun 2017 08:34:36 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 87 |
| 902 | 19 Jun 2017 08:34:37 | Safe | C1: 25' Standard C2: 25' Standard | 2 | 26 | 87 |
| 903 | 20 Jun 2017 08:32:27 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 87 |
| 904 | 20 Jun 2017 08:32:28 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 87 |
| 905 | 20 Jun 2017 08:32:30 | Safe | C1: 25' Standard C2: 25' Standard | 3 | 27 | 87 |
| 906 | 29 Jun 2017 07:59:01 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 87 |
| 907 | 29 Jun 2017 07:59:02 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 87 |
| 908 | 29 Jun 2017 07:59:03 | Safe | C1: 25' Standard C2: 25' Standard | 2 | 27 | 87 |
| 909 | 10 Jul 2017 08:30:07 | Armed | C1: 25' Standard C2: 25' Standard | | 28 | 87 |
| 910 | 10 Jul 2017 08:30:08 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 87 |
| 911 | 10 Jul 2017 08:30:09 | Safe | C1: 25' Standard C2: 25' Standard | 2 | 28 | 87 |
| 912 | 11 Jul 2017 08:49:27 | Armed | C1: 25' Standard C2: 25' Standard | | 28 | 87 |
| 913 | 11 Jul 2017 08:49:28 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 87 |
| 914 | 11 Jul 2017 08:49:30 | Safe | C1: 25' Standard C2: 25' Standard | 3 | 29 | 87 |
| 915 | 13 Jul 2017 08:33:28 | Armed | C1: 25' Standard C2: 25' Standard | | 28 | 87 |
| 916 | 13 Jul 2017 08:33:29 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 87 |
| 917 | 13 Jul 2017 08:33:33 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 87 |
| 918 | 13 Jul 2017 08:33:37 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 87 |
| 919 | 13 Jul 2017 08:33:41 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 87 |

LC DA

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Cartridge Info [Bay: length in feet/status] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|---|
| 920 | 13 Jul 2017 08:33:42 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 87 |
| 921 | 13 Jul 2017 08:33:44 | Safe | C1: 25' Standard C2: 25' Standard | 16 | 30 | 87 |
| 922 | 14 Jul 2017 07:26:59 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 87 |
| 923 | 14 Jul 2017 07:27:00 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 87 |
| 924 | 14 Jul 2017 07:27:02 | Safe | C1: 25' Standard C2: 25' Standard | 3 | 27 | 87 |
| 925 | 14 Jul 2017 07:43:19 | Armed | C1: 25' Standard C2: 25' Standard | | 28 | 87 |
| 926 | 14 Jul 2017 07:43:19 | Safe | C1: 25' Standard C2: 25' Standard | 0 | 28 | 87 |
| 927 | 17 Jul 2017 07:32:40 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 87 |
| 928 | 17 Jul 2017 07:32:41 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 87 |
| 929 | 17 Jul 2017 07:32:43 | Safe | C1: 25' Standard C2: 25' Standard | 3 | 28 | 87 |
| 930 | 17 Jul 2017 08:23:22 | Armed | C1: 25' Standard C2: 25' Standard | | 28 | 87 |
| 931 | 17 Jul 2017 08:23:23 | Arc | C1: 25' Standard C2: 25' Standard | 2 | | 87 |
| 932 | 17 Jul 2017 08:23:26 | Safe | C1: 25' Standard C2: 25' Standard | 4 | 29 | 87 |
| 933 | 20 Jul 2017 07:36:09 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 87 |
| 934 | 20 Jul 2017 07:36:10 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 87 |
| 935 | 20 Jul 2017 07:36:11 | Safe | C1: 25' Standard C2: 25' Standard | 2 | 27 | 87 |
| 936 | 25 Jul 2017 08:39:54 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 87 |
| 937 | 25 Jul 2017 08:39:55 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 87 |
| 938 | 25 Jul 2017 08:39:56 | Safe | C1: 25' Standard C2: 25' Standard | 2 | 27 | 87 |
| 939 | 27 Jul 2017 10:13:25 | Armed | C1: Empty C2: Empty | | 30 | 87 |
| 940 | 27 Jul 2017 10:13:25 | Safe | C1: Empty C2: Empty | 0 | 31 | 87 |
| 941 | 27 Jul 2017 10:22:03 | Armed | C1: Empty C2: Empty | | 30 | 87 |
| 942 | 27 Jul 2017 10:22:06 | Trigger | C1: Empty | 5 | | 87 |
| 943 | 27 Jul 2017 10:22:15 | Safe | C1: Empty C2: Empty | 12 | 30 | 86 |
| 944 | 27 Jul 2017 10:24:24 | Armed | C1: Empty C2: Empty | | 31 | 86 |
| 945 | 27 Jul 2017 10:24:25 | Arc | C1: Empty C2: Empty | 1 | | 86 |
| 946 | 27 Jul 2017 10:24:28 | Safe | C1: Empty C2: Empty | 4 | 31 | 86 |
| 947 | 27 Jul 2017 10:24:37 | Armed | C1: Empty C2: Empty | | 30 | 86 |
| 948 | 27 Jul 2017 10:24:38 | Arc | C1: Empty C2: Empty | 1 | | 86 |
| 949 | 27 Jul 2017 10:24:40 | Safe | C1: Empty C2: Empty | 3 | 31 | 86 |

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Cartridge Info [Bay: length in feet/status] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|---|
| 950 | 27 Jul 2017 10:26:26 | Armed | C1: Deployed C2: Deployed | | 31 | 86 |
| 951 | 27 Jul 2017 10:26:28 | Arc | C1: Deployed C2: Deployed | 1 | | 86 |
| 952 | 27 Jul 2017 10:26:29 | Safe | C1: Deployed C2: Deployed | 3 | 31 | 86 |
| 953 | 27 Jul 2017 10:26:58 | Armed | C1: Deployed C2: Deployed | | 31 | 86 |
| 954 | 27 Jul 2017 10:27:01 | Arc | C1: Deployed C2: Deployed | 1 | | 86 |
| 955 | 27 Jul 2017 10:27:03 | Safe | C1: Deployed C2: Deployed | 5 | 32 | 86 |
| 956 | 27 Jul 2017 10:27:22 | Armed | C1: Deployed C2: Deployed | | 31 | 86 |
| 957 | 27 Jul 2017 10:27:25 | Arc | C1: Deployed C2: Deployed | 1 | | 86 |
| 958 | 27 Jul 2017 10:27:29 | Arc | C1: Deployed C2: Deployed | 1 | | 86 |
| 959 | 27 Jul 2017 10:27:31 | Safe | C1: Deployed C2: Deployed | 9 | 31 | 86 |
| 960 | 27 Jul 2017 10:27:36 | Armed | C1: Deployed C2: Deployed | | 31 | 86 |
| 961 | 27 Jul 2017 10:27:37 | Trigger | C1: Deployed | 5 | | 86 |
| 962 | 27 Jul 2017 10:27:43 | Safe | C1: Deployed C2: Deployed | 7 | 32 | 86 |
| 963 | 27 Jul 2017 10:27:56 | Armed | C1: Deployed C2: Deployed | | 32 | 86 |
| 964 | 27 Jul 2017 10:27:56 | Arc | C1: Deployed C2: Deployed | 1 | | 86 |
| 965 | 27 Jul 2017 10:27:58 | Safe | C1: Deployed C2: Deployed | 2 | 33 | 86 |
| 966 | 27 Jul 2017 10:28:45 | Armed | C1: Deployed C2: Deployed | | 32 | 86 |
| 967 | 27 Jul 2017 10:28:45 | Trigger | C1: Deployed | 5 | | 86 |
| 968 | 27 Jul 2017 10:28:51 | Safe | C1: Deployed C2: Deployed | 6 | 33 | 86 |
| 969 | 27 Jul 2017 10:29:06 | Armed | C1: Deployed C2: Deployed | | 32 | 86 |
| 970 | 27 Jul 2017 10:29:08 | Trigger | C1: Deployed | 5 | | 86 |
| 971 | 27 Jul 2017 10:29:21 | Arc | C1: Deployed C2: Deployed | 1 | | 86 |
| 972 | 27 Jul 2017 10:29:23 | Arc | C1: Deployed C2: Deployed | 1 | | 86 |
| 973 | 27 Jul 2017 10:29:42 | Arc | C1: Deployed C2: Deployed | 1 | | 86 |
| 974 | 27 Jul 2017 10:29:44 | Arc | C1: Deployed C2: Deployed | 1 | | 86 |
| 975 | 27 Jul 2017 10:29:48 | Arc | C1: Deployed C2: Deployed | 1 | | 86 |
| 976 | 27 Jul 2017 10:30:05 | Safe | C1: Deployed C2: Deployed | 59 | 34 | 85 |
| 977 | 27 Jul 2017 10:35:03 | Armed | C1: Deployed C2: Deployed | | 32 | 85 |
| 978 | 27 Jul 2017 10:35:03 | Safe | C1: Deployed C2: Deployed | 0 | 33 | 85 |
| 979 | 27 Jul 2017 10:36:38 | Armed | C1: Deployed C2: Deployed | | 31 | 85 |

