IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ESTATE OF ANDREW DAVIS GOOD, et al.** | : CIVIL ACTION : : |
| v. | : NO. 20-1431 : |
| **BARBARA RODRIGUEZ-SANTANA, et al.** | : |

## O R D E R

**AND NOW,** this 5th day of August, 2021, upon consideration of the Defendant's Motion for Summary Judgment and all responses and replies thereto, **IT IS HEREBY ORDERED** that;

1. The Motion for Summary Judgment [Doc. 41] is **GRANTED**.
2. Judgment is **ENTERED** in favor of the Defendant and against the Plaintiffs.
3. The Clerk shall mark this case as terminated.

BY THE COURT:

/s/ Jeffrey L. Schmehl
**JEFFREY L. SCHMEHL, J.**