| Seq # | Local Time<br>[DD:MM:YYYY hh:mm:ss] | Event<br>[Event Type] | Cartridge Info<br>[Bay: length in feet/status] | Duration<br>[Seconds] | Temp<br>[Degrees Celsius] | Batt Remaining<br>[%] |
|---|---|---|---|---|---|---|
| 980 | 27 Jul 2017 10:36:40 | Trigger | C1: Deployed | 5 | | 85 |
| 981 | 27 Jul 2017 10:36:47 | Safe | C1: Deployed<br>C2: Deployed | 9 | 32 | 85 |
| 982 | 27 Jul 2017 10:37:05 | Armed | C1: Deployed<br>C2: Deployed | | 33 | 85 |
| 983 | 27 Jul 2017 10:37:05 | Trigger | C1: Deployed | 5 | | 85 |
| 984 | 27 Jul 2017 10:37:12 | Safe | C1: Deployed<br>C2: Deployed | 7 | 32 | 85 |
| 985 | 27 Jul 2017 10:37:26 | Armed | C1: Deployed<br>C2: Deployed | | 33 | 85 |
| 986 | 27 Jul 2017 10:37:26 | Trigger | C1: Deployed | 5 | | 85 |
| 987 | 27 Jul 2017 10:37:32 | Safe | C1: Deployed<br>C2: Deployed | 6 | 34 | 85 |
| 988 | 27 Jul 2017 10:37:42 | Armed | C1: Deployed<br>C2: Deployed | | 34 | 85 |
| 989 | 27 Jul 2017 10:37:42 | Trigger | C1: Deployed | 5 | | 85 |
| 990 | 27 Jul 2017 10:37:49 | Safe | C1: Deployed<br>C2: Deployed | 7 | 34 | 85 |
| 991 | 27 Jul 2017 10:38:01 | Armed | C1: Deployed<br>C2: Deployed | | 34 | 85 |
| 992 | 27 Jul 2017 10:38:01 | Trigger | C1: Deployed | 5 | | 85 |
| 993 | 27 Jul 2017 10:38:10 | Safe | C1: Deployed<br>C2: Deployed | 9 | 34 | 85 |
| 994 | 27 Jul 2017 10:38:40 | Armed | C1: Deployed<br>C2: Deployed | | 34 | 85 |
| 995 | 27 Jul 2017 10:38:42 | Trigger | C1: Deployed | 1 | | 85 |
| 996 | 27 Jul 2017 10:38:43 | Safe | C1: Deployed<br>C2: Deployed | 3 | 34 | 85 |
| 997 | 27 Jul 2017 10:38:43 | Armed | C1: Deployed<br>C2: Deployed | | 34 | 85 |
| 998 | 27 Jul 2017 10:38:51 | Safe | C1: Deployed<br>C2: Deployed | 8 | 34 | 85 |
| 999 | 27 Jul 2017 10:39:07 | Armed | C1: Deployed<br>C2: Deployed | | 34 | 85 |
| 1000 | 27 Jul 2017 10:39:17 | Safe | C1: Deployed<br>C2: Deployed | 10 | 35 | 85 |
| 1001 | 27 Jul 2017 10:39:31 | Armed | C1: Deployed<br>C2: Deployed | | 34 | 85 |
| 1002 | 27 Jul 2017 10:39:39 | Safe | C1: Deployed<br>C2: Deployed | 8 | 34 | 85 |
| 1003 | 27 Jul 2017 10:40:00 | Armed | C1: Deployed<br>C2: Deployed | | 34 | 85 |
| 1004 | 27 Jul 2017 10:40:14 | Safe | C1: Deployed<br>C2: Deployed | 14 | 34 | 85 |
| 1005 | 27 Jul 2017 10:50:37 | Armed | C1: Deployed<br>C2: Deployed | | 33 | 85 |
| 1006 | 27 Jul 2017 10:50:38 | Trigger | C1: Deployed | 5 | | 85 |
| 1007 | 27 Jul 2017 10:50:44 | Safe | C1: Deployed<br>C2: Deployed | 7 | 34 | 84 |
| 1008 | 27 Jul 2017 11:10:19 | Armed | C1: Deployed<br>C2: Deployed | | 32 | 84 |
| 1009 | 27 Jul 2017 11:10:21 | Safe | C1: Deployed<br>C2: Deployed | 2 | 32 | 84 |

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Cartridge Info [Bay: length in feet/status] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|---|
| 1010 | 27 Jul 2017 11:11:00 | Armed | C1: 15' Standard<br>C2: 15' Standard | | 32 | 84 |
| 1011 | 27 Jul 2017 11:11:01 | Trigger | C1: Deployed | 5 | | 84 |
| 1012 | 27 Jul 2017 11:11:08 | Trigger | C2: Deployed | 5 | | 84 |
| 1013 | 27 Jul 2017 11:11:16 | Arc | C1: Deployed<br>C2: Deployed | 1 | | 84 |
| 1014 | 27 Jul 2017 11:11:17 | Trigger | C1: Deployed | 5 | | 84 |
| 1015 | 27 Jul 2017 11:11:26 | Trigger | C2: Deployed | 5 | | 84 |
| 1016 | 27 Jul 2017 11:11:31 | Arc | C1: Deployed<br>C2: Deployed | 2 | | 84 |
| 1017 | 27 Jul 2017 11:11:33 | Trigger | C2: Deployed | 3 | | 84 |
| 1018 | 27 Jul 2017 11:11:34 | Arc | C1: Deployed<br>C2: Deployed | 1 | | 84 |
| 1019 | 27 Jul 2017 11:11:36 | Safe | C1: Deployed<br>C2: Deployed | 36 | 35 | 84 |
| 1020 | 27 Jul 2017 13:49:30 | Armed | C1: Empty<br>C2: Empty | | 31 | 84 |
| 1021 | 27 Jul 2017 13:49:38 | Trigger | C1: Empty | 5 | | 84 |
| 1022 | 27 Jul 2017 13:49:45 | Safe | C1: Empty<br>C2: Empty | 15 | 32 | 84 |
| 1023 | 27 Jul 2017 14:52:05 | Armed | C1: Empty<br>C2: Empty | | 32 | 84 |
| 1024 | 27 Jul 2017 14:52:07 | Safe | C1: Empty<br>C2: Empty | 2 | 31 | 84 |
| 1025 | 28 Jul 2017 10:57:42 | Armed | C1: 25' Standard<br>C2: 25' Standard | | 31 | 84 |
| 1026 | 28 Jul 2017 10:57:44 | Safe | C1: 25' Standard<br>C2: 25' Standard | 2 | 31 | 84 |
| 1027 | 31 Jul 2017 08:01:38 | Armed | C1: 25' Standard<br>C2: 25' Standard | | 27 | 84 |
| 1028 | 31 Jul 2017 08:01:39 | Arc | C1: 25' Standard<br>C2: 25' Standard | 1 | | 84 |
| 1029 | 31 Jul 2017 08:01:41 | Safe | C1: 25' Standard<br>C2: 25' Standard | 3 | 28 | 83 |
| 1030 | 02 Aug 2017 08:01:20 | Armed | C1: 25' Standard<br>C2: 25' Standard | | 28 | 83 |
| 1031 | 02 Aug 2017 08:01:22 | Arc | C1: 25' Standard<br>C2: 25' Standard | 1 | | 83 |
| 1032 | 02 Aug 2017 08:01:23 | Safe | C1: 25' Standard<br>C2: 25' Standard | 3 | 28 | 83 |
| 1033 | 03 Aug 2017 08:37:06 | Armed | C1: 25' Standard<br>C2: 25' Standard | | 27 | 83 |
| 1034 | 03 Aug 2017 08:37:07 | Arc | C1: 25' Standard<br>C2: 25' Standard | 1 | | 83 |
| 1035 | 03 Aug 2017 08:37:08 | Safe | C1: 25' Standard<br>C2: 25' Standard | 2 | 27 | 83 |
| 1036 | 09 Aug 2017 10:46:44 | Armed | C1: 25' Standard<br>C2: 25' Standard | | 29 | 83 |
| 1037 | 09 Aug 2017 10:46:45 | Safe | C1: 25' Standard<br>C2: 25' Standard | 1 | 29 | 83 |
| 1038 | 11 Aug 2017 08:36:13 | Armed | C1: 25' Standard<br>C2: 25' Standard | | 27 | 83 |
| 1039 | 11 Aug 2017 08:36:17 | Arc | C1: 25' Standard<br>C2: 25' Standard | 1 | | 83 |

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Cartridge Info [Bay: length in feet/status] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|---|
| 1040 | 11 Aug 2017 08:36:19 | Safe | C1: 25' Standard C2: 25' Standard | 6 | 27 | 83 |
| 1041 | 11 Aug 2017 16:33:02 | Armed | C1: 25' Standard C2: 25' Standard | | 33 | 83 |
| 1042 | 11 Aug 2017 16:33:03 | Safe | C1: 25' Standard C2: 25' Standard | 1 | 34 | 83 |
| 1043 | 14 Aug 2017 07:57:33 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 83 |
| 1044 | 14 Aug 2017 07:57:34 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 83 |
| 1045 | 14 Aug 2017 07:57:36 | Safe | C1: 25' Standard C2: 25' Standard | 3 | 27 | 83 |
| 1046 | 21 Aug 2017 10:58:32 | Armed | C1: 25' Standard C2: 25' Standard | | 32 | 83 |
| 1047 | 21 Aug 2017 10:58:33 | Safe | C1: 25' Standard C2: 25' Standard | 1 | 32 | 83 |
| 1048 | 24 Aug 2017 07:57:47 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 83 |
| 1049 | 24 Aug 2017 07:57:48 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 83 |
| 1050 | 24 Aug 2017 07:57:50 | Safe | C1: 25' Standard C2: 25' Standard | 3 | 27 | 83 |
| 1051 | 24 Aug 2017 18:48:11 | Armed | C1: 25' Standard C2: 25' Standard | | 32 | 83 |
| 1052 | 24 Aug 2017 18:48:12 | Safe | C1: 25' Standard C2: 25' Standard | 1 | 31 | 83 |
| 1053 | 29 Aug 2017 13:05:13 | Armed | C1: 25' Standard C2: 25' Standard | | 30 | 83 |
| 1054 | 29 Aug 2017 13:05:17 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 83 |
| 1055 | 29 Aug 2017 13:05:18 | Safe | C1: 25' Standard C2: 25' Standard | 5 | 30 | 83 |
| 1056 | 12 Sep 2017 08:37:11 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 83 |
| 1057 | 12 Sep 2017 08:37:12 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 83 |
| 1058 | 12 Sep 2017 08:37:13 | Safe | C1: 25' Standard C2: 25' Standard | 2 | 27 | 83 |
| 1059 | 12 Sep 2017 08:45:54 | USB Connected | | | | |
| 1060 | 12 Sep 2017 08:41:47 | Time Sync | 12 Sep 2017 08:45:56 to 12 Sep 2017 08:41:47 | | | |
| 1061 | 12 Sep 2017 16:31:04 | Armed | C1: 25' Standard C2: 25' Standard | | 29 | 83 |
| 1062 | 12 Sep 2017 16:31:05 | Safe | C1: 25' Standard C2: 25' Standard | 1 | 30 | 83 |
| 1063 | 13 Sep 2017 07:32:27 | Armed | C1: 25' Standard C2: 25' Standard | | 26 | 83 |
| 1064 | 13 Sep 2017 07:32:28 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 83 |
| 1065 | 13 Sep 2017 07:32:29 | Safe | C1: 25' Standard C2: 25' Standard | 2 | 27 | 83 |
| 1066 | 15 Sep 2017 07:57:11 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 83 |
| 1067 | 15 Sep 2017 07:57:13 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 83 |
| 1068 | 15 Sep 2017 07:57:15 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 83 |
| 1069 | 15 Sep 2017 07:57:17 | Safe | C1: 25' Standard C2: 25' Standard | 6 | 28 | 83 |

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Cartridge Info [Bay: length in feet/status] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|---|
| 1070 | 18 Sep 2017 08:28:57 | Armed | C1: 25' Standard<br>C2: 25' Standard | | 27 | 83 |
| 1071 | 18 Sep 2017 08:28:59 | Arc | C1: 25' Standard<br>C2: 25' Standard | 1 | | 83 |
| 1072 | 18 Sep 2017 08:29:00 | Safe | C1: 25' Standard<br>C2: 25' Standard | 3 | 27 | 83 |
| 1073 | 20 Sep 2017 08:36:03 | Armed | C1: 25' Standard<br>C2: 25' Standard | | 27 | 83 |
| 1074 | 20 Sep 2017 08:36:05 | Arc | C1: 25' Standard<br>C2: 25' Standard | 1 | | 83 |
| 1075 | 20 Sep 2017 08:36:08 | Safe | C1: 25' Standard<br>C2: 25' Standard | 5 | 27 | 83 |
| 1076 | 20 Sep 2017 11:06:42 | Armed | C1: 25' Standard<br>C2: 25' Standard | | 29 | 83 |
| 1077 | 20 Sep 2017 11:06:43 | Safe | C1: 25' Standard<br>C2: 25' Standard | 1 | 29 | 83 |
| 1078 | 21 Sep 2017 08:39:54 | Armed | C1: 25' Standard<br>C2: 25' Standard | | 27 | 83 |
| 1079 | 21 Sep 2017 08:39:55 | Arc | C1: 25' Standard<br>C2: 25' Standard | 1 | | 83 |
| 1080 | 21 Sep 2017 08:39:57 | Safe | C1: 25' Standard<br>C2: 25' Standard | 3 | 27 | 83 |
| 1081 | 22 Sep 2017 08:26:47 | Armed | C1: 25' Standard<br>C2: 25' Standard | | 27 | 83 |
| 1082 | 22 Sep 2017 08:26:49 | Arc | C1: 25' Standard<br>C2: 25' Standard | 1 | | 83 |
| 1083 | 22 Sep 2017 08:26:51 | Safe | C1: 25' Standard<br>C2: 25' Standard | 4 | 28 | 83 |
| 1084 | 27 Sep 2017 08:28:20 | Armed | C1: 25' Standard<br>C2: 25' Standard | | 27 | 83 |
| 1085 | 27 Sep 2017 08:28:21 | Arc | C1: 25' Standard<br>C2: 25' Standard | 1 | | 83 |
| 1086 | 27 Sep 2017 08:28:22 | Safe | C1: 25' Standard<br>C2: 25' Standard | 2 | 26 | 83 |
| 1087 | 28 Sep 2017 07:29:28 | Armed | C1: 25' Standard<br>C2: 25' Standard | | 27 | 83 |
| 1088 | 28 Sep 2017 07:29:29 | Arc | C1: 25' Standard<br>C2: 25' Standard | 1 | | 83 |
| 1089 | 28 Sep 2017 07:29:30 | Safe | C1: 25' Standard<br>C2: 25' Standard | 2 | 28 | 83 |
| 1090 | 29 Sep 2017 08:04:07 | Armed | C1: 25' Standard<br>C2: 25' Standard | | 26 | 83 |
| 1091 | 29 Sep 2017 08:04:08 | Arc | C1: 25' Standard<br>C2: 25' Standard | 1 | | 83 |
| 1092 | 29 Sep 2017 08:04:10 | Safe | C1: 25' Standard<br>C2: 25' Standard | 3 | 26 | 83 |
| 1093 | 02 Oct 2017 12:41:57 | Armed | C1: 25' Standard<br>C2: 25' Standard | | 29 | 83 |
| 1094 | 02 Oct 2017 12:41:57 | Safe | C1: 25' Standard<br>C2: 25' Standard | 0 | 30 | 83 |
| 1095 | 03 Oct 2017 08:39:39 | Armed | C1: 25' Standard<br>C2: 25' Standard | | 26 | 83 |
| 1096 | 03 Oct 2017 08:39:41 | Arc | C1: 25' Standard<br>C2: 25' Standard | 1 | | 83 |
| 1097 | 03 Oct 2017 08:39:44 | Safe | C1: 25' Standard<br>C2: 25' Standard | 5 | 27 | 83 |
| 1098 | 04 Oct 2017 08:36:33 | Armed | C1: 25' Standard<br>C2: 25' Standard | | 27 | 83 |
| 1099 | 04 Oct 2017 08:36:35 | Arc | C1: 25' Standard<br>C2: 25' Standard | 2 | | 83 |

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Cartridge Info [Bay: length in feet/ status] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|---|
| 1100 | 04 Oct 2017 08:36:39 | Arc | C1: 25' Standard C2: 25' Standard | 3 | | 83 |
| 1101 | 04 Oct 2017 08:36:44 | Safe | C1: 25' Standard C2: 25' Standard | 11 | 28 | 82 |
| 1102 | 05 Oct 2017 08:36:17 | Armed | C1: 25' Standard C2: 25' Standard | | 26 | 82 |
| 1103 | 05 Oct 2017 08:36:20 | Arc | C1: 25' Standard C2: 25' Standard | 3 | | 82 |
| 1104 | 05 Oct 2017 08:36:23 | Safe | C1: 25' Standard C2: 25' Standard | 6 | 26 | 82 |
| 1105 | 16 Oct 2017 08:34:15 | Armed | C1: 25' Standard C2: 25' Standard | | 25 | 82 |
| 1106 | 16 Oct 2017 08:34:16 | Arc | C1: 25' Standard C2: 25' Standard | 2 | | 82 |
| 1107 | 16 Oct 2017 08:34:19 | Safe | C1: 25' Standard C2: 25' Standard | 4 | 26 | 82 |
| 1108 | 16 Oct 2017 14:52:50 | Armed | C1: 25' Standard C2: 25' Standard | | 29 | 82 |
| 1109 | 16 Oct 2017 14:52:50 | Safe | C1: 25' Standard C2: 25' Standard | 0 | 28 | 82 |
| 1110 | 17 Oct 2017 08:32:12 | Armed | C1: 25' Standard C2: 25' Standard | | 26 | 82 |
| 1111 | 17 Oct 2017 08:32:13 | Arc | C1: 25' Standard C2: 25' Standard | 2 | | 82 |
| 1112 | 17 Oct 2017 08:32:15 | Safe | C1: 25' Standard C2: 25' Standard | 3 | 26 | 82 |
| 1113 | 19 Oct 2017 08:38:01 | Armed | C1: 25' Standard C2: 25' Standard | | 26 | 82 |
| 1114 | 19 Oct 2017 08:38:02 | Arc | C1: 25' Standard C2: 25' Standard | 4 | | 82 |
| 1115 | 19 Oct 2017 08:38:07 | Safe | C1: 25' Standard C2: 25' Standard | 6 | 27 | 82 |
| 1116 | 20 Oct 2017 08:26:35 | Armed | C1: 25' Standard C2: 25' Standard | | 26 | 82 |
| 1117 | 20 Oct 2017 08:26:37 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 82 |
| 1118 | 20 Oct 2017 08:26:38 | Safe | C1: 25' Standard C2: 25' Standard | 3 | 27 | 82 |
| 1119 | 23 Oct 2017 08:59:55 | Armed | C1: 25' Standard C2: 25' Standard | | 29 | 82 |
| 1120 | 23 Oct 2017 08:59:56 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 82 |
| 1121 | 23 Oct 2017 08:59:58 | Safe | C1: 25' Standard C2: 25' Standard | 3 | 30 | 82 |
| 1122 | 24 Oct 2017 08:36:05 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 82 |
| 1123 | 24 Oct 2017 08:36:06 | Arc | C1: 25' Standard C2: 25' Standard | 2 | | 82 |
| 1124 | 24 Oct 2017 08:36:08 | Safe | C1: 25' Standard C2: 25' Standard | 3 | 26 | 81 |
| 1125 | 26 Oct 2017 08:36:44 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 81 |
| 1126 | 26 Oct 2017 08:36:46 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 81 |
| 1127 | 26 Oct 2017 08:36:47 | Safe | C1: 25' Standard C2: 25' Standard | 3 | 27 | 81 |
| 1128 | 30 Oct 2017 07:56:30 | Armed | C1: 25' Standard C2: 25' Standard | | 26 | 81 |
| 1129 | 30 Oct 2017 07:56:31 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 81 |

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Cartridge Info [Bay: length in feet/status] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|---|
| 1130 | 30 Oct 2017 07:56:33 | Safe | C1: 25' Standard<br>C2: 25' Standard | 3 | 26 | 81 |
| 1131 | 01 Nov 2017 07:58:47 | Armed | C1: 25' Standard<br>C2: 25' Standard | | 26 | 81 |
| 1132 | 01 Nov 2017 07:58:48 | Arc | C1: 25' Standard<br>C2: 25' Standard | 1 | | 81 |
| 1133 | 01 Nov 2017 07:58:50 | Safe | C1: 25' Standard<br>C2: 25' Standard | 3 | 26 | 81 |
| 1134 | 02 Nov 2017 07:56:12 | Armed | C1: 25' Standard<br>C2: 25' Standard | | 26 | 81 |
| 1135 | 02 Nov 2017 07:56:13 | Arc | C1: 25' Standard<br>C2: 25' Standard | 1 | | 81 |
| 1136 | 02 Nov 2017 07:56:14 | Safe | C1: 25' Standard<br>C2: 25' Standard | 2 | 26 | 81 |
| 1137 | 03 Nov 2017 07:57:59 | Armed | C1: 25' Standard<br>C2: 25' Standard | | 26 | 81 |
| 1138 | 03 Nov 2017 07:58:01 | Arc | C1: 25' Standard<br>C2: 25' Standard | 1 | | 81 |
| 1139 | 03 Nov 2017 07:58:03 | Safe | C1: 25' Standard<br>C2: 25' Standard | 4 | 27 | 81 |
| 1140 | 13 Nov 2017 08:05:19 | Armed | C1: 25' Standard<br>C2: 25' Standard | | 24 | 81 |
| 1141 | 13 Nov 2017 08:05:20 | Arc | C1: 25' Standard<br>C2: 25' Standard | 2 | | 81 |
| 1142 | 13 Nov 2017 08:05:22 | Safe | C1: 25' Standard<br>C2: 25' Standard | 3 | 25 | 81 |
| 1143 | 14 Nov 2017 08:29:08 | Armed | C1: 25' Standard<br>C2: 25' Standard | | 26 | 81 |
| 1144 | 14 Nov 2017 08:29:09 | Arc | C1: 25' Standard<br>C2: 25' Standard | 1 | | 81 |
| 1145 | 14 Nov 2017 08:29:10 | Safe | C1: 25' Standard<br>C2: 25' Standard | 2 | 25 | 81 |
| 1146 | 14 Nov 2017 15:52:17 | Armed | C1: 25' Standard<br>C2: 25' Standard | | 30 | 81 |
| 1147 | 14 Nov 2017 15:52:18 | Safe | C1: 25' Standard<br>C2: 25' Standard | 1 | 30 | 81 |
| 1148 | 21 Nov 2017 21:29:47 | Armed | C1: 25' Standard<br>C2: 25' Standard | | 26 | 81 |
| 1149 | 21 Nov 2017 21:29:48 | Safe | C1: 25' Standard<br>C2: 25' Standard | 1 | 26 | 81 |
| 1150 | 22 Nov 2017 18:45:27 | Armed | C1: 25' Standard<br>C2: 25' Standard | | 22 | 81 |
| 1151 | 22 Nov 2017 18:45:28 | Safe | C1: 25' Standard<br>C2: 25' Standard | 1 | 23 | 81 |
| 1152 | 23 Nov 2017 14:54:13 | Armed | C1: Empty<br>C2: Empty | | 25 | 81 |
| 1153 | 23 Nov 2017 14:54:17 | Arc | C1: Empty<br>C2: Empty | 1 | | 81 |
| 1154 | 23 Nov 2017 14:54:28 | Arc | C1: Empty<br>C2: Empty | 1 | | 81 |
| 1155 | 23 Nov 2017 14:54:36 | Safe | C1: Empty<br>C2: Empty | 23 | 27 | 81 |
| 1156 | 23 Nov 2017 14:55:31 | Armed | C1: 25' Standard<br>C2: 25' Standard | | 27 | 81 |
| 1157 | 23 Nov 2017 14:55:47 | Safe | C1: 25' Standard<br>C2: 25' Standard | 16 | 27 | 81 |
| 1158 | 23 Nov 2017 14:55:52 | Armed | C1: 25' Standard<br>C2: 25' Standard | | 28 | 81 |
| 1159 | 23 Nov 2017 14:55:54 | Arc | C1: 25' Standard<br>C2: 25' Standard | 1 | | 81 |

| Seq # | Local Time<br>[DD:MM:YYYY hh:mm:ss] | Event<br>[Event Type] | Cartridge Info<br>[Bay: length in feet/status] | Duration<br>[Seconds] | Temp<br>[Degrees Celsius] | Batt Remaining<br>[%] |
|---|---|---|---|---|---|---|
| 1160 | 23 Nov 2017 14:55:56 | Safe | C1: 25' Standard<br>C2: 25' Standard | 4 | 28 | 81 |
| 1161 | 01 Dec 2017 01:54:58 | Armed | C1: 25' Standard<br>C2: 25' Standard | | 29 | 81 |
| 1162 | 01 Dec 2017 01:54:58 | Safe | C1: 25' Standard<br>C2: 25' Standard | 0 | 29 | 81 |
| 1163 | 03 Dec 2017 02:05:49 | Armed | C1: 25' Standard<br>C2: 25' Standard | | 23 | 81 |
| 1164 | 03 Dec 2017 02:05:50 | Safe | C1: 25' Standard<br>C2: 25' Standard | 1 | 23 | 81 |
| 1165 | 05 Dec 2017 08:26:26 | Armed | C1: 25' Standard<br>C2: 25' Standard | | 26 | 81 |
| 1166 | 05 Dec 2017 08:26:27 | Arc | C1: 25' Standard<br>C2: 25' Standard | 1 | | 81 |
| 1167 | 05 Dec 2017 08:26:28 | Safe | C1: 25' Standard<br>C2: 25' Standard | 2 | 26 | 81 |
| 1168 | 06 Dec 2017 08:25:50 | Armed | C1: 25' Standard<br>C2: 25' Standard | | 26 | 81 |
| 1169 | 06 Dec 2017 08:25:52 | Arc | C1: 25' Standard<br>C2: 25' Standard | 1 | | 81 |
| 1170 | 06 Dec 2017 08:25:54 | Safe | C1: 25' Standard<br>C2: 25' Standard | 4 | 26 | 81 |
| 1171 | 07 Dec 2017 07:53:36 | Armed | C1: 25' Standard<br>C2: 25' Standard | | 25 | 81 |
| 1172 | 07 Dec 2017 07:53:37 | Safe | C1: 25' Standard<br>C2: 25' Standard | 1 | 25 | 81 |
| 1173 | 07 Dec 2017 08:51:24 | Armed | C1: 25' Standard<br>C2: 25' Standard | | 22 | 81 |
| 1174 | 07 Dec 2017 08:51:25 | Safe | C1: 25' Standard<br>C2: 25' Standard | 1 | 21 | 81 |
| 1175 | 08 Dec 2017 08:28:21 | Armed | C1: 25' Standard<br>C2: 25' Standard | | 25 | 81 |
| 1176 | 08 Dec 2017 08:28:22 | Arc | C1: 25' Standard<br>C2: 25' Standard | 2 | | 81 |
| 1177 | 08 Dec 2017 08:28:25 | Safe | C1: 25' Standard<br>C2: 25' Standard | 4 | 26 | 81 |
| 1178 | 16 Dec 2017 01:51:12 | Armed | C1: 25' Standard<br>C2: 25' Standard | | 21 | 81 |
| 1179 | 16 Dec 2017 01:51:12 | Safe | C1: 25' Standard<br>C2: 25' Standard | 0 | 21 | 81 |
| 1180 | 18 Dec 2017 08:28:14 | Armed | C1: 25' Standard<br>C2: 25' Standard | | 22 | 81 |
| 1181 | 18 Dec 2017 08:28:16 | Arc | C1: 25' Standard<br>C2: 25' Standard | 2 | | 81 |
| 1182 | 18 Dec 2017 08:28:18 | Safe | C1: 25' Standard<br>C2: 25' Standard | 4 | 21 | 81 |
| 1183 | 19 Dec 2017 08:21:28 | Armed | C1: 25' Standard<br>C2: 25' Standard | | 25 | 81 |
| 1184 | 19 Dec 2017 08:21:29 | Safe | C1: 25' Standard<br>C2: 25' Standard | 1 | 26 | 81 |
| 1185 | 20 Dec 2017 10:50:37 | Armed | C1: 25' Standard<br>C2: 25' Standard | | 30 | 81 |
| 1186 | 20 Dec 2017 10:50:38 | Arc | C1: 25' Standard<br>C2: 25' Standard | 2 | | 81 |
| 1187 | 20 Dec 2017 10:50:43 | Arc | C1: 25' Standard<br>C2: 25' Standard | 4 | | 81 |
| 1188 | 20 Dec 2017 10:50:58 | Arc | C1: 25' Standard<br>C2: 25' Standard | 4 | | 80 |
| 1189 | 20 Dec 2017 10:51:04 | Safe | C1: 25' Standard<br>C2: 25' Standard | 27 | 32 | 80 |

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Cartridge Info [Bay: length in feet/status] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|---|
| 1190 | 28 Dec 2017 21:12:08 | Armed | C1: 25' Standard C2: 25' Standard | | 20 | 80 |
| 1191 | 28 Dec 2017 21:12:08 | Safe | C1: 25' Standard C2: 25' Standard | 0 | 19 | 80 |
| 1192 | 02 Jan 2018 07:29:31 | Armed | C1: 25' Standard C2: 25' Standard | | 23 | 80 |
| 1193 | 02 Jan 2018 07:29:33 | Arc | C1: 25' Standard C2: 25' Standard | 2 | | 80 |
| 1194 | 02 Jan 2018 07:29:36 | Safe | C1: 25' Standard C2: 25' Standard | 5 | 23 | 80 |
| 1195 | 03 Jan 2018 08:53:48 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 80 |
| 1196 | 03 Jan 2018 08:53:49 | Arc | C1: 25' Standard C2: 25' Standard | 4 | | 80 |
| 1197 | 03 Jan 2018 08:53:54 | Safe | C1: 25' Standard C2: 25' Standard | 6 | 28 | 80 |
| 1198 | 05 Jan 2018 07:30:25 | Armed | C1: 25' Standard C2: 25' Standard | | 23 | 80 |
| 1199 | 05 Jan 2018 07:30:27 | Arc | C1: 25' Standard C2: 25' Standard | 3 | | 80 |
| 1200 | 05 Jan 2018 07:30:31 | Safe | C1: 25' Standard C2: 25' Standard | 6 | 24 | 79 |
| 1201 | 08 Jan 2018 08:35:16 | Armed | C1: 25' Standard C2: 25' Standard | | 28 | 79 |
| 1202 | 08 Jan 2018 08:35:17 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 79 |
| 1203 | 08 Jan 2018 08:35:19 | Safe | C1: 25' Standard C2: 25' Standard | 3 | 28 | 79 |
| 1204 | 09 Jan 2018 08:30:00 | Armed | C1: 25' Standard C2: 25' Standard | | 30 | 79 |
| 1205 | 09 Jan 2018 08:30:01 | Arc | C1: 25' Standard C2: 25' Standard | 3 | | 79 |
| 1206 | 09 Jan 2018 08:30:05 | Safe | C1: 25' Standard C2: 25' Standard | 5 | 30 | 79 |
| 1207 | 09 Jan 2018 19:48:51 | Armed | C1: 25' Standard C2: 25' Standard | | 33 | 79 |
| 1208 | 09 Jan 2018 19:48:53 | Safe | C1: 25' Standard C2: 25' Standard | 2 | 33 | 79 |
| 1209 | 10 Jan 2018 07:34:00 | Armed | C1: 25' Standard C2: 25' Standard | | 25 | 79 |
| 1210 | 10 Jan 2018 07:34:01 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 79 |
| 1211 | 10 Jan 2018 07:34:06 | Safe | C1: 25' Standard C2: 25' Standard | 6 | 26 | 79 |
| 1212 | 10 Jan 2018 08:57:17 | Armed | C1: 25' Standard C2: 25' Standard | | 26 | 79 |
| 1213 | 10 Jan 2018 08:57:17 | Safe | C1: 25' Standard C2: 25' Standard | 0 | 26 | 79 |
| 1214 | 11 Jan 2018 08:38:36 | Armed | C1: 25' Standard C2: 25' Standard | | 26 | 79 |
| 1215 | 11 Jan 2018 08:38:38 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 79 |
| 1216 | 11 Jan 2018 08:38:40 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 79 |
| 1217 | 11 Jan 2018 08:38:41 | Safe | C1: 25' Standard C2: 25' Standard | 5 | 26 | 79 |
| 1218 | 11 Jan 2018 20:24:16 | Armed | C1: 25' Standard C2: 25' Standard | | 33 | 79 |
| 1219 | 11 Jan 2018 20:24:16 | Safe | C1: 25' Standard C2: 25' Standard | 0 | 34 | 79 |

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Cartridge Info [Bay: length in feet/status] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|---|
| 1220 | 11 Jan 2018 20:24:17 | Armed | C1: 25' Standard C2: 25' Standard | | 32 | 79 |
| 1221 | 11 Jan 2018 20:24:18 | Safe | C1: 25' Standard C2: 25' Standard | 1 | 33 | 79 |
| 1222 | 11 Jan 2018 21:42:45 | Armed | C1: 25' Standard C2: 25' Standard | | 33 | 79 |
| 1223 | 11 Jan 2018 21:42:46 | Safe | C1: 25' Standard C2: 25' Standard | 1 | 33 | 79 |
| 1224 | 20 Jan 2018 09:59:01 | Armed | C1: 25' Standard C2: 25' Standard | | 28 | 79 |
| 1225 | 20 Jan 2018 09:59:03 | Arc | C1: 25' Standard C2: 25' Standard | 2 | | 79 |
| 1226 | 20 Jan 2018 09:59:05 | Safe | C1: 25' Standard C2: 25' Standard | 4 | 28 | 79 |
| 1227 | 21 Jan 2018 05:36:51 | Armed | C1: 25' Standard C2: 25' Standard | | 24 | 79 |
| 1228 | 21 Jan 2018 05:36:51 | Safe | C1: 25' Standard C2: 25' Standard | 0 | 24 | 79 |
| 1229 | 22 Jan 2018 07:51:42 | Armed | C1: 25' Standard C2: 25' Standard | | 24 | 79 |
| 1230 | 22 Jan 2018 07:51:43 | Safe | C1: 25' Standard C2: 25' Standard | 1 | 24 | 79 |
| 1231 | 24 Jan 2018 07:59:57 | Armed | C1: 25' Standard C2: 25' Standard | | 26 | 79 |
| 1232 | 24 Jan 2018 07:59:58 | Arc | C1: 25' Standard C2: 25' Standard | 4 | | 79 |
| 1233 | 24 Jan 2018 08:00:03 | Safe | C1: 25' Standard C2: 25' Standard | 6 | 27 | 79 |
| 1234 | 25 Jan 2018 08:39:15 | Armed | C1: 25' Standard C2: 25' Standard | | 25 | 79 |
| 1235 | 25 Jan 2018 08:39:15 | Arc | C1: 25' Standard C2: 25' Standard | 2 | | 79 |
| 1236 | 25 Jan 2018 08:39:18 | Safe | C1: 25' Standard C2: 25' Standard | 3 | 26 | 79 |
| 1237 | 01 Feb 2018 08:40:15 | Armed | C1: 25' Standard C2: 25' Standard | | 25 | 79 |
| 1238 | 01 Feb 2018 08:40:16 | Arc | C1: 25' Standard C2: 25' Standard | 4 | | 79 |
| 1239 | 01 Feb 2018 08:40:20 | Safe | C1: 25' Standard C2: 25' Standard | 5 | 26 | 78 |
| 1240 | 01 Feb 2018 16:51:09 | Armed | C1: 25' Standard C2: 25' Standard | | 29 | 78 |
| 1241 | 01 Feb 2018 16:51:10 | Safe | C1: 25' Standard C2: 25' Standard | 1 | 30 | 78 |
| 1242 | 02 Feb 2018 08:53:37 | Armed | C1: 25' Standard C2: 25' Standard | | 28 | 78 |
| 1243 | 02 Feb 2018 08:53:38 | Arc | C1: 25' Standard C2: 25' Standard | 3 | | 78 |
| 1244 | 02 Feb 2018 08:53:42 | Safe | C1: 25' Standard C2: 25' Standard | 5 | 27 | 78 |
| 1245 | 05 Feb 2018 10:57:43 | Armed | C1: 25' Standard C2: 25' Standard | | 29 | 78 |
| 1246 | 05 Feb 2018 10:57:43 | Safe | C1: 25' Standard C2: 25' Standard | 0 | 29 | 78 |
| 1247 | 09 Feb 2018 08:40:38 | Armed | C1: 25' Standard C2: 25' Standard | | 25 | 78 |
| 1248 | 09 Feb 2018 08:40:40 | Arc | C1: 25' Standard C2: 25' Standard | 3 | | 78 |
| 1249 | 09 Feb 2018 08:40:43 | Safe | C1: 25' Standard C2: 25' Standard | 5 | 26 | 78 |

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Cartridge Info [Bay: length in feet/status] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|---|
| 1250 | 12 Feb 2018 08:32:04 | Armed | C1: 25' Standard C2: 25' Standard | | 26 | 78 |
| 1251 | 12 Feb 2018 08:32:06 | Arc | C1: 25' Standard C2: 25' Standard | 3 | | 78 |
| 1252 | 12 Feb 2018 08:32:10 | Safe | C1: 25' Standard C2: 25' Standard | 6 | 27 | 78 |
| 1253 | 12 Feb 2018 20:01:48 | Armed | C1: 25' Standard C2: 25' Standard | | 30 | 78 |
| 1254 | 12 Feb 2018 20:01:48 | Safe | C1: 25' Standard C2: 25' Standard | 0 | 30 | 78 |
| 1255 | 14 Feb 2018 08:44:33 | Armed | C1: 25' Standard C2: 25' Standard | | 26 | 78 |
| 1256 | 14 Feb 2018 08:44:36 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 78 |
| 1257 | 14 Feb 2018 08:44:40 | Safe | C1: 25' Standard C2: 25' Standard | 7 | 27 | 78 |
| 1258 | 15 Feb 2018 08:31:01 | Armed | C1: 25' Standard C2: 25' Standard | | 26 | 78 |
| 1259 | 15 Feb 2018 08:31:02 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 78 |
| 1260 | 15 Feb 2018 08:31:03 | Safe | C1: 25' Standard C2: 25' Standard | 2 | 26 | 78 |
| 1261 | 15 Feb 2018 18:49:12 | Armed | C1: 25' Standard C2: 25' Standard | | 31 | 78 |
| 1262 | 15 Feb 2018 18:49:12 | Safe | C1: 25' Standard C2: 25' Standard | 0 | 31 | 78 |
| 1263 | 16 Feb 2018 15:50:31 | Armed | C1: 25' Standard C2: 25' Standard | | 30 | 78 |
| 1264 | 16 Feb 2018 15:50:53 | Safe | C1: 25' Standard C2: 25' Standard | 22 | 32 | 78 |
| 1265 | 05 Mar 2018 08:28:19 | Armed | C1: 25' Standard C2: 25' Standard | | 20 | 78 |
| 1266 | 05 Mar 2018 08:28:20 | Arc | C1: 25' Standard C2: 25' Standard | 2 | | 78 |
| 1267 | 05 Mar 2018 08:28:22 | Safe | C1: 25' Standard C2: 25' Standard | 3 | 21 | 78 |
| 1268 | 06 Mar 2018 08:39:13 | Armed | C1: 25' Standard C2: 25' Standard | | 26 | 78 |
| 1269 | 06 Mar 2018 08:39:14 | Arc | C1: 25' Standard C2: 25' Standard | 2 | | 78 |
| 1270 | 06 Mar 2018 08:39:17 | Safe | C1: 25' Standard C2: 25' Standard | 4 | 26 | 78 |
| 1271 | 13 Mar 2018 16:35:41 | Armed | C1: 25' Standard C2: 25' Standard | | 30 | 78 |
| 1272 | 13 Mar 2018 16:35:42 | Safe | C1: 25' Standard C2: 25' Standard | 1 | 30 | 78 |
| 1273 | 16 Mar 2018 12:50:16 | Armed | C1: 25' Standard C2: 25' Standard | | 28 | 78 |
| 1274 | 16 Mar 2018 12:50:17 | Safe | C1: 25' Standard C2: 25' Standard | 1 | 29 | 78 |
| 1275 | 19 Mar 2018 07:36:45 | Armed | C1: 25' Standard C2: 25' Standard | | 26 | 78 |
| 1276 | 19 Mar 2018 07:36:47 | Arc | C1: 25' Standard C2: 25' Standard | 2 | | 78 |
| 1277 | 19 Mar 2018 07:36:49 | Safe | C1: 25' Standard C2: 25' Standard | 4 | 27 | 78 |
| 1278 | 19 Mar 2018 07:51:49 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 78 |
| 1279 | 19 Mar 2018 07:51:52 | Safe | C1: 25' Standard C2: 25' Standard | 3 | 28 | 78 |

LC0111

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Cartridge Info [Bay: length in feet/status] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|---|
| 1280 | 19 Mar 2018 16:35:24 | Armed | C1: 25' Standard C2: 25' Standard | | 30 | 78 |
| 1281 | 19 Mar 2018 16:35:24 | Safe | C1: 25' Standard C2: 25' Standard | 0 | 30 | 78 |
| 1282 | 22 Mar 2018 12:54:04 | Armed | C1: 25' Standard C2: 25' Standard | | 29 | 78 |
| 1283 | 22 Mar 2018 12:54:04 | Safe | C1: 25' Standard C2: 25' Standard | 0 | 29 | 78 |
| 1284 | 26 Mar 2018 18:55:45 | Armed | C1: 25' Standard C2: 25' Standard | | 31 | 78 |
| 1285 | 26 Mar 2018 18:55:47 | Safe | C1: 25' Standard C2: 25' Standard | 2 | 31 | 78 |
| 1286 | 26 Mar 2018 18:55:49 | Armed | C1: 25' Standard C2: 25' Standard | | 31 | 78 |
| 1287 | 26 Mar 2018 18:55:50 | Arc | C1: 25' Standard C2: 25' Standard | 2 | | 78 |
| 1288 | 26 Mar 2018 18:55:53 | Safe | C1: 25' Standard C2: 25' Standard | 4 | 32 | 77 |
| 1289 | 30 Mar 2018 19:31:42 | Armed | C1: 25' Standard C2: 25' Standard | | 28 | 77 |
| 1290 | 30 Mar 2018 19:31:43 | Safe | C1: 25' Standard C2: 25' Standard | 1 | 29 | 77 |
| 1291 | 02 Apr 2018 12:41:22 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 77 |
| 1292 | 02 Apr 2018 12:41:24 | Arc | C1: 25' Standard C2: 25' Standard | 3 | | 77 |
| 1293 | 02 Apr 2018 12:41:28 | Safe | C1: 25' Standard C2: 25' Standard | 6 | 27 | 77 |
| 1294 | 03 Apr 2018 12:32:38 | Armed | C1: 25' Standard C2: 25' Standard | | 28 | 77 |
| 1295 | 03 Apr 2018 12:32:40 | Safe | C1: 25' Standard C2: 25' Standard | 2 | 29 | 77 |
| 1296 | 04 Apr 2018 09:09:38 | Armed | C1: 25' Standard C2: 25' Standard | | 30 | 77 |
| 1297 | 04 Apr 2018 09:09:38 | Safe | C1: 25' Standard C2: 25' Standard | 0 | 30 | 77 |
| 1298 | 05 Apr 2018 07:47:53 | Armed | C1: 25' Standard C2: 25' Standard | | 26 | 77 |
| 1299 | 05 Apr 2018 07:47:53 | Safe | C1: 25' Standard C2: 25' Standard | 0 | 25 | 77 |
| 1300 | 05 Apr 2018 12:34:19 | Armed | C1: 25' Standard C2: 25' Standard | | 30 | 77 |
| 1301 | 05 Apr 2018 12:34:20 | Safe | C1: 25' Standard C2: 25' Standard | 1 | 30 | 77 |
| 1302 | 05 Apr 2018 14:16:07 | Armed | C1: 25' Standard C2: 25' Standard | | 28 | 77 |
| 1303 | 05 Apr 2018 14:16:07 | Safe | C1: 25' Standard C2: 25' Standard | 0 | 29 | 77 |
| 1304 | 14 Apr 2018 16:41:58 | Armed | C1: 25' Standard C2: 25' Standard | | 27 | 77 |
| 1305 | 14 Apr 2018 16:42:18 | Safe | C1: 25' Standard C2: 25' Standard | 20 | 29 | 77 |
| 1306 | 14 Apr 2018 16:42:36 | Armed | C1: 25' Standard C2: 25' Standard | | 28 | 77 |
| 1307 | 14 Apr 2018 16:42:40 | Arc | C1: 25' Standard C2: 25' Standard | 1 | | 77 |
| 1308 | 14 Apr 2018 16:42:43 | Safe | C1: 25' Standard C2: 25' Standard | 7 | 28 | 77 |
| 1309 | 14 Apr 2018 19:49:41 | Armed | C1: 25' Standard C2: 25' Standard | | 32 | 77 |

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Cartridge Info [Bay: length in feet/status] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|---|
| 1310 | 14 Apr 2018 19:49:42 | Trigger | C1: Deployed | 5 | | 77 |
| 1311 | 14 Apr 2018 19:49:50 | Safe | C1: Deployed C2: 25' Standard | 9 | 33 | 77 |
| 1312 | 14 Apr 2018 19:50:12 | Armed | C1: Deployed C2: 25' Standard | | 32 | 77 |
| 1313 | 14 Apr 2018 19:50:14 | Trigger | C2: Deployed | 5 | | 77 |
| 1314 | 14 Apr 2018 19:50:20 | Arc | C1: Deployed C2: Deployed | 3 | | 77 |
| 1315 | 14 Apr 2018 19:50:31 | Safe | C1: Deployed C2: Deployed | 19 | 34 | 77 |
| 1316 | 14 Apr 2018 22:33:34 | Armed | C1: Deployed C2: Deployed | | 23 | 77 |
| 1317 | 14 Apr 2018 22:33:36 | Safe | C1: Deployed C2: Deployed | 2 | 24 | 77 |
| 1318 | 17 Apr 2018 10:49:02 | USB Connected | | | | |
| 1319 | 17 Apr 2018 10:44:55 | Time Sync | 17 Apr 2018 10:49:16 to 17 Apr 2018 10:44:55 | | | |
| 1320 | 18 Apr 2018 07:26:17 | Time Sync | 18 Apr 2018 07:26:19 to 18 Apr 2018 07:26:17 | | | |
| 1321 | 18 Apr 2018 07:34:51 | Time Sync | 18 Apr 2018 07:34:50 to 18 Apr 2018 07:34:51 | | | |
| 1322 | 18 Apr 2018 07:43:02 | Time Sync | 18 Apr 2018 07:43:02 to 18 Apr 2018 07:43:02 | | | |

LC0113

# LANCASTER CO DETECTIVES
## Incident Report Form

**DA-18-0039**
04/14/2018
**ASSIST AGENCY DEATH INVESTIGATION**

### COMMENTS / NARRATIVES

| Title | | | |
|---|---|---|---|
| **SUPPLEMENTAL** | | | |

| Narrative Created By / Created On | | Narrative Updated By / Update On | |
|---|---|---|---|
| **ZAHM, JAMES** | **05/07/2018** | **ZAHM, JAMES** | **05/07/2018** |

| Approved By / On | |
|---|---|
| **ZAHM, JAMES** | **05/07/2018** |

On Monday, 5/7/2018 Deterctive Sergeant added the press release by District Attorney Craig Stedman on the findings of the In Custody Death of Andrew Good on Saturday, 4/14/2018.

District Attorney Stedman determined no crime was committed by law enforcement which resulted in Mr. Good's death.

Case closed.

| | | | Approved By: | **ZAHM, JAMES** | PAGE 17 |
|---|---|---|---|---|---|
| **DA-18-0039** | **4/14/2018** | ☒ | Approved On: | **5/7/2018 3:33:02 PM** | |
| IRF 1.6 | | | | | LC DA |

# DISTRICT ATTORNEY STEDMAN FINDS NO CRIME COMMITTED IN EVENTS PRIOR TO PRISONER'S DROWNING DEATH

**APRIL 30, 2018**

Lancaster County District Attorney Craig Stedman has reviewed an April 14 incident in Ephrata that involved the drowning death of a 24-year-old man.

On that evening at WellSpan Ephrata Community Hospital, Andrew D. Good fled from a Lancaster County deputy sheriff who took him into custody for an outstanding warrant.

Mr. Good ran into the Cocalico Creek and drown. The Lancaster County Coroner's Office ruled his death accidental, caused by freshwater drowning.

District Attorney Stedman's role was limited to making determination on whether a crime was committed which resulted in death, because Good died while in custody of a law-enforcement agency and all in-custody deaths are reviewed.

Lancaster County detectives, who responded to Ephrata on the night of the incident, and were assisted by Ephrata police, investigated the incident and presented all reports and information – including surveillance-video footage - to District Attorney Stedman, who then made a ruling.

District Attorney Stedman determined no crime was committed by law enforcement which resulted in Mr. Good's death.

District Attorney Stedman and several county detectives met with Mr. Good's family on Friday and reviewed all information, including surveillance footage, while discussing the determination.

Here is a narrative of events, compiled through the investigation:

Mr. Good was initially taken into custody (for the warrant), by Akron and Ephrata police, at a location in Akron. Mr. Good did attempt to flee and resist arrest. During police transport to a police station, Mr. Good complained of pain and asked to be taken to a hospital.

At the hospital, medical professionals cleared Mr. Good to be taken to prison. Akron police then transferred custody of Mr. Good to the Sheriff's Office. A deputy, Barbara Rodriguez, responded to the hospital and took custody of Mr. Good.

Inside the hospital, Deputy Rodriguez placed Mr. Good in handcuffs, which were secured to a waistband, and ankle shackles. (It was determined one of the ankle shackles was unfastened at some point before or during Mr. Good's escaping/fleeing. This office has

been unable to determine exactly what took place to explain why/how one shackle became unfastened.)

About 7:40 p.m., Deputy Rodriguez, in uniform, walked Mr. Good out of the hospital and to her transport vehicle, which had Sheriff's Office decals and markings.

Deputy Rodriguez opens the door for Mr. Good, but he refused to get in, asking the deputy for some air. He then makes maneuvers to escape/flee and eventually runs away.

Deputy Rodriguez uses radio to call for assistance and chases Mr. Good. Deputy Rodriguez deployed a Taser twice during the foot pursuit, but was unable to stop him. Surveillance video shows a Taser wire appearing to be attached to Mr. Good as he jumps/stumbles down an embankment. Mr. Good gets up and continues to run.

At that time, video footage also shows one of the ankle shackles is clearly unfastened from Mr. Good's leg.

Mr. Good crosses a parking lot and street (on the hospital campus) into a wooded area, by the creek. Deputy Rodriguez loses sight and contact with Mr. Good at that point.

Hospital security personnel and police from neighboring jurisdictions arrive on scene.

The next time Mr. Good is seen, he is at the edge of the water. As he sees law-enforcement, he moves away further into the creek, presumably to continue to evade capture. As he backed further and further into the creek, the water became too deep for him to stand. Officers reported Mr. Good struggling to stay afloat in the water and calling for help. It must be noted that Mr. Good's hands were still cuffed and secured to his belt, so he would not have been able to use his arms to tread water.

Three police officers entered the water and multiple others were stationed close by, ready to enter, if Mr. Good were to reappear. Visibility was obscured by darkness at this point and officers could not immediately locate Mr. Good.

Mr. Good was found deceased in the creek around 9:20 p.m.

Source:

Lancaster County District Attorney's Office